1  Ronald A. McIntire (State Bar No. 127407)
   Email: RMcIntire@perkinscoie.com
2  Chung H. Han (State Bar No. 191757)
   Email: CHan@perkinscoie.com
3  PERKINS COIE LLP
   1620 26th Street, Sixth Floor, South Tower
4  Santa Monica, CA 90404-4013
   Tel: 310.788.9900 / Fax: 310.788.339
5
   Attorneys for Defendant
6  The Boeing Company

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10           SAN FRANCISCO DIVISION

11 DEBORAH GETZ, individually and as a          Case No. 07 6396
   surviving heir of decedent KRISTOFER D.S.
12 THOMAS; RODNEY THOMAS, individually          DEFENDANT THE BOEING
   and as a surviving heir of decedent,         COMPANY'S CERTIFICATION OF
13 KRISTOFER D.S. THOMAS; MARY                  INTERESTED ENTITIES OR
   DUFFMAN, individually and as a surviving     PERSONS
14 heir of decedent, SCOTT E. DUFFMAN;
   SOPHIA DUFFMAN, a minor, individually
15 and as a surviving heir of decedent SCOTT E.
   DUFFMAN, by and through her Guardian ad
16 Litem, MARY DUFFMAN; CHRISTINE
   VAUGHN, individually and as a surviving heir
17 of decedent, TRAVIS R. VAUGHN; BRAD
   VAUGHN, individually and as a surviving heir
18 of decedent, TRAVIS R. VAUGHN; JILL
   GARBS, individually and as a surviving heir
19 of decedent RYAN GARBS; DOUG GARBS,
   individually and as a surviving heir of
20 decedent, RYAN GARBS; JORDAN
   LANHAM; JERRY GOLDSMITH; RYANNE
21 NOSS, individually and as spouse of SCOT
   NOSS; TIMOTHY BRAUCH; CHRIS
22 TRISKO, MARK DANIEL HOUGHTON,

23              Plaintiffs,

   v.
24
   THE BOEING COMPANY, a corporation;
25 HONEYWELL INTERNATIONAL, INC., a
   corporation; GOODRICH CORPORATION, a
26 corporation; BF GOODRICH AEROSPACE;
   CHANDLER EVANS CONTROL SYSTEMS;
27 GENERAL ELECTRIC and DOES 1 through
   200, inclusive,
28
                Defendants.

01038-5259/LEGAL13811062.1        -1-

BOEING'S CERTIFICATION OF INTERESTED ENTITIES

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. All listed plaintiffs;
2. All listed defendants;
3. Astro Ltd., Bermuda, an insurer for defendant The Boeing Company; and
4. Global Aerospace, insurer for defendant The Boeing Company.

Date: December 18, 2007

PERKINS COIE LLP

By: ___/s/___
Chung H. Han
Attorneys for Defendant
The Boeing Company