1  Ronald A. McIntire (State Bar No. 127407)
   Email: RMcIntire@perkinscoie.com
2  Chung H. Han (State Bar No. 191757)
   Email: CHan@perkinscoie.com
3  PERKINS COIE LLP
   1620 26th Street, Sixth Floor, South Tower
4  Santa Monica, CA 90404-4013
   Tel: 310.788.9900 / Fax: 310.788.339
5
   Attorneys for Defendant
6  The Boeing Company

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

                                                CV 07  6396

11 | DEBORAH GETZ, individually and as a          | Case No.
     surviving heir of decedent KRISTOFER D.S.
12 | THOMAS; RODNEY THOMAS, individually         | PROOF OF SERVICE—NOTICE OF
     and as a surviving heir of decedent,         | REMOVAL
13 | KRISTOFER D.S. THOMAS; MARY
     DUFFMAN, individually and as a surviving
14 | heir of decedent, SCOTT E. DUFFMAN;
     SOPHIA DUFFMAN, a minor, individually
15 | and as a surviving heir of decedent SCOTT E.
     DUFFMAN, by and through her Guardian ad
16 | Litem, MARY DUFFMAN; CHRISTINE              |        FAXED
     VAUGHN, individually and as a surviving heir
17 | of decedent, TRAVIS R. VAUGHN; BRAD
     VAUGHN, individually and as a surviving heir
18 | of decedent, TRAVIS R. VAUGHN; JILL
     GARBS, individually and as a surviving heir
19 | of decedent RYAN GARBS; DOUG GARBS,
     individually and as a surviving heir of
20 | decedent, RYAN GARBS; JORDAN
     LANHAM; JERRY GOLDSMITH; RYANNE
21 | NOSS, individually and as spouse of SCOT
     NOSS; TIMOTHY BRAUCH; CHRIS
22 | TRISKO, MARK DANIEL HOUGHTON,
23              Plaintiffs,
        v.
24
   THE BOEING COMPANY, a corporation;
25 HONEYWELL INTERNATIONAL, INC., a
   corporation; GOODRICH CORPORATION, a
26 corporation; BF GOODRICH AEROSPACE;
   CHANDLER EVANS CONTROL SYSTEMS;
27 GENERAL ELECTRIC and DOES 1 through
   200, inclusive,
28              Defendants.

01038-5259/LEGAL13811183.1             -1-

# PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On December 18, 2007, I served a true copies of the following document(s):

1. **CIVIL COVER SHEET;**

2. **NOTICE OF REMOVAL OF CIVIL ACTION FROM SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO;**

3. **DECLARATION OF RICHARD S. CHON IN SUPPORT OF DEFENDANT THE BOEING COMPANY'S NOTICE OF REMOVAL;**

4. **DEFENDANT THE BOEING COMPANY'S CERTIFICATION OF INTERESTED ENTITIES AND PARTIES;** and

5. **PROOF OF SERVICE—NOTICE OF REMOVAL**

on the interested parties in this action by placing said documents enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

**SEE ATTACHED SERVICE LIST.**

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on December 18, 2007, at Santa Monica, California.

_____
MICHELLE C. JACKSON

## SERVICE LIST

| | |
|---|---|
| Thomas J. Brandi, Esq.<br>Daniel Dell'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>44 Montgomery Street, Suite 1050<br>San Francisco, CA 94104<br>Tel.: (415) 989-1800 / Fax: (415) 989-1801 | Counsel for Plaintiffs |
| James R. Donahue<br>CAULFIELD DAVIES & DONAHUE<br>80 Iron Point Circle, Suite 105<br>Folsom, CA 95630<br>Tel.: (916) 817-2900 / Fax (916) 817-2644 | |
| James W. Huston, Esq.<br>Bill O'Connor, Esq.<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Dr., Suite 100<br>San Diego, CA 92130<br>Tel.: (858) 720-7932 / Fax (858) 720-5125 | Counsel for Defendant<br>Honeywell International, Inc. |
| Clement L. Glynn, Esq.<br>GLYNN & FINLEY, LLP<br>100 Pringle Ave., Suite 500<br>Walnut Creek, CA 94596<br>Tel.: (925) 210-2801 / Fax (925) 945-1975 | Counsel for Defendant General Electric |
| Frank Chiarchiaro, Esq.<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829<br>Tel.: (212) 261-8000 / Fax (212) 261-8750 | Counsel for Defendant<br>Goodrich Corporation |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa St., 38th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 955-7780 / Fax (213) 955-7725 | |