| | |
|---|---|
| 1 | JAMES W. HUSTON (BAR NO. 115596) |
|   | jhuston@mofo.com |
| 2 | ERIN M. BOSMAN (BAR NO. 204987) |
|   | ebosman@mofo.com |
| 3 | WILLIAM V. O'CONNOR (BAR NO. 216650) |
|   | woconnor@mofo.com |
| 4 | JOANNA E. HERMAN (BAR NO. 227480) |
|   | jeherman@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive, Suite 100 |
| 6 | San Diego, California 92130-2040 |
|   | Telephone: 858.720.5100 |
| 7 | Facsimile: 858.720.5125 |
| 8 | Attorneys for Defendant |
|   | HONEYWELL INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON, <br><br> Plaintiffs, <br><br> v. | Case No.   CV 07-6396 JCS <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1 | THE BOEING COMPANY, a corporation;
2 | HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE;
3 | CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200,
4 | inclusive,
5 |                   Defendants.

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1. All listed plaintiffs;

    2. All listed defendants;

    3. Global Aerospace, Inc., insurer for defendant Honeywell International Inc.

Dated: December 21, 2007        MORRISON & FOERSTER LLP

                                          By:  /s/ William V. O'Connor
  &nbsn;                                              William V. O'Connor

                                          Attorneys for Defendant
                                          HONEYWELL INTERNATIONAL, INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
sd-405330