| | |
|---|---|
| 1 | JAMES W. HUSTON (BAR NO. 115596) |
| | jhuston@mofo.com |
| 2 | ERIN M. BOSMAN (BAR NO. 204987) |
| | ebosman@mofo.com |
| 3 | WILLIAM V. O'CONNOR (BAR NO. 216650) |
| | woconnor@mofo.com |
| 4 | JOANNA E. HERMAN (BAR NO. 227480) |
| | jeherman@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Drive, Suite 100 |
| 6 | San Diego, California 92130-2040 |
| | Telephone: 858.720.5100 |
| 7 | Facsimile: 858.720.5125 |
| 8 | Attorneys for Defendant |
| | HONEYWELL INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON,<br><br>                Plaintiffs,<br><br>    v. | Case No.   CV 07-6396 JCS<br><br>**CORPORATE DISCLOSURE STATEMENT** |

CORPORATE DISCLOSURE STATEMENT
sd-405337

| | |
|---|---|
| 1 | THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Now comes Defendant, HONEYWELL INTERNATIONAL INC., ("Honeywell"), by its attorneys, MORRISON AND FOERSTER LLP, pursuant to Federal Rule of Civil Procedure 7.1, discloses the following:

1. STATE STREET BANK AND TRUST COMPANY, as trustees for Honeywell's savings plans, located at 225 Franklin Street, Boston, MA 02110, owns 10.6% of the outstanding shares of Honeywell's common stock.

2. FMR CORP., located at 82 Devonshire Street, Boston, MA 02109, owns 8.3% of the outstanding shares of Honeywell's common stock.

Dated: December 21, 2007        MORRISON & FOERSTER LLP

                                By: /s/ William V. O'Connor
                                    William V. O'Connor

                                Attorneys for Defendant
                                HONEYWELL INTERNATIONAL, INC.

1

CORPORATE DISCLOSURE STATEMENT
sd-405337