1  JAMES W. HUSTON (BAR NO. 115596)
   ERIN M. BOSMAN (BAR NO. 204987)
2  WILLIAM V. O'CONNOR (BAR NO. 216650)
   JOANNA E. HERMAN (BAR NO. 227480)
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
4  San Diego, California  92130-2040
   Telephone: 858.720.5100
5
   Attorneys for Defendant
6  HONEYWELL INTERNATIONAL INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON, | Case No.   CV 07-6396 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

                        Plaintiffs,

        v.

| | |
|---|---|
| 1 | THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and respectfully requests the reassignment of this case to a United States District Judge.

Dated: _December 21, 2007          MORRISON & FOERSTER LLP


                                   By:   s/ William V. O'Connor
                                         William V. O'Connor
                                         Attorneys for Defendant
                                         HONEYWELL INTERNATIONAL INC.

---

1
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
sd-405332