Ronald A. McIntire (State Bar No. 127407)
Email: RMcIntire@perkinscoie.com
Chung H. Han (State Bar No. 191757)
Email: CHan@perkinscoie.com
PERKINS COIE LLP
1620 26th Street, Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Tel: 310.788.9900 / Fax: 310.788.339

Attorneys for Defendant
The Boeing Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D.S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D.S. THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON, | Case No. CV 07-6396 CW **CERTIFICATE OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** |
| Plaintiffs, | |
| v. | |
| THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, | |
| Defendants. | |

CERTIFICATE OF SERVICE

1

2          TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

3   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, FOR THE

4   HONORABLE CLAUDIA WILKEN:

5          PLEASE TAKE NOTICE that on January 4, 2008, defendant The Boeing Company, as

6   the removing defendant, served the Court's December 26, 2007, Case Management Scheduling

7   Order for Reassigned Civil Case on all interested parties and their attorneys of record as ordered

8   by the Court.

9
    Date:  January 4, 2008                          PERKINS COIE LLP
10

11
                                                    By:  _____/s/_____
12                                                       Chung H. Han
                                                         Attorneys for Defendant
13                                                       The Boeing Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

1

**PROOF OF SERVICE - MAIL**

2

3    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4          I am and was at all times herein mentioned employed in the County of Los Angeles, State
5    of California.  I am over the age of 18 years and not a party to the within action or proceeding.
     My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

6          On January 4, 2008, I served a true copies of the following document(s): **CERTIFICATE**
7    **OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED**
     **CIVIL CASE** on the interested parties in this action by placing said documents enclosed in a
8    sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date,
     following ordinary business practices) in an internal collection basket, addressed as follows:
9

10                           **SEE ATTACHED SERVICE LIST.**

11         I am readily familiar with this business's practices concerning collection and processing of
     correspondence for mailing with the United States Postal Service, and declare that
12   correspondence is deposited with the United States Postal Service on the same day it is internally
     collected at Perkins Coie LLP in the ordinary course of business.
13

14         I declare under penalty of perjury under the laws of the State of California that the
     foregoing is true and correct; that I am employed in the office of a member of the Bar of this
15   Court at whose direction this service was made; and that this Proof of Service was executed on
     January 4, 2008, at Santa Monica, California.
16

17                           _____/s/_____
                             MICHELLE C. JACKSON
18

19

20

21

22

23

24

25

26

27

28

01038-5259/LEGAL13850347.1                        -3-

CERTIFICATE OF SERVICE

1

<u>SERVICE LIST</u>

2

Thomas J. Brandi, Esq.                          Counsel for Plaintiffs

3
Daniel Dell'Osso, Esq.
Casey A. Kaufman, Esq.

4
Brian J. Malloy, Esq.
THE BRANDI LAW FIRM

5
354 Pine Street, Third Floor
San Francisco, CA  94104

6
Tel.: (415) 989-1800 / Fax: (415) 989-1801

7
James R. Donahue

8
CAULFIELD DAVIES & DONAHUE
80 Iron Point Circle, Suite 105

9
Folsom, CA 95630
Tel.: (916) 817-2900 / Fax (916) 817-2644

10

11
James W. Huston, Esq.                          <u>Counsel for Defendant</u>
Bill O'Connor, Esq.                            <u>Honeywell International, Inc.</u>

12
MORRISON & FOERSTER LLP
12531 High Bluff Dr., Suite 100

13
San Diego, CA 92130
Tel.: (858) 720-7932 / Fax (858) 720-5125

14

15
Clement L. Glynn, Esq.                         <u>Counsel for Defendant General Electric</u>
GLYNN & FINLEY, LLP

16
100 Pringle Ave., Suite 500
Walnut Creek, CA 94596

17
Tel.: (925) 210-2801 / Fax (925) 945-1975

18
Frank Chiarchiaro, Esq.                        <u>Counsel for Defendant</u>

19
MENDES & MOUNT, LLP                            <u>Goodrich Corporation</u>
750 Seventh Avenue

20
New York, NY 10019-6829
Tel.: (212) 261-8000 / Fax (212) 261-8750

21

22
Garth Aubert, Esq.
Mark Irvine, Esq.

23
MENDES & MOUNT, LLP
445 South Figueroa St., 38th Floor

24
Los Angeles, CA 90071
Tel.: (213) 955-7780 / Fax (213) 955-7725

25

26

27

28

01038-5259/LEGAL13850347.1                    -4-

CERTIFICATE OF SERVICE