JAMES W. HUSTON (BAR NO. 115596)
jhuston@mofo.com
ERIN M. BOSMAN (BAR NO. 204987)
ebosman@mofo.com
WILLIAM V. O'CONNOR (BAR NO. 216650)
woconnor@mofo.com
JOANNA E. HERMAN (BAR NO. 227480)
jeherman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720 5100
Facsimile:  858.720.5188

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON,<br><br>                    Plaintiffs,<br><br>     v. | Case No.   CV 07-06396 CW<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| 1 | THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

PLEASE TAKE NOTICE of the appearance of Joanna E. Herman of the firm of Morrison & Foerster LLP, as additional counsel of record for and on behalf of defendant Honeywell International Inc. ("Honeywell") in the above-captioned matter. Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following address:

> Joanna E. Herman
> Morrison & Foerster LLP
> 12531 High Bluff Dr., Suite 100
> San Diego, California  92130
> Telephone: (858) 720-5100
> Facsimile: (858) 720-5125
>
> Email: jeherman@mofo.com.

Dated: January 7, 2008                    MORRISON & FOERSTER LLP

                                          By:  /s/ Joanna E. Herman
                                                 Joanna E. Herman

                                          Attorneys for Defendant
                                          HONEYWELL INTERNATIONAL INC.

NOTICE OF APPEARANCE
sd-406733

1

**CERTIFICATE OF SERVICE**

I, Joanna E. Herman, hereby certify that on January 7, 2008, I caused to be electronically filed a true and correct copy of the attached **NOTICE OF APPEARANCE** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record, as well as a copy via mail to the following counsel:

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA  90404-4013 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399<br><br>*Attorneys for Defendant The Boeing Company* |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA  94104 | Telephone:  415.989.1800<br>Facsimile:  415.989.1801<br><br>*Attorneys for Plaintiffs* |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>80 Iron Point Circle, Suite 105<br>Folsom, CA  95630 | Telephone:  916.817.2900<br>Facsimile:  916.817.2644<br><br>*Attorneys for Plaintiffs* |
| Clement L. Glynn, Esq.<br>GLYNN & FINLEY, LLP<br>100 Pringle Ave., Suite 500<br>Walnut Creek, CA  94596 | Telephone:  925.210.2801<br>Facsimile:  925.945.1975<br><br>*Attorneys for Defendant General Electric* |
| Frank Chiarchiaro, Esq.<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY  10019-6829 | Telephone:  212.261.8000<br>Facsimile:  212.261.8750<br><br>*Attorneys for Defendant Goodrich Corporation* |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA  90071 | Telephone:  213.955.7780<br>Facsimile:  213.955.7725<br><br>*Attorneys for Defendant Goodrich Corporation* |

Executed at San Diego, California, on this 7 day of January, 2008.

CERTIFICATE OF SERVICE
sd-406733

| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 | |
| 3 | By: /s/ Joanna E. Herman<br>Joanna E. Herman |
| 4 | Attorneys for Defendant<br>HONEYWELL INTERNATIONAL INC. |

CERTIFICATE OF SERVICE        2

sd-406733