1  JAMES W. HUSTON (BAR NO. 115596)
   ERIN M. BOSMAN (BAR NO. 204987)
2  WILLIAM V. O'CONNOR (BAR NO. 216650)
   JOANNA E. HERMAN (BAR NO. 227480)
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
4  San Diego, California  92130-2040
   Telephone: 858.720.5100
5
   Attorneys for Defendant
6  HONEYWELL INTERNATIONAL, INC.

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  DEBORAH GETZ, individually and as a surviving     Case No.
    heir of decedent KRISTOFER D. S. THOMAS;
12  RODNEY THOMAS, individually and as a
    surviving heir of decedent, KRISTOFER D. S        **DECLARATION OF PETER B.**
13  THOMAS; MARY DUFFMAN, individually and            **BAKER IN SUPPORT OF**
    as a surviving heir of decedent, SCOTT E.         **HONEYWELL INTERNATIONAL**
14  DUFFMAN; SOPHIA DUFFMAN, a minor,                 **INC.'S MOTION TO TRANSFER**
    individually and as a surviving heir of decedent  **VENUE**
15  SCOTT E. DUFFMAN, by and through her
    Guardian ad Litem, MARY DUFFMAN;
16  CHRISTINE VAUGHN, individually and as a
    surviving heir of decedent, TRAVIS R.
17  VAUGHN; BRAD VAUGHN, individually and as
    a surviving heir of decedent, TRAVIS R.
18  VAUGHN; JILL GARBS, individually and as a
    surviving heir of decedent RYAN GARBS;
19  DOUG GARBS, individually and as a surviving
    heir of decedent, RYAN GARBS; JORDAN
20  LANHAM; JERRY GOLDSMITH; RYANNE
    NOSS, individually and as spouse of SCOT
21  NOSS; TIMOTHY BRAUCH; CHRIS TRISKO,
    MARK DANIEL HOUGHTON,
22
                          Plaintiffs,
23
        v.
24

25

26

27

28

DECLARATION OF PETER B. BAKER
sd-404511

1   THE BOEING COMPANY, a corporation;
    HONEYWELL INTERNATIONAL, INC., a
2   corporation; GOODRICH CORPORATION, a
    corporation; BF GOODRICH AEROSPACE;
3   CHANDLER EVANS CONTROL SYSTEMS;
    GENERAL ELECTRIC and DOES 1 through 200,
4   inclusive,

5           Defendants.

6

7           Pursuant to 28 U.S.C. § 1746, I Peter B. Baker declare the following:

8           1.      I am a Chief Engineer in the Product Integrity Department of Honeywell

9   International, Inc. ("Honeywell"). Statements made in this declaration are based on my personal

10  knowledge, and I could and would so testify if called as a witness in this matter.

11          2.      Honeywell is a Delaware corporation with its principal place of business in

12  Morristown, New Jersey.

13          3.      Boeing is a Delaware Corporation with its world headquarters in Chicago, Illinois

14  and its MH-47E production facility in Pennsylvania.

15          4.      Goodrich Pump and Engine Control Systems, Inc. is a Delaware corporation with

16  its principal place of business in West Hartford, Connecticut and its engine controls

17  manufacturing facility in Connecticut.

18          5.      Honeywell manufactures the T55-GA-714A engines in its engine manufacturing

19  facilities in Phoenix, Arizona and Greer, South Carolina.

20          6.      The United States Army MH-47E Chinook Helicopter, serial number 92-00472

21  (the "subject helicopter"), was equipped with two T55-GA-714A engines manufactured by

22  Honeywell.  The engines recovered from the subject helicopter were manufactured at our Phoenix

23  facility.

24          7.      I understand the above-captioned litigation, pending in the United States District

25  Court for the Northern District of California, arises out of the crash of the subject helicopter on

26  February 18, 2007.

27

28

1

DECLARATION OF PETER B. BAKER IN SUPPORT OF MOTION TO TRANSFER VENUE
sd-404511

8.    It would be unduly burdensome and inconvenient for Honeywell to be required to defend claims in the Northern District which has no ties to the accident itself or the manufacture or design of the engines and its component parts.

9.    Arizona is a more convenient forum for Honeywell because Honeywell's relationship with the U.S. Army's Chinook program—the helicopter involved in this case—is centered in Arizona.

10.    I understand the U.S. Army's investigation into the root cause of the accident is ongoing.

11.    Honeywell employees located in Phoenix continue to support the U.S. Army's ongoing investigation into the loss of the subject helicopter in Afghanistan.

12.    Honeywell employees, residing in Arizona, are likely to be called as witnesses in support of Honeywell's defense at trial, including Marlin Kruse, Honeywell focal point person for the accident investigation and a member of the Honeywell Product Integrity Department.

13.    Therefore, the vast majority of the documents concerning the claims against the Honeywell engines are located in Arizona.

14.    The specific government contracts for the Honeywell engines from the subject helicopter were not drafted, negotiated or performed in the Northern District of California.

15.    The government contract for the design and manufacture of the Honeywell T55-GA-714A engines on the subject helicopter was performed by Honeywell in Phoenix, Arizona.

16.    Pursuant to that contract, acceptance testing of the engines is completed by Honeywell in Phoenix, Arizona.

17.    Once the engine testing process is complete, U.S. Army acceptance of the engines under the contract signifies its conformance to the precise government specifications.

18.    With regard to the specific engines from this accident, they bear the serial numbers 06PGA00887 and 06PGA00888. The engines were purchased by the U.S. Army directly from Honeywell and shipped by common carrier to Fort Campbell, Kentucky on May 23, 2006.

19.    Title to the engines transferred to the U.S. Army at Honeywell's shipping dock in Phoenix, Arizona on May 19, 2006.

DEC:ARATION OF PETER B. BAKER IN SUPPORT OF MOTION TO TRANSFER VENUE
sd-404511

1         20.    I am unaware of any key witnesses or key evidence regarding the subject

2    helicopter located in the Northern District.

3         21.    Honeywell's aerospace divisions have a significant business presence in Phoenix,

4    Arizona.

5         I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct, and that I executed this declaration on January 9, 2008 at Phoenix,

7    Arizona.

8

9                       Peter B. Baker

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DEC:ARATION OF PETER B. BAKER IN SUPPORT OF MOTION TO TRANSFER VENUE
sd-404511