1  JAMES W. HUSTON (BAR NO. 115596)
   ERIN M. BOSMAN (BAR NO. 204987)
2  WILLIAM V. O'CONNOR (BAR NO. 216650)
   JOANNA E. HERMAN (BAR NO. 227480)
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
4  San Diego, California  92130-2040
   Telephone: 858.720.5100
5
   Attorneys for Defendant
6  HONEYWELL INTERNATIONAL, INC.

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | DEBORAH GETZ, individually and as a surviving     Case No.    CV 07-6396 CW
   | heir of decedent KRISTOFER D. S. THOMAS;
12 | RODNEY THOMAS, individually and as a
   | surviving heir of decedent, KRISTOFER D. S        **DECLARATION OF MARLIN**
13 | THOMAS; MARY DUFFMAN, individually and            **KRUSE IN SUPPORT OF**
   | as a surviving heir of decedent, SCOTT E.         **HONEYWELL INTERNATIONAL**
14 | DUFFMAN; SOPHIA DUFFMAN, a minor,                 **INC'S MOTION TO TRANSFER**
   | individually and as a surviving heir of decedent  **VENUE**
15 | SCOTT E. DUFFMAN, by and through her
   | Guardian ad Litem, MARY DUFFMAN;
16 | CHRISTINE VAUGHN, individually and as a
   | surviving heir of decedent, TRAVIS R.
17 | VAUGHN; BRAD VAUGHN, individually and as
   | a surviving heir of decedent, TRAVIS R.
18 | VAUGHN; JILL GARBS, individually and as a
   | surviving heir of decedent RYAN GARBS;
19 | DOUG GARBS, individually and as a surviving
   | heir of decedent, RYAN GARBS; JORDAN
20 | LANHAM; JERRY GOLDSMITH; RYANNE
   | NOSS, individually and as spouse of SCOT
21 | NOSS; TIMOTHY BRAUCH; CHRIS TRISKO,
   | MARK DANIEL HOUGHTON,
22
   |                 Plaintiffs,
23
   |       v.
24

25

26

27

28

---

THE BOEING COMPANY, a corporation;
HONEYWELL INTERNATIONAL, INC., a
corporation; GOODRICH CORPORATION, a
corporation; BF GOODRICH AEROSPACE;
CHANDLER EVANS CONTROL SYSTEMS;
GENERAL ELECTRIC and DOES 1 through 200,
inclusive,

                    Defendants.

I, Marlin Kruse, declare as follows:

     1.     I am a Principal Engineer at Honeywell International Inc. ("Honeywell") in the Product Integrity department.  My work responsibilities include accident investigation, litigation support, and corrective action oversight.  I have worked at Honeywell for over ten years. Statements made in this declaration are based on my personal knowledge, and I could and would so testify if called as a witness in this matter.

     2.     I am the focal point person for the investigation activities at Honeywell involving a Chinook MH-47E helicopter bearing tail number 92-00472 ("subject helicopter"), which crashed in Afghanistan on or about February 17-18, 2007.

     3.     Honeywell manufactured the two T55-GA-714A engines, the engines installed on the subject helicopter, in its engine manufacturing facility in Phoenix, Arizona.

     4.     The subject helicopter was operated by the U.S. Army 160th SOAR - Special Operations Aviation Regiment (the "160th").

     5.     The 160th is a special operations force that provides aviation support for Special Operations Forces.

     6.     Honeywell has provided technical support to the 160th for their investigation of the subject helicopter crash.  I understand that there have been investigation related activities at the following U.S. Army installations:  Fort Campbell, Kentucky (home of the 160th), Fort Rucker, Alabama (location of the U.S. Army Combat Readiness Center, the U.S. Army's principal aviation accident investigating authority), Redstone, Alabama (AMCOM), and the Corpus Christi Army Depot, Texas.

DECLARATION OF MARLIN KRUSE IN SUPPORT OF MOTION TO TRANSFER VENUE
sd-404652

1    7.    After the subject helicopter crashed, the 160th was able to recover the engines

2    installed on the aircraft.  The engines and other component parts were transported to Fort

3    Campbell, Kentucky.  Once they were sent to Fort Campbell, Kentucky, the engines and the

4    engine components were under the control of the 160th.  Engine control system components were

5    also transported back to the United States.

6    8.    As the focal point for Honeywell's support of the 160th's investigation of the

7    mishap, I was invited to participate in the teardown of the engines at Fort Campbell, Kentucky on

8    August 7-8, 2007.

9    9.    The ongoing investigation is focused on a possible engine flame-out event.

10    10.    While the physical teardown of the engine has taken place in Fort Campbell,

11    Kentucky, most of the engineers who are supporting me in analyzing the data gathered from the

12    investigation of the incident, including the teardown of the engines, are located in Phoenix,

13    Arizona.

14    11.    Additionally, Honeywell's investigative activities have been focused primarily in

15    Arizona, including the location of key Honeywell documents and evidence regarding the

16    investigation.

17    I declare under penalty of perjury under the laws of the United States of America that the

18    foregoing is true and correct, and that I executed this declaration on January 7, 2008 at Phoenix,

19    Arizona.

20

21

22    Marlin Kruse

23

24

25

26

27

28

DECLARATION OF MARLIN KRUSE IN SUPPORT OF MOTION TO TRANSFER VENUE
sd-404652