UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.   CV 07-06396 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO TRANSFER VENUE**<br><br>Date:   February 14, 2008<br>Time:   2:00 p.m.<br><br>Courtroom: 2<br>Judge:   Hon. Claudia Wilken |

[Proposed] Order Granting Honeywell's
Motion to Transfer Venue
sd-407317

1  The motion of Honeywell International Inc. ("Honeywell") to transfer this action to the District of Arizona pursuant to 28 U.S.C. 1404(a), came on for hearing in this Court on February 14, 2008.

Based on the supporting and opposing memoranda and other related documents filed with the Court in connection with this motion, the papers and records on file in this action, the facts set forth in and exhibits attached to the Declarations of William V. O'Connor, Marlin J. Kruse, and Peter B. Baker, Honeywell's Motion to Transfer is GRANTED.

Pursuant to 28 U.S.C. 1404(a), this action is transferred to the District of Arizona, Phoenix Division for the convenience of the parties and the witnesses, and in the interests of justice.

**IT IS SO ORDERED**

Dated: _____, 2008        By: _____
                                                    Honorable Claudia Wilken