JAMES W. HUSTON (BAR NO. 115596)
jhuston@mofo.com
ERIN M. BOSMAN (BAR NO. 204987)
WILLIAM V. O'CONNOR (BAR NO. 216650)
JOANNA E. HERMAN (BAR NO. 227480)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720 5100
Facsimile: 858.720.5188

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON,

Plaintiffs,

v.

THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive,

Defendants.

Case No. CV 07-06396 CW

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S AMENDED NOTICE OF MOTION TO TRANSFER VENUE**

Date: February 21, 2008
Time: 2:00 p.m.

Courtroom: 2
Judge: Hon. Claudia Wilken

**AMENDED NOTICE OF MOTION**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 21, 2008, at 2:00 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Claudia Wilken, United States District Court, Northern District of California, Oakland Division, Courtroom 2, 4th Floor, 1301 Clay Street, 400 South, Oakland, California 94612, Honeywell International Inc. ("Honeywell") will, and hereby does, move the Court for an order transferring this matter to the District of Arizona, Phoenix Division, pursuant to 28 U.S.C. § 1404(a).

This motion is based on this Amended Notice of Motion; the Motion; Memorandum of Points and Authorities; and the Declarations and exhibits thereto of William V. O'Connor, Peter B. Baker and Marlin Kruse in Support of Honeywell's Motion to Transfer, all filed with this Court on January 10, 2008; the pleadings and other files herein; and such other written and oral argument as may be presented to the Court.

Dated: January 11, 2008

JAMES W. HUSTON
ERIN M. BOSMAN
WILLIAM V. O'CONNOR
JOANNA E. HERMAN
MORRISON & FOERSTER LLP

By: /s/ William V. O'Connor
William V. O'Connor
woconnor@mofo.com

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

**CERTIFICATE OF SERVICE**

I, William V. O'Connor, hereby certify that on January 11, 2008, I caused to be electronically filed a true and correct copy of the attached

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S AMENDED NOTICE OF MOTION TO TRANSFER VENUE**

with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record for Plaintiffs:

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br>***Attorneys for Defendant The Boeing Company*** |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>44 Montgomery Street, Suite 1050<br>San Francisco, CA 94104 | Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br>***Attorneys for Plaintiffs*** |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>80 Iron Point Circle, Suite 105<br>Folsom, CA 95630 | Telephone: 916.817.2900<br>Facsimile: 916.817.2644<br>***Attorneys for Plaintiffs*** |
| Clement L. Glynn, Esq.<br>GLYNN & FINLEY, LLP<br>100 Pringle Ave., Suite 500<br>Walnut Creek, CA 94596 | Telephone: 925.210.2801<br>Facsimile: 925.945.1975<br>***Attorneys for Defendant General Electric*** |
| Frank Chiarchiaro, Esq.<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829 | Telephone: 212.261.8000<br>Facsimile: 212.261.8750<br>***Attorneys for Defendant Goodrich Corporation*** |

| | |
|---|---|
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071 | Telephone: 213.955.7780<br>Facsimile: 213.955.7725<br>***Attorneys for Defendant Goodrich Corporation*** |

Executed at San Diego, California, on this 11th day of January, 2008.

MORRISON & FOERSTER LLP

By: /s/ William V. O'Connor
William V. O'Connor
woconnor@mofo.com

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.