Garth W. Aubert Bar No. 162877
garth.aubert@mendes.com
Mark R. Irvine, Bar No. 137294
mark.irvine@mendes.com
Mendes & Mount, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
(213) 955-7700 / (213) 955-7725 Fax

Attorneys for Defendant
Goodrich Pump and Engine Control Systems, Inc.
(erroneously sued as Goodrich Corporation and
BF Goodrich Aerospace)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY, et al.<br><br>Defendants. | No. CV 07-06396 CW<br><br>**JOINDER BY DEFENDANT GOODRICH PUMP AND ENGINE CONTROL SYSTEMS, INC. IN DEFENDANT HONEYWELL INTERNATIONAL, INC.'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date: February 21, 2008<br>Hearing Time: 2:00 p.m.<br>Courtroom 2<br><br>Judge: Hon. Claudia Wilkin |

///

///

///

---

Goodrich's Joinder to Honeywell's Motion
to Transfer Venue                -1-
187586.1 JoindertoMotiontoTransfer

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that defendant Goodrich Pump and Engine Control Systems, Inc. hereby joins in defendant Honeywell International, Inc.'s Motion to Transfer Venue and incorporates such Motion and supporting papers by reference.

Dated: January 11, 2008

                              MENDES & MOUNT, LLP

                              By: _____
                              Garth W. Aubert
                              Attorneys for Defendant
                              Goodrich Pump and Engine Control
                              Systems, Inc. (erroneously sued as
                              Goodrich Corporation)

Goodrich's Joinder to Honeywell's Motion
to Transfer Venue        -2-
187586.1 JoindertoMotiontoTransfer

## PROOF OF SERVICE

| STATE OF CALIFORNIA | ) | Getz v. Goodrich Pump and Engine |
| --- | --- | --- |
| | ) ss. | USDC Case No. CGC-07-06396 CW |
| COUNTY OF LOS ANGELES | ) | Our File No. 394,429 |

I, Garth W. Aubert, hereby certify that on **January 11, 2008**, I caused to be electronically filed a true and correct copy of the attached **Joinder by Defendant Goodrich Pump and Engine Control Systems, Inc. in Defendant Honeywell International Inc.'s Motion to Transfer Venue** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing an downloading to the following counsel of record for all parties.

| Attorneys for Plaintiff<br>Thomas J. Brandi<br>The Brandi Law Firm<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>415-989-1800<br>415-989-1801 (Fx) | Attorneys for Plaintiff<br>James R. Donahue<br>Caulfield Davies & Donahue<br>80 Iron Point Circle, Ste. 105<br>Folsom, CA 95630<br>916-817-2900<br>916-817-2644 (Fx) | Attorneys for Defendant<br>The Boeing Company<br>Ronald A. McIntire<br>Chung H. Han<br>Perkins Coie, LLP<br>South Tower<br>1620 26th Street, 6th Floor<br>Santa Monica, CA 90404-4013<br>310-788-9900<br>310-788-3399 (Fx) |
| --- | --- | --- |
| Attorneys for Defendant<br>Honeywell International, Inc.<br>James W. Huston<br>William V. O'Connor<br>Erin M. Bosman<br>Joanna E. Herman<br>Morrison & Foerster LLP<br>12531 High Bluff Dr., Ste. 100<br>San Diego, CA 92130-2040<br>858-720-7932<br>858-720-5125 (Fx) | Attorneys for Defendant General Electric<br>Clement L. Glynn<br>Glynn & Finley, LLP<br>100 Pringle Avenue, Ste. 500<br>Walnut Creek, CA 94596<br>925-210-2801<br>925-945-1975 (Fx) | Attorneys for Defendant<br>Goodrich Corporation<br>Frank Chiarchiaro<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829<br>212-261-8000<br>212-261-8750 (Fx) |

Executed at Los Angeles, California, on this 11th day of January 2008.

_____
Garth W. Aubert