Garth W. Aubert Bar No. 162877
garth.aubert@mendes.com
Mark R. Irvine, Bar No. 137294
mark.irvine@mendes.com
Mendes & Mount, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
(213) 955-7700 / (213) 955-7725 Fax

Attorneys for Defendant
Goodrich Pump and Engine Control Systems, Inc.
(erroneously sued as Goodrich Corporation and
BF Goodrich Aerospace)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY, et al.<br><br>　　　　Defendants. | No. CV 07-06396 CW<br><br>Hon. Claudia Wilken<br><br>**RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT GOODRICH PUMP AND ENGINE CONTROL SYSTEMS, INC.** |

### DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Goodrich Pump and Engine Control Systems, Inc. is wholly owned by Goodrich Corporation.

///

///

///

---

Disclosure Statement

-1-

187604.1 DisclosureStatement

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that other than the above, there is no such interest to report.

Dated: January 11, 2008

MENDES & MOUNT, LLP

By: _____
Garth W. Aubert
Attorneys for Defendant
Goodrich Pump and Engine Control
Systems, Inc. (erroneously sued as
Goodrich Corporation)

## PROOF OF SERVICE

| STATE OF CALIFORNIA | ) | Getz v. Goodrich Pump and Engine |
| --- | --- | --- |
| | ) ss. | USDC Case No. CGC-07-06396 CW |
| COUNTY OF LOS ANGELES | ) | Our File No. 394,429 |

I, Garth W. Aubert, hereby certify that on **January 11, 2008**, I caused to be electronically filed a true and correct copy of the attached **Rule 7.1 Disclosure Statement and Civil Local Rule 3-16 Certification of Interested Entities or Persons for Defendant Goodrich Pump and Engine Control Systems, Inc.** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing an downloading to the following counsel of record for all parties.

| Attorneys for Plaintiff | Attorneys for Plaintiff | Attorneys for Defendant The Boeing Company |
| --- | --- | --- |
| Thomas J. Brandi<br>The Brandi Law Firm<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>415-989-1800<br>415-989-1801 (Fx) | James R. Donahue<br>Caulfield Davies & Donahue<br>80 Iron Point Circle, Ste. 105<br>Folsom, CA 95630<br>916-817-2900<br>916-817-2644 (Fx) | Ronald A. McIntire<br>Chung H. Han<br>Perkins Coie, LLP<br>South Tower<br>1620 26th Street, 6th Floor<br>Santa Monica, CA 90404-4013<br>310-788-9900<br>310-788-3399 (Fx) |
| **Attorneys for Defendant Honeywell International, Inc.** | **Attorneys for Defendant General Electric** | **Attorneys for Defendant Goodrich Corporation** |
| James W. Huston<br>William V. O'Connor<br>Erin M. Bosman<br>Joanna E. Herman<br>Morrison & Foerster LLP<br>12531 High Bluff Dr., Ste. 100<br>San Diego, CA 92130-2040<br>858-720-7932<br>858-720-5125 (Fx) | Clement L. Glynn<br>Glynn & Finley, LLP<br>100 Pringle Avenue, Ste. 500<br>Walnut Creek, CA 94596<br>925-210-2801<br>925-945-1975 (Fx) | Frank Chiarchiaro<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829<br>212-261-8000<br>212-261-8750 (Fx) |

Executed at Los Angeles, California, on this 11th day of January 2008.

_____
Garth W. Aubert