Ronald A. McIntire (State Bar No. 127407)
Email: RMcIntire@perkinscoie.com
Chung H. Han (State Bar No. 191757)
Email: CHan@perkinscoie.com
PERKINS COIE LLP
1620 26th Street, Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Tel:  310.788.9900 / Fax:  310.788.339

Attorneys for Defendant
The Boeing Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D.S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D.S. THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON,<br><br>                        Plaintiffs,<br><br>     v.<br><br>THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive,<br><br>                        Defendants. | Case No. CV 07-06396 CW<br><br>**JOINDER OF DEFENDANT THE BOEING COMPANY TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO TRANSFER VENUE**<br><br>Date: February 21, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2<br> Judge: The Hon. Claudia Wilken |

01038-5259/LEGAL13874727.1                                    -1-

BOEING'S JOINDER TO HONEYWELL'S MOTION TO TRANSFER VENUE

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant The Boeing Company ("Boeing") hereby joins in defendant Honeywell International Inc.'s motion to transfer venue to the United States district court for the District of Arizona, Phoenix Division, pursuant to 28 U.S.C. § 1404(a), and incorporates herein such motion and supporting papers by reference.

DATED: January 14, 2008          **PERKINS COIE LLP**

By:     /s/
    Chung H. Han
    Attorneys for Defendant
    The Boeing Company

**PROOF OF SERVICE - MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On January 14, 2008, I served a true copies of the following document(s): **JOINDER OF DEFENDANT THE BOEING COMPANY TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO TRANSFER VENUE** on the interested parties in this action by placing said documents enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

**SEE ATTACHED SERVICE LIST.**

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on January 14, 2008, at Santa Monica, California.

_____/s/_____
MICHELLE C. JACKSON

# SERVICE LIST

| | |
|---|---|
| Thomas J. Brandi, Esq.<br>Daniel Dell'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>Tel.: (415) 989-1800 / Fax: (415) 989-1801 | Counsel for Plaintiffs |
| James R. Donahue<br>CAULFIELD DAVIES & DONAHUE<br>80 Iron Point Circle, Suite 105<br>Folsom, CA 95630<br>Tel.: (916) 817-2900 / Fax (916) 817-2644 | |
| James W. Huston, Esq.<br>Bill O'Connor, Esq.<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Dr., Suite 100<br>San Diego, CA 92130<br>Tel.: (858) 720-7932 / Fax (858) 720-5125 | Counsel for Defendant<br>Honeywell International, Inc. |
| Clement L. Glynn, Esq.<br>GLYNN & FINLEY, LLP<br>100 Pringle Ave., Suite 500<br>Walnut Creek, CA 94596<br>Tel.: (925) 210-2801 / Fax (925) 945-1975 | Counsel for Defendant General Electric |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa St., 38th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 955-7780 / Fax (213) 955-7725 | Counsel for Defendant<br>Goodrich Pump and Engine Control Systems, Inc. |

01038-5259/LEGAL13874727.1          -4-

BOEING'S JOINDER TO HONEYWELL'S MOTION TO TRANSFER VENUE