1  THE BRANDI LAW FIRM
   THOMAS J. BRANDI #53208
2  DANIEL DELL'OSSO #118203
   CASEY A. KAUFMAN #232257
3  BRIAN J. MALLOY # 234882
   44 Montgomery Street, Suite 1050
4  San Francisco, CA 94104
5  Telephone: (415) 989-1800 Facsimile: (415) 989-1801

6  JAMES R. DONAHUE, #105106
   CAULFIELD DAVIES & DONAHUE
7  80 Iron Point Circle, # 105
   Folsom, CA 95630
8  Telephone: (916) 817-2900 Facsimile: (916) 817-2644

9  Attorneys for Plaintiffs

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12
    DEBORAH GETZ, individually and as a        ) NO. CV 07 6396 JCS
13  surviving heir of decedent KRISTOFER D. S. )
    THOMAS; RODNEY THOMAS, individually )       NOTICE OF CHANGE OF
14  and as a surviving heir of decedent,        ) ADDRESS
    KRISTOFER D. S THOMAS; MARY                 )
15  DUFFMAN, individually and as a surviving   )
    heir of decedent, SCOTT E. DUFFMAN;        )
16  SOPHIA DUFFMAN, a minor, individually       )
    and as a surviving heir of decedent SCOTT E.)
17  DUFFMAN, by and through her Guardian ad    )
    Litem, MARY DUFFMAN; CHRISTINE              )
18  VAUGHN, individually and as a surviving    )
    heir of decedent, TRAVIS R. VAUGHN;        )
19  BRAD VAUGHN, individually and as a          )
    surviving heir of decedent, TRAVIS R.       )
20  VAUGHN; JILL GARBS, individually and as    )
    a surviving heir of decedent RYAN GARBS;   )
21  DOUG GARBS, individually and as a           )
    surviving heir of decedent, RYAN GARBS;    )
22  JORDAN LANHAM; JERRY GOLDSMITH;            )
    RYANNE NOSS, individually and as spouse    )
23  of SCOT NOSS; TIMOTHY BRAUCH;              )
    CHRIS TRISKO, MARK DANIEL                  )
24  HOUGHTON,                                   )
                                                )
25              Plaintiffs,                     )
                                                )
26       vs.                                    )

                                    1
NOTICE OF CHANGE OF ADDRESS

| | |
|---|---|
| THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

PLEASE TAKE NOTICE that as of January 1, 2008, the attorney for plaintiffs DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, and MARK DANIEL HOUGHTON, has changed his address for services of notices and documents in the above-captioned action. The new address of THOMAS J. BRANDI, THE BRANDI LAW FIRM, is 354 Pine Street, Third Floor, San Francisco, CA 94104, the telephone and facsimile numbers remain unchanged Telephone 415-989-1800, Facsimile: 415 989-1801.

///////

2

NOTICE OF CHANGE OF ADDRESS

1   All notices and documents regarding this action should be sent to the above
2   address.

Dated: January 14, 2008

THE BRANDI LAW FIRM

By: _____
    BRIAN J. MALLOY
    Attorney for Plaintiffs

NOTICE OF CHANGE OF ADDRESS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of THE BRANDI LAW FIRM and is of such age and discretion to be competent to serve papers.

That on January 14, 2008, she served copies of: NOTICE OF CHANGE OF ADDRESS by placing said copies in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addresses and deposited said envelopes in the United States mail in San Francisco, California.

Addressees:

James R. Donahue
Caulfield, Davies and Donahue
80 Iron Point Circle, Suite 105
Folsom, CA 95630

Garth W. Aubert
Mendes and Mount
445 South Figueroa Street, 38th floor
Los Angeles, CA 90071

Chung Han
Perkins Coie
1620 26th Street, Sixth Floor
South Tower
Santa Monica, CA 90404

William V. O'Connor
Morrison and Foerster
12531 High Bluff Drive #100
San Diego, CA 92130-2040

Dated: January 14, 2008

_____
Denise Ruggeri