THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
CASEY A. KAUFMAN #232257
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
80 Iron Point Circle, #105
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON, | NO. CV 07 6396 CW<br><br>**DECLARATION OF BRIAN J. MALLOY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO TRANSFER VENUE**<br><br>Date: February 21, 2008<br>Time: 2:00 p.m.<br><br>Courtroom: 2<br>Judge: Honorable Claudia Wilken |

1

|   |   |
|---|---|
| Plaintiffs, | ) |
| vs. | ) |
|  | ) |
| THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

I, BRIAN J. MALLOY, declare under penalty of perjury as follows:

1. I am an attorney at law licensed to practice in the courts of the State of California, and I am admitted to the United States District Court for the Northern District of California. I am an associate with The Brandi Law Firm, attorneys of record for plaintiffs herein. I make this declaration of my own personal knowledge and, if called as a witness, I could testify competently thereto.

2. The plaintiffs in this action reside in the following states: Deborah Getz and resides in Roseville, California; Rodney Thomas resides in Lincoln, California; Mary Duffman and Sophia Duffman reside in North Carolina; Christine Vaughn and Brad Vaughn reside in Iowa; Jill Garbs and Doug Garbs reside in Illinois; Jordan Lanham resides in Georgia; Ryanne and Scot Noss reside in Florida; Jerry Goldsmith resides in Alabama; Timothy Brauch resides in North Carolina; Chris Trisko resides in North Carolina, and Mark Daniel Houghton resides in Georgia.

3. Attached as Exhibit A is a true and correct copy of the Complaint for Wrongful Death, Bodily Injuries and Loss of Consortium filed on October 5, 2007 in the Superior Court, County of San Francisco.

DECLARATION OF BRIAN J. MALLOY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO TRANSFER VENUE - NO. CV 07 6396 CW

4. Attached as Exhibit B is a true and correct copy of Honeywell International, Inc.'s corporate information filing with the California Secretary of State, current as of January 25, 2008.

5. Attached as Exhibit C is a true and correct copy of The Boeing Company's corporate information filing with the California Secretary of State, current as of January 25, 2008.

6. Attached as Exhibit D is a true and correct copy the Amended Answer of The Boeing Company.

7. Attached as Exhibit E is a true and correct copy of Goodrich Corporation's corporate information filing with the California Secretary of State, current as of January 25, 2008.

8. Attached as Exhibit F is a true and correct copy of the Rule 7.1 Disclosure Statement and Civil Local Rule 3-16 Certification of Interested Entities or Persons For Defendant Goodrich Pump and Engine Control Systems, Inc.

9. Attached as Exhibit G is a true and correct copy of the Answer of Honeywell International, Inc. to Plaintiffs' Complaint for Wrongful Death; Bodily Injuries; and Loss of Consortium.

10. Attached as Exhibit H is a true and correct copy of the Answer of Defendant Goodrich Pump and Engine Control Systems, Inc. to Complaint.

11. Attached as Exhibit I is a true and correct copy of the Declaration of Richard S. Chon In Support of Defendant The Boeing Company's Notice of Removal along with Exhibit B to that declaration, referred to as the United States Army, Material Inspection and Receiving Report Form DD250.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of January, 2008 at San Francisco, California.

/s/ Brian J. Malloy
BRIAN J. MALLOY

DECLARATION OF BRIAN J. MALLOY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO TRANSFER VENUE - NO. CV 07 6396 CW