# EXHIBIT E

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JAN 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH CORPORATION |

| Number: C0159374 | Date Filed: 8/1/1934 | Status: active |
|---|---|---|
| Jurisdiction: NEW YORK | | |

| Address |
|---|
| 2730 W TYVOLA ROAD |
| CHARLOTTE, NC 28217 |

| Agent for Service of Process |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| PO BOX 526036 |
| SACRAMENTO, CA 95852 |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.