# EXHIBIT F

1  Garth W. Aubert Bar No. 162877
   garth.aubert@mendes.com
2  Mark R. Irvine, Bar No. 137294
   mark.irvine@mendes.com
3  Mendes & Mount, LLP
   445 South Figueroa Street, 38th Floor
4  Los Angeles, CA 90071
   (213) 955-7700 / (213) 955-7725 Fax
5
   Attorneys for Defendant
6  Goodrich Pump and Engine Control Systems, Inc.
   (erroneously sued as Goodrich Corporation and
7  BF Goodrich Aerospace)

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | DEBORAH GETZ, et al.            ) No. CV 07-06396 CW
12 |       Plaintiffs,                ) Hon. Claudia Wilken
13 |   vs.                            ) RULE 7.1 DISCLOSURE
                                      ) STATEMENT AND CIVIL LOCAL
14 | THE BOEING COMPANY, et al.       ) RULE 3-16 CERTIFICATION OF
                                      ) INTERESTED ENTITIES OR
15 |       Defendants.                ) PERSONS FOR DEFENDANT
                                      ) GOODRICH PUMP AND ENGINE
16 |                                  ) CONTROL SYSTEMS, INC.

17

18

19              **DISCLOSURE STATEMENT**

20    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant
21 Goodrich Pump and Engine Control Systems, Inc. is wholly owned by Goodrich
22 Corporation.

23

24

25

26 ///
27 ///
28 ///

Disclosure Statement
                                -1-
187604.1 DisclosureStatement

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that other than the above, there is no such interest to report.

Dated: January 11, 2008

MENDES & MOUNT, LLP

By: /s/ Garth W. Aubert
Garth W. Aubert
Attorneys for Defendant
Goodrich Pump and Engine Control Systems, Inc. (erroneously sued as Goodrich Corporation)

## PROOF OF SERVICE

| STATE OF CALIFORNIA | ) | Getz v. Goodrich Pump and Engine |
| --- | --- | --- |
| | ) ss. | USDC Case No. CGC-07-06396 CW |
| COUNTY OF LOS ANGELES | ) | Our File No. 394,429 |

I, Garth W. Aubert, hereby certify that on **January 11, 2008**, I caused to be electronically filed a true and correct copy of the attached **Rule 7.1 Disclosure Statement and Civil Local Rule 3-16 Certification of Interested Entities or Persons for Defendant Goodrich Pump and Engine Control Systems, Inc.** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing an downloading to the following counsel of record for all parties.

| Attorneys for Plaintiff | Attorneys for Plaintiff | Attorneys for Defendant The Boeing Company |
| --- | --- | --- |
| Thomas J. Brandi | James R. Donahue | Ronald A. McIntire |
| The Brandi Law Firm | Caulfield Davies & Donahue | Chung H. Han |
| 354 Pine Street, Third Floor | 80 Iron Point Circle, Ste. 105 | Perkins Coie, LLP |
| San Francisco, CA 94104 | Folsom, CA 95630 | South Tower |
| 415-989-1800 | 916-817-2900 | 1620 26th Street, 6th Floor |
| 415-989-1801 (Fx) | 916-817-2644 (Fx) | Santa Monica, CA 90404-4013 |
| | | 310-788-9900 |
| | | 310-788-3399 (Fx) |
| **Attorneys for Defendant Honeywell International, Inc.** | **Attorneys for Defendant General Electric** | **Attorneys for Defendant Goodrich Corporation** |
| James W. Huston | Clement L. Glynn | Frank Chiarchiaro |
| William V. O'Connor | Glynn & Finley, LLP | Mendes & Mount, LLP |
| Erin M. Bosman | 100 Pringle Avenue, Ste. 500 | 750 Seventh Avenue |
| Joanna E. Herman | Walnut Creek, CA 94596 | New York, NY 10019-6829 |
| Morrison & Foerster LLP | 925-210-2801 | 212-261-8000 |
| 12531 High Bluff Dr., Ste. 100 | 925-945-1975 (Fx) | 212-261-8750 (Fx) |
| San Diego, CA 92130-2040 | | |
| 858-720-7932 | | |
| 858-720-5125 (Fx) | | |

Executed at Los Angeles, California, on this 11th day of January 2008.

*/s/ Garth W. Aubert*