# EXHIBIT I

1   Ronald A. McIntire, State Bar No. 127407
    RMcIntire@perkinscoie.com
2   Chung H. Han, State Bar No. 191757
    CHan@perkinscoie.com
3   Richard S. Chon, State Bar No. 197541
    RChon@perkinscoie.com
4   PERKINS COIE LLP
    1620 26th Street, Sixth Floor, South Tower
5   Santa Monica, CA  90404-4013
    Tel: 310.788.9900 / Fax: 310.788.3399
6

7   Attorneys for Defendant
    The Boeing Company
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  DEBORAH GETZ, individually and as a surviving      Case No.
    heir of decedent KRISTOFER D.S. THOMAS;
13  RODNEY THOMAS, individually and as a               DECLARATION OF RICHARD S.
    surviving heir of decedent, KRISTOFER D.S.         CHON IN SUPPORT OF DEFENDANT
14  THOMAS; MARY DUFFMAN, individually and as          THE BOEING COMPANY'S NOTICE
    a surviving heir of decedent, SCOTT E.             OF REMOVAL
15  DUFFMAN; SOPHIA DUFFMAN, a minor,
    individually and as a surviving heir of decedent
16  SCOTT E. DUFFMAN, by and through her
    Guardian ad Litem, MARY DUFFMAN;
17  CHRISTINE VAUGHN, individually and as a
    surviving heir of decedent, TRAVIS R. VAUGHN;
18  BRAD VAUGHN, individually and as a surviving
    heir of decedent, TRAVIS R. VAUGHN; JILL
19  GARBS, individually and as a surviving heir of
    decedent RYAN GARBS; DOUG GARBS,
20  individually and as a surviving heir of decedent,
    RYAN GARBS; JORDAN LANHAM; JERRY
21  GOLDSMITH; RYANNE NOSS, individually and
    as spouse of SCOT NOSS; TIMOTHY BRAUCH;
22  CHRIS TRISKO, MARK DANIEL HOUGHTON,

23                 Plaintiffs,

           v.
24
    THE BOEING COMPANY, a corporation;
25  HONEYWELL INTERNATIONAL, INC., a
    corporation; GOODRICH CORPORATION, a
26  corporation; BF GOODRICH AEROSPACE;
    CHANDLER EVANS CONTROL SYSTEMS;
27  GENERAL ELECTRIC and DOES 1 through 200,
    inclusive,
28                 Defendants.

Dec 2 0 2007

1    I, Richard S. Chon, do hereby declare that:

2    1.    I am an attorney licensed to practice before all of the courts of the State of

3    California and am an associate of the law firm of Perkins Coie, LLP, attorneys of record for

4    The Boeing Company ("Boeing").

5    2.    I am one of the attorneys responsible for the handling of this file and, in this

6    capacity, have personal knowledge of the facts set forth in this declaration. If called as a witness,

7    I would testify as set forth herein.

8    3.    This declaration is made in support of Boeing's Notice of Removal.

9    4.    Attached hereto as Exhibit A is a true and correct copy of the Summons and

10   Complaint (Plaintiffs' Complaint; Bodily Injuries; and Loss of Consortium), which was filed in

11   the case of *Deborah Getz, et al. v. The Boeing Company, a corporation, et al.*, Superior Court of

12   the State of California, County of San Francisco, Case No. CGC07-467912, on October 5, 2007.

13   5.    Attached hereto as Exhibit B is a true and correct copy of the United States Army,

14   Material Inspection and Receiving Report Form DD250.

15   6.    Attached hereto as Exhibit C is a true and correct copy of the proposed Answer of

16   The Boeing Company to Plaintiffs' Complaint that it intends to file immediately after this case

17   has been removed and assigned a case number.

18   7.    Attached collectively hereto as Exhibit D are the Notices of Consent and Joinder

19   from Honeywell International Inc., Goodrich Corporation, BF Goodrich Aerospace, and General

20   Electric.

21   8.    Attached collectively hereto as Exhibit E are Defendant Goodrich Corporation's

22   Answer to Plaintiffs' Complaint and Plaintiffs' Amendment to Complaint, which were filed in the

23   state court action.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

- 2 -

DECLARATION OF RICHARD S. CHON IN SUPPORT OF NOTICE OF REMOVAL

1    I declare under penalty of perjury under the laws of the State of California and the United

2    States of America that the foregoing is true and correct and that this declaration was executed on

3    this 18th day of December, 2007, in San Francisco, California.

4

5                                    /s/
                          Richard S. Chon

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
DECLARATION OF RICHARD S. CHON IN SUPPORT OF NOTICE OF REMOVAL

Form approved OMB No. 0704-0103

| MATERIAL INSPECTION AND RECEIVING REPORT | 1. PROC. INSTRUMENT IDEN. (CONTRACT) 0AAJ09-89-C-A010 | | 2. ORDER | 3. INVOICE | 7. PAGE 1 | 4 |
|---|---|---|---|---|---|---|
| | | | | | 6. ACCEPTANCE POINT S | |

| 2. SHIPMENT NO. CAR1779 | 3. DATE SHIPPED 15NOV94 | 4. B/L TCN | | 6. DISCOUNT TERMS |
|---|---|---|---|---|

| 9. PRIME CONTRACTOR                         CODE 77272 | 10. ADMINISTERED BY                         CODE S3916A |
|---|---|
| The Boeing Company Defense & Space Group, Helicopters Div. P.O. Box 16858 Philadelphia, PA 19142-0858 | Defense Plant Representative Office Boeing Helicopters, M/S P23-50 P.O. Box 16859 Philadelphia, PA 19142-0859 |

| 11. SHIPPED FROM (if other than 9)         CODE 77272    FOB: S | 12. PAYMENT WILL BE MADE BY                 CODE SC1014 |
|---|---|
| The Boeing Company Defense & Space Group, Helicopters Div. Industrial Highway Route 291 and Stewart Avenue Ridley Township, PA 19078 | DFAS-CO ALL AMERICAN P.O. Box 182137 Columbus, OH 43218-2137 |

| 13. SHIPPED TO                              CODE W58RGZ | 14. MARKED FOR                              CODE |
|---|---|
| U.S. Army Aviation and Troop Command 4300 Goodfellow Boulevard St. Louis, MO 63120-1798 Attn: AMSAT-A-PBD | |

| 15. ITEM NO. | 16. STOCK/PART NO. (indicate number of shipping containers - type of container - container number) DESCRIPTION | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 2101 AK | AGUSTA CH-47C A/C to MH-47E A/C Input S/N 85-24734, TAB B734 Output S/N 92-0472, M3720 Output NSN 1520-01-282-3747 MILSTRIP No. W58H0Z2154A189 Remanuf. IAW Contract Attachment 25, MH-47E Production 14 Aircraft Remanufacture Statement of Work | 1 Less Withhold amount associated with PLS GATP performance as described in the attached ASDR Addendum, Paragraph 6.3 | EA | $4,958,816 $   50,000 | $4,958,816.00 |
| | PRON: LH2PB638LH      ACRN: KF AMS CD: 111237AA | (PLS GATP withhold amount SOA-JK-94-449, 09/28/94) | | | IAW ATCOM Letter |

| 21. PROCUREMENT QUALITY ASSURANCE | | 22. RECEIVER'S USE |
|---|---|---|
| A. ORIGIN [X] PQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents. 94 Nov 15  Paul Steiner DATE   SIGNATURE OF AUTH GOVT REP | B. DESTINATION [ ] PQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents. DATE   SIGNATURE OF AUTH GOVT REP | Quantities shown in column 17 were received in apparent good condition except as noted DATE RECEIVED   SIGNATURE OF AUTH GOVT REP TYPED NAME AND OFFICE |
| TYPED NAME AND OFFICE | TYPED NAME AND TITLE | * If quantity received by the Government is the same as quantity shipped, indicate by ( ✓ ) mark, if different, enter actual quantity received below quantity shipped and encircle. |

23. CONTRACTOR USE ONLY

| P31-52 J. Donovan-DD250 Originator | (1) | ATCOM:  4300 Goodfellow Blvd.    (1) |
|---|---|---|
| P24-39 F. Scola | (1) | St. Louis, MO  63120-1798 |
| P31-52 J. Olfky | (1) | ATTN:  AMSAT-D-TK,  Ms. Kay Hucke |
| P25-01 G. Fachet | (1) | |
| P23-50 DPRO-BH, DCMDN-REAC | (2) | |
| File: DAAJ09-89-C-A010, MH-47E A/C Delivery | (1) | |

C-175504

DD250 M3720

**DD** FORM NOV 64 **250**    REPLACES EDITION OF 1 AUG 67 WHICH MAY BE USED

MATERIAL INSPECTION AND RECEIVING REPORT
CONTINUATION SHEET

| SHIPMENT NO. | DATE SHIPPED | PROC. INSTRUMENT IDEN. | | ORDER NO. | INVOICE NO. | PAGE | OF |
|---|---|---|---|---|---|---|---|
| CAR1779 | 15NOV94 | DAAJ09-89-C-A010 | | | | 2 | 4 |

| ITEM NO. | | STOCK/PART NO. DESCRIPTION | QUANTITY SHIP'D/REC'D | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2101 | AA | HELICOPTER, MH-47E (M3712-M3725) PRODUCTION MH-47E LOT II (BILLING AT DEL. OF A/C M3720 @ 1/14TH, IAW CONTRACT ATTACHMENT 26, P00150 EFFECTIVE 03/30/93) PRON: LH2PB607LH    ACRN: JR AMS CD: 111237AA | 0 | LO | $428,571.00 | $428,571.00 |
| 2101 | AV | FY90 LLTI FOR LOT II SOA M3717-M3725 FOLLOW ON PRODUCTION (BILLING AT DEL. OF A/C M3720 @ 1/9TH IAW CONTRACT ATTACHMENT 26, P00150 EFFECTIVE 03/30/93) PRON: LHOPB027LH    ACRN: JJ AMS CD: 1210 | 0 | LO | $2,455,556.00 | $2,455,556.00 |
| 2102 | AA | MH-47E SYSTEM PROJECT MANAGEMENT PRODUCTION MH-47E LOT II (BILLING AT DEL. OF A/C M3720 @ 1/14TH, P00150 EFFECTIVE 03/30/93) PRON: LH2PB604LH    ACRN: JR AMS CD: 111237AA | 0 | LO | $73,994.50 | $73,994.50 |
| 2103 | AA | MH-47E MANPRINT PRODUCTION MH-47E LOT II (BILLING AT DEL. OF A/C M3720 @ 1/14TH, P00150 EFFECTIVE 03/30/93) PRON: LH2PB604LH    ACRN: JR AMS CD: 111237AA | 0 | LO | $6,773.00 | $6,773.00 |
| 2109 | AA | RECURRING EFFORT FOR ROBERTSON TANKS MH-47E ROBERTSON TANKS (BILLING AT DEL. OF A/C M3720 IAW SECT. B-1, P00171 EFF. 03/25/94) PRON: LH2PB622LH    ACRN: JR AMS CD: 111237AA (29HPB6) | 0 | LO | $63,285.00 | $63,285.00 |
| 2109 | AB | LOT 2 RECURRING EFFORT FOR MINIGUNS GE MINIGUNS (LOT II) (BILLING AT DEL. OF A/C M3720 IAW SECT. B-5, P00172 EFF. 03/29/94) PRON: LH2PB623LH    ACRN: JR AMS CD: 111237AA (29HPB6) | 0 | LO | $78,571.00 | $78,571.00 |
| 2501 | AA | INSTALLED CFE INU MOUNTING BASE MH-47E INU MOUNTS (BILLING AT DEL. OF A/C M3720 @ 1/25TH, IAW SECT. B-1, P00163 EFF. 09/29/93) PRON: LH1PB411LH    ACRN: LB AMS CD: 111137AA | 0 | LO | $4,063.87 | $4,063.87 |
| | | | | | | C-175504 |

DD Form 250c    REPLACES DD FORM 250A 1 AUG 83, WHICH IS OBSOLETE

| MATERIAL INSPECTION AND RECEIVING REPORT CONTINUATION SHEET | | | | | | PAGE 3 OF 4 |
|---|---|---|---|---|---|---|
| SHIPMENT NO. CAR1779 | DATE SHIPPED 15NOV94 | PROC. INSTRUMENT IDEN. DAAJ09-89-C-A010 | | ORDER NO. | INVOICE NO. | |

| ITEM NO. | | STOCK/PART NO. (Indicate number of shipping containers - type of container - container number.) DESCRIPTION | QUANTITY SHIP'D/REC'D | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2501 | AH | LOT 2 RECURRING EFFORT FOR SABER RADIO MH-47E SABER RADIO (BILLING AT DEL. OF A/C M3720 IAW SECT. B-8, P00172 EFF. 03/29/94) PRON: LHOPB045LH     ACRN: KC AMS CD: 12109402 | 0 | LO | $25,659.50 | $25,659.50 |
| 2501 | AN | LOT 2 RECUR EFFORT, ASE/SINCGARS/SEARCHLIGHT MH-47E ASE/SINCGARS (BILLING AT DEL. OF A/C M3720 IAW SECT. B-12, P00172 EFF. 03/29/94) PRON: LH2PB688LH     ACRN: JR AMS CD: 111237AA | 0 | LO | $113,575.00 | $113,575.00 |
| 2501 | BE | RECURRING IAS HARDWARE UPGRADE IAS HARDWARE UPGRADE-RECUR (BILLING AT DEL. OF A/C M3720 IAW SECT. B-2, P00191 EFF. 08/29/94) PRON: LH2PB6F3LH     ACRN: LS AMS CD: 111237AA | 0 | LO | $4,490.00 | $4,490.00 |
| 2104 | AA | WEIGHT AND BALANCE DATA - ARMY AIRCRAFT DI-E-1124C, CONTINUATION SHEET, PARA. 2 CDRL SEQUENCE A005 COMPLETED TM55-405-9, WEIGHT MANUAL MH-47E A/C OUTPUT S/N 92-0472 TAB (M3720) | 0 | LO | N/A | N/A |
| | | THE ARMY MAINTENANCE MANAGEMENT SYSTEM DI-L-1400A, CONTINUATION SHEET CDRL SEQUENCE A012 DA FORM 2408 SERIES LOG BOOK FORMS AND LOG BOOK BINDER (DA PAM 738 SERIES) MH-47E A/C OUTPUT S/N 92-0472 TAB (M3720) NSN 1520-01-282-3747 | | | N/A | N/A |
| | | | | | | C-175504 |

DD FORM 250c

REPLACES DD FORM 250A 1 AUG 82, WHICH IS OBSOLETE

| MATERIAL INSPECTION AND RECEIVING REPORT CONTINUATION SHEET | | | | | | PAGE 4 OF 4 | |
|---|---|---|---|---|---|---|---|
| SHIPMENT NO. CAR1779 | DATE SHIPPED 15NOV94 | PROC. INSTRUMENT IDEN. DAAJ09-89-C-A010 | | ORDER NO. | INVOICE NO. | | |
| ITEM NO. | STOCK/PART NO. (Indicate number of shipping containers - type of container - container number.) | | DESCRIPTION | QUANTITY SHIP'D/REC'D | UNIT | UNIT PRICE | AMOUNT |

```
ACCEPTANCE DOCUMENTATION APPROVAL RECORD
AIRCRAFT STATUS AND DELIVERY RECORD (ASDR)
DOCUMENT NO. 145-PJ-7707-720, INITIAL RELEASE
DATED 20 OCTOBER 1994 FOR MH-47E AIRCRAFT
S/N 92-0472 (M3720) SUBMITTED BY BOEING
LETTER 8-1131-0593 DATED 10/26/94
IS APPROVED AS FOLLOWS:

CUSTOMER LETTER              DATE
DPRO DCMDN-REEP             2 Nov. 94

ATCOM SOA-                  7 NOV 94


AN ADDENDUM TO THE ASDR HAS BEEN COORDINATED
WITH DPRO AND ATCOM AND IS APPROVED AS FOLLOWS:

CUSTOMER LETTER             DATE
ATCOM SOA-                  7 NOV 94


ATTACHMENT
(1)  APPROVED ADDENDUM TO MH-47E ASDR
```

C-175504

C. 31 · 0593

REV LTR

# Boeing Helicopters

### P. O. BOX 16858

### PHILADELPHIA, PENNSYLVANIA 19142

## CODE IDENT. NO.   77272

## NUMBER   145-PJ-7707-720

TITLE MH-47E STATUS AND DELIVERY RECORD
MH-47E S/N 92-0472 TAB (M3720)

ORIGINAL RELEASE DATE  10/21/94   FOR THE RELEASE
DATE OF SUBSEQUENT REVISIONS, SEE THE REVISION SHEET. FOR
LIMITATIONS IMPOSED ON THE DISTRIBUTION AND USE OF
INFORMATION CONTAINED IN THIS DOCUMENT. SEE THE
LIMITATIONS SHEET.

MODEL   MH-47E                 CONTRACT  DAAJ09-89-C-A010

ISSUE NO. _____     ISSUED TO _____

PREPARED BY _____  DATE 10/21/94
R. J. Chuckran

APPROVED BY _____  DATE 10/21/94
T. Caramanico

APPROVED BY _____  DATE _____

APPROVED BY _____  DATE _____

FORM 46280 (10/86)               SHEET 1

THE *BOEING* COMPANY

NUMBER 145-PJ-7707-720
REV LTR

## LIMITATIONS

This document is controlled by **PRODUCTION PROJECTS**

All revisions to this document shall be approved by the
above noted organization prior to release.

FORM 46281 (6/73)

**SHEET 2**

THE ***BOEING*** COMPANY

NUMBER  145-PJ-7707-720
REV LTR

## ABSTRACT

This document presents the exceptions to and/or omissions from the current production aircraft configuration to be supplied to the Government of the United States of America. This document, 145-PJ-7707-720, addresses only MH-47E Helicopter Serial Number 92-0472, Tab No. M3720.

Exceptions include:

1.    Unqualified components.

2.    Contract deviations from MH-47E Prime Item Development Specification 145-PJ-8103-1

3.    Waivers.

4.    Shortages.

5.    Alter Items

## KEY WORDS:

Unqualified Components
Contract Deviations
Waivers
Shortages
Ship Separate Items
Alter Items
MH-47E

FORM 46244 (2/66)

**SHEET 3**

THE **BOEING** COMPANY

NUMBER 145-PJ-7707-720
REV LTR

## TABLE OF CONTENTS

1.0    Unqualified components.

2.0    Contract Deviations

3.0    Applicable Waivers

4.0    Shortages

5.0    Alter Items

6.0    Addendum

 THE **BOEING** COMPANY

NUMBER  145-PJ-7707-720
REV LTR

| ACTIVE SHEET RECORD | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SHEET NUMBER | REV LTR | ADDED SHEETS | | | | SHEET NUMBER | REV LTR | ADDED SHEETS | | | |
| | | SHEET NUMBER | REV LTR | SHEET NUMBER | REV LTR | | | SHEET NUMBER | REV LTR | SHEET NUMBER | REV LTR |
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |

FORM 46283 (7/67)

**SHEET 5**

THE **BOEING** COMPANY

NUMBER    145-PJ-7707-720
REV LTR

| REVISIONS | | | | |
|---|---|---|---|---|
| LTR | DESCRIPTION | | DATE | APPROVAL |
| | INITIAL RELEASE | | 10/20/04 | |

FORM 46282 (3/67)

SHEET 6

NUMBER    145-PJ-7707-720
REV LTR

## SECTION 1

## UNQUALIFIED COMPONENTS

 THE **BOEING** COMPANY

NUMBER    145-PJ-7707-720
REV LTR

## 1.0 UNQUALIFIED COMPONENTS

### 1.1 Definition of Terms

#### 1.1.1 Unqualified Components

Those components which have not received Boeing Final Approval at the time of Delivery of Aircraft.

### 1.2 List of Components

A list of those components which have not been assigned FINAL APPROVAL is provided on the following pages, together with the current qualification status.

#### 1.2.1 Approval Levels

An approval level is assigned to each component requiring qualification and the following is the definition of each applicable level of approval.

DPA - Design Proposal Approval - The proposal, in this present form, is approved from a technical standpoint by Boeing Engineering. Materiel may place purchase orders for supplier to proceed with detail leading to CDA. Manufacturing, testing or shipping is not authorized.

CDA - Critical Design Approval - Both the supplier detail design and development programs are approved by Boeing. Supplier is authorized to proceed with manufacturing and testing in accordance with terms of the procurement order.

LC - Limited Clearance - Item has had insufficient testing or deficiencies have been detected which warrant limitations on use or operations. Minimum level that can authorize delivery of parts (for testing only) to Boeing; also, the first level used to control Boeing manufactured items. Delivery to customer prohibited.

FC Flight Clearance - Testing has not been completed; however, sufficient evidence is available to assure item can be installed and flown under specified conditions wihtout endangering the personnel or equipment. Delivery to Boeing restricted to minimum required to sustain program requirements. Delivery to customer subject to negotiations.

TA - Tentative Approval - All exhibits required (test reports, certifications, etc.) have been reviewed and approved by Boeing. Item is approved for use and delivery. Delivery documents must reflect FA not yet granted.

FA - Final Approval - All exhibits required have been reviewed and approved by Boeing to level required. The item is approved for use and delivery.

FORM 44261 (8/73)

THE **BOEING** COMPANY

NUMBER **145-PJ-7707-720**
REV LTR

| PART NO. | NOMENCLATURE | VENDOR | QSR NO. | QUAL LEVEL |
|----------|--------------|--------|---------|------------|
| 114E2201-1* | Pwr Steering Control Box (Rework into 145E2071-2) | Loud Engineering | 47-1525 | FC |
| 145PS609-1* | Frangible Fitting | Symetrics | 47-1540 | TA |
| 114ES242-3* | Potentiometer | Loud Engineering | 47-1628 | TA |
| 114H6800-9* | Blade Shock Absorber | Teledyne Hydra Power | 47-1624 | TA |
| 114HS114-4* | Valve, Solenoid, 3-Way | Kemp Industries | 47-1638 | TA |
| 145H7300-12* | ILCA, Thrust | Dassault Aviation | 47-1599 | TA |
| 145H7300-16* | ILCA, Roll | Dassault Aviation | 47-1599 | TA |
| 145H7300-19* | ILCA, Yaw | Dassault Aviation | 47-1599 | TA |
| 234RS202-2* | Rod End, Elastomeric | Lord | 47-1630 | TA |
| 145CS132-1 | Transducer | G. L. Collins | 47-3038C | TA |
| 145PS411-1 | Indicator | Ragen Data Systems | 47-3016B | FC |
| 145PS411-2 | Signal Conditioner | Ragen Data Systems | 47-3017B | FC |
| 145PS411-3 | Tank Unit | Ragen Data Systems | 47-3018B | FC |
| 145PS411-4 | Tank Unit | Ragen Data Systems | 47-3019B | FC |
| 3051526 | Multi-Mode Radar POD Mount | TI | 47-3142B | FC |
| 2916979-9 | Multi-Mode Radar Pressure Line | TI | 47-3144B | FC |

\*  Common with the CH-47D
\*\*  Subsystem Part Number.  The subsystem comprises of hardware and software controlled by IBM.  The specific hardware and software part number installed in the aircraft is as listed in the QSRs noted.

FORM 46264 (3/88)

**SHEET 9**

THE *BOEING* COMPANY

NUMBER **145-PJ-7707-720**
REV LTR

| PART NO. | NOMENCLATURE | VENDOR | QSR NO. | QUAL LEVEL |
|----------|--------------|--------|---------|------------|
| 176A863-1 | Control Display Unit (CDU) | IBM | | |
| D980486-006 | - CDU Software | IBM | 47-3208 | FC |
| 131A919-4 | Mission Processor (MP) | IBM | 47-3180 | FC |
| 176A857-6 | - MP Software | IBM | 47-3211 | FC |
| 135A627-11-5 | - SROMP | IBM | 47-3172 | FC |
| 131A920-6** | Display Processor (DP) | IBM | 47-3197A | FC |
| | - DP Software | IBM | 47-3191M | FC |
| 131A924-3** | Map Display Generator (MDG) | IBM | 47-3183 | FC |
| | - MDG Software | IBM | 47-3193A | FC |
| 131A923-3** | Remote Terminal Unit (RTU) | IBM | 47-3198A | FC |
| | - RTU Software | IBM | 47-3192B | FC |
| 3775138-103 | Mono Multi-Function Display | IBM | 47-3199A | FC |
| 3775142-103 | Color Multi-Function Display | IBM | 47-3200A | FC |
| 145ES204-109 | Interphone Headset Wire Harness Assy | Liberty | 47-3203 | FC |

\*  Common with the CH-47D
\*\* Subsystem Part Number. The subsystem comprises of hardware and software controlled by IBM. The specific hardware and software part number installed in the aircraft is as listed in the QSRs noted.

FORM 46284 (2/88)

**SHEET 10**

THE *BOEING* COMPANY

NUMBER 145-PJ-7707-720
REV LTR

**SECTION 2**

**CONTRACT DEVIATIONS**

FORM 46264 (2/66)

**SHEET 11**

 **THE BOEING COMPANY**

NUMBER 145-PJ-7707-720
REV LTR

## 2.0 DEVIATIONS

### 2.1 Definition of Terms

#### 2.1.1 Deviation

An item which does not comply with the provision or intent of the aircraft specification.

### 2.2 List of Deviations

| Number | Rev. | Title |
|---|---|---|
| D-HD-47E-001* | B | Integrated Avionics Subsystem (IAS) Emission Exceeds Limits |
| D-HD-47E-003** | B | CMFD CRT Anvis Radiance Does Not Meet Specified Limit |

*The above deviations have been submitted to ATCOM (via letter 8-1131-0139 dated 12 April 1993) and have been approved via ATCOM letter SOA-JK-93-356 dated 30 July 1993, and as subsequently revised by ATCOM letter SOA-JK-93-370 dated 10 August 1993 which specified contingent approval.

**The above deviations have been submitted to ATCOM (via letter 8-1131-0237, dated 11 April 1994 and have been approved via ATCOM letter SOA-VH-94-224, dated 5 May 1994.

FORM 46294 (3/66)

SHEET 12

THE *BOEING* COMPANY

NUMBER 145-PJ-7707-720
REV LTR

# SECTION 3

## WAIVERS

FORM 44284 (2/68)

**SHEET 13**

 **THE _BOEING_ COMPANY**

NUMBER  145-PJ-7707-720
REV LTR

3.0    WAIVERS

3.1    Definition of Terms

3.1.1    Waiver

A waiver is required when, during or after the manufacture of an item, it is found to depart from specified requirements but is still considered suitable for "use as is" or after repair by an approved method.  Minor waivers will be handled by established practices of the MRB activity and will not be noted herein.

3.2    Major Waivers

| Number | Rev. | Title |
|---|---|---|
| W-HD-47E-002* | -- | Mission Processor Data Buss 1553 Zero Crossover Compliance |

*The above waiver has been submitted to ATCOM (via letter 8-1131-0139 dated 12 April 1993) and has been approved via ATCOM letter SOA-JK-93-356 dated 30 July 1993.

THE **BOEING** COMPANY

NUMBER 145-PJ-7707-720
REV LTR

## SECTION 4

## SHORTAGES

FORM 46264 (2/68)

SHEET 15

THE **BOEING** COMPANY

NUMBER 145-PJ-7707-720
REV LTR

**4.0    SHORTAGES**

**4.1    Definition of Terms**

**4.1.1    Shortage**

An aircraft component or accessory item, Government Furnished Equipment (GFE) or Contractor Furnished Equipment (CFE) which is not available at the time of deliviery.

**4.2    List of Shortages**

**4.2.1**    There are no shortgages noted for Aircraft M3720 (S/N 92-0472) at the time of this Document Release.

THE **BOEING** COMPANY

## SECTION 5

## ALTER ITEMS



THE ***BOEING*** COMPANY                    NUMBER  145-PJ-7707-720
                                            REV LTR

**5.0     ALTER ITEMS**

**5.1     Definition of Terms**

**5.1.1   Alter Item**

An item that changes the configuration of the aircraft from that identifed by
released production engineering drawings.

**5.1.2   Test Unit Release (TUR)**

Boeing Form 23870 used to release engineering requirements, instructions
and data to document aircraft configuration for test purposes.

**5.2     List of Alter Items**

**5.2.1   Integrated Avionics System (IAS) Configuration**

The configuration of the IAS equipment installed is as documented on the
below TUR.  Production drawings are being updated as part of CAP 2303
(ECP E010) and CAP 2596 (ECP E020) to represent final configuration
part numbers.

| TUR No. | Rev. | Description |
|---------|------|-------------|
| P145-10660-53 | - | IAS Avionics Equipment Part Numbers |

FORM 46284 (2/86)                    **SHEET 18**

 THE **BOEING** COMPANY

NUMBER **145-PJ-7707-720**
REV LTR

### DEVIATIONS FROM CONTRACT
### APPLICABLE WAIVERS
### AIRCRAFT S/N 92-0472 (TAB M3720)

ACCEPTANCE OF THE ABOVE MH-47E HELICOPTER IS AUTHORIZED WITH:

1. UNQUALIFIED COMPONENTS LISTED IN SECTION 1 OF THIS DOCUMENT WHICH ARE APPLICABLE.

2. CONTRACTUAL DEVIATIONS LISTED IN SECTION 2 OF THIS DOCUMENT WHICH ARE APPLICABLE.

3. WAIVERS LISTED IN SECTION 3 OF THIS DOCUMENT WHICH ARE APPLICABLE.

4. SHORTAGES LISTED IN SECTION 4 OF THIS DOCUMENT WHICH ARE ACCEPTABLE.

5. ALTER ITEMS LISTED IN SECTION 5 OF THIS DOCUMENT WHICH ARE APPLICABLE.

FORM 46264 (2/88)

**SHEET 19**

 THE **BOEING** COMPANY

6.0    **ADDENDUM**

**INTRODUCTION:**

The following Addendum is prepared to provide an update to the MH-47E
Status and Delivery Record, if required, as of the date noted. Updates to
this Addendum may be accomplished without a document revision by
attaching a dated replacement addendum to the copy of the status and
delivery record provided with the Aircraft Delivery Form DD-250.

FORM 46284 (2/88)

**Sheet 20**

ADDENDUM TO ASDR 145-PI-7707-720                    15 November 94

The following items reflect additions/deletions to the subject ASDR and are listed by their respective section in the subject ASDR.


## SECTION 3.0    WAIVERS

### 3.2    MAJOR WAIVERS

W-HD-47E-011        Fuel Vent/Level Control Valve

The above waiver was submitted to ATCOM on 28 September 1994 on HD contracts Letter 8-1131-0545 and approved via ATCOM Letter SOA-KD-94-455 dated 29 September 1994.


## SECTION 6.0    OPEN WORK

Open work to be resolved after delivery of the aircraft, as defined herein.


### 6.1    RESCUE HOIST CABLE CUTTER CARTRIDGE

The installation of the cartridge as called out by drawing 173E6000 will not be accomplished. The user (160th SOAR) has requested that the cartridge be part of the fly-away equipment. Future disposition of cartridge installation requirements is requested from ATCOM.

This will result in the following job remaining open:

| O&IR JOB | DESCRIPTION |
|---|---|
| 390-1-27187 | Fly-Away Stowage & Cartridge Instl. |


### 6.2    DECU INSPECTION RED BAND INSPECTION

Red Bands on the government furnished DECU (Textron Lycoming P/N 2-170-560-04) mounted PL1 and PL3 connectors, either do not exist, or are incorrectly located such that the indication of a fully mated connector pair (i.e. A/C wiring to DECU) is inaccurate. A CARE (Ref: MH-47E-GFE-001 Rev. A) was issued to ensure a recurring inspection is accomplished on subsequent A/Cs.


ADDENDUM, ASDR M3720 (B)

## 6.3    GATP PERFORMANCE

Boeing HD has successfully completed flight acceptance testing per the GATP with the exception of section 6.3, PLS. Through testing on A/C M3718, HD has identified the PLS Antenna Set location as the cause of this GATP failure. HD recommends relocating the PLS Antenna Set to the FM Homing location as the corrective action. HD will coordinate with ATCOM regarding incorporation of corrective action into A/C M3720 (S/N 92-0472) via ECP-E025, in accordance with the terms of the contract. The associated withhold amount identified on the DD250 will be restored in accordance with a mutually agreed to plan.

## 7.0    MISCELLANEOUS

DPRO letter to 160th SOAR dated 15 Nov 1994 is attached as an administrative convenience providing notification to the aircraft recipient of a required special inspection of Government owned Cargo Tie Down Strap, P/N 0376-013 pursuant to GIDEP Alert.

ADDENDUM, ASDR M3720 (B)

Attach Document At Line

885   215-591-8173 ADM   DPRO-BH PHILAPA   '94 11-15 13:52        PAGE 82



# DEFENSE LOGISTICS AGENCY
## DEFENSE CONTRACT MANAGEMENT COMMAND
### DEFENSE CONTRACT MANAGEMENT DISTRICT NORTHEAST
PLANT REPRESENTATIVE OFFICE BOEING HELICOPTERS
POST OFFICE BOX 16858
PHILADELPHIA, PA 19142-0859



IN REPLY
REFER TO:   DCMDN-REAC

15 NOV 94

SUBJECT: Inspection of Strap, Cargo Tie Down, P/N 0376-013

TO:       160th Special Operations
          Aviation Regiment
          ATTN: MAJ Dempsey Solomon
          Fort Campbell, KY  42223

1.  Special INSPECTION required on subject Part Number prior to installation on aircraft.

2.  See attached SAFE-ALERT initiated by J. R. Guerrero Yadts, KBC Kelly Air Force Base, Texas.

3.  Point of contact for this action is the undersigned.


                         *Janet R. Laub*
                         JANET R. LAUB
                         Administrative Contracting Officer

Encl

NOV-15-1994  18:37  FROM  C-OIC                    TO        76105918173   P.02

## GOVERNMENT - INDUSTRY DATA EXCHANGE PROGRAM

# SAFE-ALERT

*Please Type All Information - See Instructions On Reverse*

Public reporting burden for this collection of information is estimated to average 8 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.  *Please DO NOT RETURN your form to either of these addresses.*

| 1. NOMENCLATURE (Part/material/assembly/subsystem) | | 2. ALERT/SAFE-ALERT NO. |
|---|---|---|
| **STRAP, CARGO TIE DOWN** | | **TX-S-94-05** |
| | | 3. DATE (Year, Month, Day) |
| | | **1994 SEPTEMBER 28** |

| 4. MANUFACTURER AND ADDRESS | 5. NSN FSC | |
|---|---|---|
| **CERTIFIED SLINGS INC.** | **1670-00-725-1437** | |
| **4200 S. HWY. 17-92** | 6. PROCUREMENT SPECIFICATION | 7. REFERENCE |
| **P.O. BOX 127** | **NA** | **NA** |
| **CASSELBERRY, FL 32707** | 8. MANUFACTURER'S PART NUMBER | 9. LOT/DATE CODE OR SERIAL NO. |
| **CAGE CODE: 57282** | **0376-013** | **NA** |

10. SPECIAL REQUIREMENTS OR ENVIRONMENT (Requirements placed on, or extreme environment in which item was exposed)

**NA**

11. PROBLEM SITUATION AND CAUSE (State facts of problem and cause failure mode and mechanism, project and function)

SUBJECT MATERIAL MAY CAUSE INJURY TO PERSONNEL OR DAMAGE TO OR LOSS OF PROPERTY.

A PROBLEM WAS DISCOVERED REGARDING THE CARGO TIE DOWN STRAP. ONE OF THE STRAPS FAILED CAUSING SEVERAL THOUSAND DOLLARS IN DAMAGE. FURTHER INSPECTION REVEALED THAT THE RETAINING COTTER PINS ON THE RATCHET MECHANISM WERE IMPROPERLY INSTALLED. (ENDS WERE NOT BENT OPEN). ONE OF THE PINS WORKED ITSELF LOOSE AND CAUSED THE STRAP TO FAIL. THE COTTER PINS ALSO APPEARED TOO SHORT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS SAFE-ALERT ISSUED CONCURRENT WITH MANUFACTURER'S NOTIFICATION. QUALITY OF
ATTACHED PHOTOGRAPH IS BEST AVAILABLE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

12. ACTION TAKEN (State of actions taken to protect situation and to prevent its recurrence)

REMOVED DEFECTIVE STRAPS FROM SERVICE AND AN INTERIM SAFETY SUPPLEMENT 1302-1-1 SS1 WAS ISSUED.

| 13. DATE USER NOTIFIED (Year, Month, Day) | 14. MANUFACTURER RESPONSE | 15. CONTACT POINTS FOR INFORMATION (Name, address, phone) |
|---|---|---|
| **1994 SEPT. 28** | ☐ CORRESPONDENCE ATTACHED  **NA** ☐ DID NOT REPLY | **J.R. GUERRERO YADTS** **HSO KELLY AFB TX** **(210) 925-7448    DSN 945-7448** |

| 16. ALERT COORDINATOR (Name, Address) | 17. SIGNATURE OF ALERT COORDINATOR |
|---|---|
| **ARTURO S. BEJAR, SA-ALC, CODE TX** | *Arturo S. Bejar* |

J FORM 1036, FEB 90                    *Previous editions are obsolete*

NOV-15-1994  18:38   FROM   LG-OIC                    TO        76105918173   P.03
                                            TX-S-94-05
                                            PAGE 2

