THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
CASEY A. KAUFMAN #232257
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
80 Iron Point Circle, #105
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH GETZ, individually and as a
surviving heir of decedent KRISTOFER D. S.
THOMAS; RODNEY THOMAS, individually
and as a surviving heir of decedent,
KRISTOFER D. S THOMAS; MARY
DUFFMAN, individually and as a surviving
heir of decedent, SCOTT E. DUFFMAN;
SOPHIA DUFFMAN, a minor, individually
and as a surviving heir of decedent SCOTT E.
DUFFMAN, by and through her Guardian ad
Litem, MARY DUFFMAN; CHRISTINE
VAUGHN, individually and as a surviving
heir of decedent, TRAVIS R. VAUGHN;
BRAD VAUGHN, individually and as a
surviving heir of decedent, TRAVIS R.
VAUGHN; JILL GARBS, individually and as
a surviving heir of decedent RYAN GARBS;
DOUG GARBS, individually and as a
surviving heir of decedent, RYAN GARBS;
JORDAN LANHAM; JERRY GOLDSMITH;
RYANNE NOSS, individually and as spouse
of SCOT NOSS; TIMOTHY BRAUCH;
CHRIS TRISKO, MARK  DANIEL
HOUGHTON,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. CV 07 6396 CW

**CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS**

1



1    Plaintiffs,      )

2   vs.         )
               )

3 THE BOEING COMPANY, a corporation; )
 HONEYWELL INTERNATIONAL, INC., a )

4 corporation; GOODRICH CORPORATION, a )
 corporation; BF GOODRICH AEROSPACE; )

5 CHANDLER EVANS CONTROL    )
 SYSTEMS; GENERAL ELECTRIC and  )

6 DOES 1 through 200, inclusive,    )

7              )

8    Defendants.     )

9

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

10

11 the named parties, there is no such interest to report.

12

 Dated:  January 31, 2008     THE BRANDI LAW FIRM

13

14

15           By:  /s/ Thomas J. Brandi
             THOMAS J. BRANDI

16             Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS - NO. CV 07 6396 CW