| | |
|---|---|
| 1 | THE BRANDI LAW FIRM |
| | THOMAS J. BRANDI #53208 |
| 2 | DANIEL DELL'OSSO #118203 |
| | CASEY A. KAUFMAN #232257 |
| 3 | BRIAN J. MALLOY #234882 |
| 4 | 354 Pine Street, Third Floor |
| | San Francisco, CA 94104 |
| 5 | Telephone: (415) 989-1800 |
| | Facsimile: (415) 989-1801 |
| 6 | |
| 7 | JAMES R. DONAHUE, #105106 |
| | CAULFIELD DAVIES & DONAHUE |
| 8 | 80 Iron Point Circle, #105 |
| | Folsom, CA 95630 |
| 9 | Telephone: (916) 817-2900 |
| | Facsimile: (916) 817-2644 |
| 10 | |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON, | NO. CV 07 6396 CW<br><br>**CERTIFICATE OF SERVICE** |

1

CERTIFICATE OF SERVICE - NO. CV 07 6396 CW

|   |   |   |
|---|---|---|
| 1 |  | ) |
| 2 | Plaintiffs, | ) |
|   | vs. | ) |
| 3 |  | ) |
| 4 | THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, | ) ) ) ) ) ) ) ) ) |
| 5 |
| 6 |
| 7 |
| 8 | Defendants. |

I, BRIAN J. MALLOY, hereby certify that on January 31, 2008, I caused to be electronically filed a true and correct copy of the attached:

**PLAINTIFFS' OPPOSITION TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO TRANSFER VENUE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**DECLARATION OF BRIAN J. MALLOY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO TRANSFER VENUE**

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

<u>Counsel for Plaintiffs</u>
James R. Donahue
Caulfield, Davies and Donahue
PO Box 277010
Sacramento, CA 95827
Telephone: (916)817-2900
Facsimile: (916)817-2644-fax

<u>Counsel for Defendant Goodrich Corporation</u>
Garth W. Aubert
Mark Irvine
Mendes and Mount
445 South Figueroa Street, 38th floor

2

CERTIFICATE OF SERVICE - NO. CV 07 6396 CW

| | |
|---|---|
| 1 | Los Angeles, CA 90071 |
| | Telephone: 213-955-7700 |
| 2 | Facsimile: 213-955-7725 |

```
 1   Los Angeles, CA 90071
     Telephone: 213-955-7700
 2   Facsimile: 213-955-7725
 3
     Counsel for Defendant Goodrich Corporation
 4   Frank Chiarchiaro
     Mendes and Mount
 5   750 Seventh Avenue
 6   New York, NY 10019-6829
     Telephone: 212-261-8000
 7   Facsimile: 212-261-8750
 8
     Counsel for Defendant The Boeing Company
 9   Ronald A. McIntire
     Chung Han
10   Perkins Coie
     1620 26th Street, Sixth Floor
11   South Tower
     Santa Monica, CA 90404
12   Telephone: 310-788-9900
13   Facsimile: 310-788-3399

14   Counsel for Defendant Honeywell International, Inc.
     James W. Huston
15   Erin M. Bosman
16   William V. O'Connor
     Joanna E. Herman
17   William V. O'Connor
18   Morrison and Foerster
     12531 High Bluff Drive #100
19   San Diego, CA 92130-2040
     Telephone: 858-720-5100
20   Facsimile 858-720-5188
21
     Counsel for General Electric
22   Clement L. Glynn
     Glynn & Finley
23   100 Pringle Avenue Suite 500
24   Walnut Creek, CA 94596
     Telephone: 9250210-2801
25   Facsimile: 925-945-1975

26        Executed at San Francisco, California, on this 31st day of January, 2008.
27
                                              /s/ Brian J. Malloy
28                                            BRIAN J. MALLOY
```

3

CERTIFICATE OF SERVICE - NO. CV 07 6396 CW