THOMAS J. BRANDI, SBN 53208
DANIEL DELL'OSSO, SBN 118203
CASEY A. KAUFMAN, SBN 232257
BRIAN J. MALLOY, SBN 234882
THE BRANDI LAW FIRM
44 Montgomery Street, Suite 1050
San Francisco, California
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, SBN 105106
MICHAEL E. MYERS, SBN 99451
CAULFIELD, DAVIES & DONAHUE, LLP
Post Office Box 277010
Sacramento, CA 95827-7010
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO; and MARK DANIEL HOUGHTON,<br><br>    Plaintiffs,<br><br>    v. | Case No. CV 07-6396 CW<br><br>NOTICE OF CHANGE OF PHYSICAL ADDRESS |

1  THE BOEING COMPANY, a corporation;
   HONEYWELL INTERNATIONAL, INC., a
2  corporation; GOODRICH CORPORATION, a
   corporation; BF GOODRICH AEROSPACE;
3  CHANDLER EVANS CONTROL
   SYSTEMS; GENERAL ELECTRIC
4  and DOES 1 through 200, inclusive,

5      Defendants.

6

7

8  TO: Each party and their attorney of record:

9      PLEASE TAKE NOTICE THAT, effective November 12, 2007, the new physical address

10 for the law firm of Caulfield, Davies & Donahue, LLP, co-attorneys of record for Plaintiffs, will be

11 as follows:

12 PHYSICAL ADDRESS:

13     CAULFIELD, DAVIES & DONAHUE, LLP
       1 Natoma Street
14     Folsom, CA 95630-2637
       Telephone: (916) 817-2900
15     Facsimile: (916) 817-2644

16     Please be advised that the mailing address, telephone and facsimile numbers will remain the
17 same:

18 MAILING ADDRESS:

19     CAULFIELD, DAVIES & DONAHUE, LLP
       P.O. Box 277010
20     Sacramento, CA 95827-7010
       Telephone: (916) 817-2900
21     Facsimile: (916) 817-2644

22

23

24 Dated: January 14, 2008          **CAULFIELD DAVIES & DONAHUE, LLP**

25                                  By: _____
26                                      JAMES R. DONAHUE
                                        Attorney for Plaintiffs
27

28

---
2
NOTICE OF CHANGE OF PHYSICAL ADDRESS

RE: <u>Getz v. The Boeing Company, et al.</u>
    US District Court, Northern District of California, Case No. CV 07-6396 CW

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over 18 years of age, employed in the County of Sacramento, and not a party to the within action. My business address is 1 Natoma Street, Folsom, California 95630-2637.

On February 4, 2008, I served the within **NOTICE OF CHANGE OF PHYSICAL ADDRESS** on the following parties in said action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**PLAINTIFF'S ATTORNEY:**

Thomas J. Brandi, Esq.
Daniel Dell'Osso, Esq.
Casey A. Kaufman, Esq.
Brian J. Malloy, Esq.
THE BRANDI LAW FIRM
354 Pine Street, Third Floor
San Francisco, CA 94104
Tel: (415) 989-1800
Fax: (415) 989-1801

**COUNSEL FOR DEFENDANT HONEYWELL INTERNATIONAL, INC.:**

James W. Huston, Esq.
Bill O'Connor, Esq.
MORRISON & FOERSTER, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

**COUNSEL FOR DEFENDANT GENERAL ELECTRIC:**

Clement L. Glynn, Esq.
GLYNN & FINLEY, LLP
100 Pringe Avenue, Suite 500
Walnut Creek, CA 94596
Tel: (925) 210-2801
Fax: (925) 945-1975

**COUNSEL FOR DEFENDANT GOODRICH CORPORATION:**

Frank Chiachiaro, Esq.
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019-6829
Tel: (212) 261-8000
Fax: (212) 261-8750

Garth Aubert, Esq.
Mark Irvine, Esq.
MENDES & MOUNT, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel: (213) 955-7780
Fax: (213) 955-7725

[ X ]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Folsom, California. I am familiar with my firm's practice whereby the mail is given the appropriate postage and is placed in a designated area to be deposited in a U.S. mail box in Folsom, California in the ordinary course of business.

[ ]   (BY FACSIMILE/TELECOPIER/MAIL)   I personally sent to the addressee's telecopier number (noted above) a true copy of the above-described documents. On this same date, I caused a true copy to be placed in the U.S. mail at Folsom, California.

[ ]   (BY EXPRESS MAIL) I caused such envelope to be placed in the U.S. Mail depository at Sacramento, California.

[ ]   (BY PERSONAL SERVICE) I delivered by hand to addressee at the address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and executed on February 4, 2008, at Folsom, California.

_____
LAUNA ATKINSON