IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al., | No. C 07-06396 CW |
|     Plaintiffs, | <u>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION</u> |
|   v. | |
| BOEING COMPANY, et al., | |
|     Defendants.                 / | |

    Notice is hereby given that the Court, on its own motion, shall take Defendant Honeywell International's Motion to Transfer Venue (and joinders thereon) under submission on the papers.  The hearing scheduled for February 21, 2008, is vacated, and if the Court decides a hearing is necessary, a hearing will be set at a later date.  **The previous briefing schedule remains in effect.**

Dated:  February 6, 2008

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk