1   JAMES W. HUSTON (BAR NO. 115596)
    jhuston@mofo.com
2   ERIN M. BOSMAN (BAR NO. 204987)
    ebosman@mofo.com
3   WILLIAM V. O'CONNOR (BAR NO. 216650)
    woconnor@mofo.com
4   JOANNA E. HERMAN (BAR NO. 227480)
    jeherman@mofo.com
5   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
6   San Diego, California  92130-2040
    Telephone:  858.720 5100
7   Facsimile:   858.720.5188

8   Attorneys for Defendant
    HONEYWELL INTERNATIONAL INC.
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; | Case No.    CV 07-06396 CW |
| 14  RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S | |
| 15  THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. | **NOTICE OF APPEARANCE** |
| 16  DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent | |
| 17  SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; | |
| 18  CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. | |
| 19  VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. | |
| 20  VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; | |
| 21  DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN | |
| 22  LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT | |
| 23  NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON, | |
| 24                    Plaintiffs, | |
| 25       v. | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF APPEARANCE
sd-410562

1    THE BOEING COMPANY, a corporation;
     HONEYWELL INTERNATIONAL, INC., a
2    corporation; GOODRICH CORPORATION, a
     corporation; BF GOODRICH AEROSPACE;
3    CHANDLER EVANS CONTROL SYSTEMS;
     GENERAL ELECTRIC and DOES 1 through 200,
4    inclusive,

5                   Defendants.

6

7         PLEASE TAKE NOTICE of the appearance of Erin M. Bosman of the firm of Morrison

8    & Foerster LLP, as additional counsel of record for and on behalf of defendant Honeywell

9    International Inc. ("Honeywell") in the above-captioned matter.  Copies of all pleadings and

10   notices pertaining to the above-entitled matter should be forwarded to counsel at the following

11   address:

12        Erin M. Bosman
          Morrison & Foerster LLP
13        12531 High Bluff Dr., Suite 100
          San Diego, California  92130
14        Telephone: (858) 720-5100
          Facsimile: (858) 720-5125
15
          Email: ebosman@mofo.com
16

17
     Dated: February 6, 2008              MORRISON & FOERSTER LLP
18

19                                        By:    s/ Erin M. Bosman
                                                 Erin M. Bosman
20                                               Email: ebosman@mofo.com

21                                               Attorneys for Defendant
                                                 HONEYWELL INTERNATIONAL INC.
22

23

24

25

26

27

28

                                        1
     NOTICE OF APPEARANCE
     sd-410562

1

**CERTIFICATE OF SERVICE**

2

I, Erin M. Bosman, hereby certify that on February 6, 2008, I caused to be electronically

3

filed a true and correct copy of the attached **NOTICE OF APPEARANCE** with the Clerk of the

4

Court using CM/ECF, which will send notification that such filing is available for viewing and

5

downloading to the following counsel of record, as well as a copy via mail to the following

6

counsel:

7

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA  90404-4013 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399<br><br>***Attorneys for Defendant The Boeing Company*** |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA  94104 | Telephone:  415.989.1800<br>Facsimile:  415.989.1801<br><br>***Attorneys for Plaintiffs*** |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>80 Iron Point Circle, Suite 105<br>Folsom, CA  95630 | Telephone:  916.817.2900<br>Facsimile:  916.817.2644<br><br>***Attorneys for Plaintiffs*** |
| Clement L. Glynn, Esq.<br>GLYNN & FINLEY, LLP<br>100 Pringle Ave., Suite 500<br>Walnut Creek, CA  94596 | Telephone:  925.210.2801<br>Facsimile:  925.945.1975<br><br>***Attorneys for Defendant General Electric*** |
| Frank Chiarchiaro, Esq.<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY  10019-6829 | Telephone:  212.261.8000<br>Facsimile:  212.261.8750<br><br>***Attorneys for Defendant Goodrich Corporation*** |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA  90071 | Telephone:  213.955.7780<br>Facsimile:  213.955.7725<br><br>***Attorneys for Defendant Goodrich Corporation*** |

NOTICE OF APPEARANCE                              2

sd-410562

1    Executed at San Diego, California, on this 6th day of February, 2008.

2

3                                          s/ Erin M. Bosman
                                           Erin M. Bosman
                                           Email: ebosman@mofo.com
4
                                           Attorneys for Defendant
5                                          HONEYWELL INTERNATIONAL INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                    3

sd-410562