JAMES W. HUSTON (BAR NO. 115596)
JHuston@mofo.com
ERIN M. BOSMAN (BAR NO. 204987)
WILLIAM V. O'CONNOR (BAR NO. 216650)
JOANNA E. HERMAN (BAR NO. 227480)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile:  858.720.5125

Attorneys for Defendant
HONEYWELL INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON, <br><br>Plaintiffs, <br><br>v. <br><br>THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, <br><br>Defendants. | Case No.    CV 07-06396 CW <br><br>**DECLARATION OF WILLIAM V. O'CONNOR IN SUPPORT OF HONEYWELL INTERNATIONAL INC.'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE** <br><br>Date:   February 21, 2008 <br>Time:   2:00 p.m. <br><br>Courtroom: 2 <br>Judge: Hon. Claudia Wilken |

1

O'Connor Decl. ISO Honeywell's Reply re Motion to Transfer Venue
sd-411176

I, William V. O'Connor, declare as follows:

1. I am an associate at the law firm of Morrison & Foerster LLP, attorneys of record in this action for Honeywell International Inc. ("Honeywell"). I am familiar with the facts of the case, the pleadings on file with the Court, and have been responsible for the day-to-day management of this case. The statements contained in the declaration are based on my own personal knowledge, and if required by this Court, I would testify competently as follows:

2. Attached hereto as Exhibits 1 and 2 are true and correct copies of dockets from the United States District Court for the District of Arizona which involve product liability lawsuits filed against The Boeing Company and Goodrich Pump and Engine Control Systems, Inc. In each of these cases The Boeing Company and Goodrich Pump and Engine Control Systems, Inc. filed answers to the plaintiffs' complaint with out a challenge to personal jurisdiction.

3. Attached hereto as Exhibit 3 is a true and correct copy of corporate information from Arizona's Corporate Commission regarding The Boeing Company. The Boeing Company has a registered agent in the State of Arizona which is listed in Exhibit 3.

4. Attached hereto as Exhibit 4 is a true and correct copy of corporate information from Arizona's Corporate Commission regarding Goodrich Corporation. The Goodrich Corporation has a registered agent in the State of Arizona which is listed in Exhibit 4. Plaintiffs herein accomplished service of their Complaint on all Goodrich related entities in this case through service on the Goodrich Corporation's registered agent in California. Goodrich Pump and Engine Control Systems, Inc. is a wholly owned subsidiary of Goodrich Corporation.

5. I have personally been involved (as counsel of record) in defending Honeywell in three very recent cases involving military helicopter crashes in Iraq and Afghanistan.

6. The first case entitled *Beltran et al. v. Chadwick-Helmuth Electronics, et al.,* Case No. CV 05 6344 R, involves claims filed by Juan Beltran for injuries suffered during the crash of a U.S. Army Apache AH-64D Longbow helicopter while on a maintenance test flight in Tikrit, Iraq on August 14, 2003. Mr. Beltran was the co-pilot gunner during the flight.

7. The second case entitled *Carns, et al. v. Chadwick Helmuth Electronics, et al.* Case No. CV 05 6343 R involves claims filed by Ronald Carns for injuries he suffered in the

same crash in which Mr. Beltran was injured. Mr. Carns was the pilot-in-command of the helicopter that crashed during this non-combat, maintenance test flight in Iraq.

8. The third case entitled *Flanigan, et al. v. Westwind Technologies, Inc.* Case No. 07-cv-1124 JDT involves claims filed by Cassandra Flanigan for the wrongful death of her husband, William Flanigan, who died when his Apache AH-64A helicopter crashed on July 2, 2006 while responding to a rocket attack on Kandahar Air Base in Afghanistan. This crash occurred during combat operations.

9. Access to U.S. Army information and investigation materials is crucial to Honeywell's defense in all cases involving the crash of a military helicopter during wartime.

10. It has been my experience that the military's primary mission, i.e., attending to the wars in Iraq and Afghanistan, takes overwhelming precedence over the discovery and trial needs of parties to private litigation such as this case.

11. Obtaining discovery from the U.S. Army therefore is a very long process involving a variety of restrictive U.S. Army regulations.

12. This case involves several plaintiffs and very complex issues.

13. In addition, the accident occurred during a Special Operations Forces combat operation which will make it all the more difficult for the parties to this case to obtain access to sensitive information from the U.S. Army.

14. Based on my experience, and the fact that the U.S. Army's investigation into the cause of the crash is still ongoing, it is likely that it will take at least three years for the parties to properly prepare this case for trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on February 7, 2008 at San Diego, California.

/s/  William V. O'Connor
William V. O'Connor