STD, TERMED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:02-cv-02335-EHC

Jordon v. Boeing Company, et al
Assigned to: Judge Earl H Carroll
Demand: $0
Case in other court: Sup Ct Maricopa, CV2002-013252
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 11/20/2002
Date Terminated: 05/29/2003
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Deanna Jordon**
*surviving spouse of Steven Jordon, for and on behalf of herself & Kyle Jordon, Justin Jordon and Cameron Jordon*

represented by **Terrence P Woods**
Broening Oberg Woods & Wilson
PO Box 20527
Phoenix, AZ 85036-0527
602-271-7705
Fax: 602-258-7785
Email: tpw@bowwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Boeing Company**
*a Delaware corporation*

represented by **Barry Clark Toone**
Bowman & Brooke LLP
2901 N Central Ave
Ste 1600
Phoenix, AZ 85012
602-643-2364
Fax: 602-248-0947
Email: barry.toone@bowmanandbrooke.com
*TERMINATED: 03/03/1933*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin C Osborn**
Perkins Coie LLP
1201 3rd Ave
Ste 4800
Seattle, WA 98101-3099
(206)359-6163

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven S Bell**
Perkins Coie LLP
1201 3rd Ave
Ste 4800
Seattle, WA 98101-3099
(206)359-6163
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren E Platt**
Snell & Wilmer LLP
1 Arizona Ctr
400 E Van Buren
Phoenix, AZ 85004-0001
602-382-6000
Fax: 602-382-6070
Email: wplatt@swlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**
*I through V*

**Defendant**

**Black Corporations**
*I through V*

**Defendant**

**White Partnerships**
*I through V*

**Defendant**

**Red Companies**
*I through V*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2002 | 1 | NOTICE of removal from Maricopa County Superior Court; Court Number: CV2002-013252. Considered for possible arbitration. (summons/complaint) (ESH) (Entered: 11/21/2002) |
| 11/20/2002 | 1 | RETURN OF SERVICE EXECUTED summons/complaint upon dft Boeing Company on 10/22/02 (ESH) (Entered: 11/21/2002) |
| 11/20/2002 | 2 | ANSWER to complaint [1-2] by dft Boeing Company; jury demand (ESH) (Entered: 11/21/2002) |

| | | |
|---|---|---|
| 11/20/2002 | 3 | NOTICE (AFFIDAVIT) by dft Boeing Company of mailing notice of removed action, civil cover sheet and supplemental civil cover sheet for cases removed from another jurisdiction (LAD) (Entered: 11/25/2002) |
| 11/29/2002 | 4 | NOTICE: this case referred to Arbitration; removal from arbitration due 12/20/02 ; 180 day arbitration ddl set for 5/28/03 (cc: all counsel/EHC/BH) (MAP) (Entered: 11/29/2002) |
| 12/16/2002 | | NOTICE of removal from Arbitration (MAP) (Entered: 12/17/2002) |
| 12/16/2002 | 6 | MOTION (Application) for admission pro hac vice as to Kevin C. Osborn, atty for dft Boeing Company [6-1] (former emp) (Entered: 12/18/2002) |
| 12/16/2002 | 7 | MOTION (Application) for admission pro hac vice as to Steven S. Bell, atty for dft Boeing Company [7-1] (former emp) (Entered: 12/18/2002) |
| 12/17/2002 | 5 | MINUTE ORDER a notice of withdrawal from arbitration having been received, counsel/parties are advised that this case is returned to the regular civil docket of the Honorable Earl H. Carroll for all further proceedings. (cc: all counsel/EHC/BH) [5-1] re: order (minute) [5-1] (MAP) (Entered: 12/17/2002) |
| 12/20/2002 | 8 | ORDER by Judge Earl H. Carroll granting motion for admission pro hac vice as to Steven S. Bell, atty for dft Boeing Company [7-1] (cc: all counsel) (LAD) (Entered: 12/20/2002) |
| 12/20/2002 | 9 | ORDER by Judge Earl H. Carroll granting motion for admission pro hac vice as to Kevin C. Osborn, atty for dft Boeing Company [6-1] (cc: all counsel) (LAD) (Entered: 12/20/2002) |
| 01/03/2003 | 10 | ORDER by Judge Earl H. Carroll scheduling conf set for 9:15 3/24/03 (cc: all counsel) (LAD) (Entered: 01/03/2003) |
| 03/11/2003 | 11 | NOTICE OF SETTLEMENT filed by pla Deanna Jordon ; possible dism ddl set for 5/12/03 (LAD) (Entered: 03/13/2003) |
| 03/13/2003 | 12 | ORDER by Judge Earl H. Carroll re: settlement notice [11-1]; status hearing set for 10:00 4/21/03 to be vacated upon filing of dismissal papers (cc: all counsel) (LAD) (Entered: 03/13/2003) |
| 03/19/2003 | 13 | MINUTE ORDER The Court being in receipt of a Notice of Settlement, IT IS ORDERED vacating preliminary scheduling conference on 3/24/03. (cc: all counsel; EHC) [13-2] (MAW) (Entered: 03/19/2003) |
| 04/21/2003 | 14 | MINUTE ENTRY before Judge Earl H. Carroll . Crt Rptr: Candy Potter. Status hearing held regarding settlement. The court is advised the case has settled except for one component involving payment in the future structers. IT IS ORDERED setting a further status conference for 8:30AM, 6/30/03, to be vacated upon the filing of a Stipulation of Dismissal and form of order dismissing this action. [14-2] (BAH) (Entered: 04/21/2003) |
| 05/28/2003 | 15 | STIPULATION to dismiss case with prejudice by pla Deanna Jordon, dft Boeing Company (LAD) (Entered: 05/29/2003) |
| 05/29/2003 | 16 | ORDER by Judge Earl H. Carroll granting stipulation to dismiss case with prejudice by pla Deanna Jordon, dft Boeing Company; ORDERED that the |

|  |  |  |
|---|---|---|
|  |  | above-entitled matter is dismissed with prejudice, each of the parties to bear their own costs and attorneys' fees incurred herein (cc: all counsel/order book) (LAD) Modified on 05/29/2003 (Entered: 05/29/2003) |
| 05/29/2003 | 17 | ORDER by Judge Earl H. Carroll granting stipulation to dismiss case with prejudice by pla Deanna Jordon, dft Boeing Company (cc: all counsel) (CMM) (Entered: 05/29/2003) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 02/07/2008 12:38:09 ||||
| **PACER Login:** | mf0280 | **Client Code:** | 58137-0000107-10904 |
| **Description:** | Docket Report | **Search Criteria:** | 2:02-cv-02335-EHC |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |