STD, TERMED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:04-cv-02794-FJM

| | |
|---|---|
| Papillon Airways, et al v. Bell Helicopter Text, et al | Date Filed: 12/07/2004 |
| Assigned to: Judge Frederick J Martone | Date Terminated: 05/02/2005 |
| Demand: $0 | Jury Demand: Defendant |
| Case in other court: Sup Ct Maricopa, CV2004-014278 | Nature of Suit: 315 Airplane Product Liability |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Papillon Airways, Inc.**  represented by **James H Marburger**
*an Arizona corporation*  Gust Rosenfeld PLC
201 E Washington
Ste 800
Phoenix, AZ 85004-2327
602-257-7422
Email: jmarburg@gustlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juliet Inc**  represented by **James H Marburger**
*a Washington corporation*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bell Helicopter Textron, Inc.**  represented by **Stephen C Yost**
*a Deleware corporation*  Campbell Yost Clare & Norell PC
101 N 1st Ave
Ste 2500
Phoenix, AZ 85003
602-322-1600
Fax: 602-322-1604
Email: syost@cycn-phx.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Rolls-Royce Corporation**<br>*a Delaware corporation* | represented by | **C Megan Fischer**<br>Bowman & Brooke LLP<br>2901 N Central Ave<br>Ste 1600<br>Phoenix, AZ 85012<br>602-643-2300<br>Fax: 602-248-0947<br>Email: megan.fischer@bowmanandbrooke.com<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas M Klein**<br>Bowman & Brooke LLP<br>2901 N Central Ave<br>Ste 1600<br>Phoenix, AZ 85012<br>602-643-2300<br>Fax: 602-248-0947<br>Email: tom.klein@bowmanandbrooke.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Goodrich Pump & Engine Control Systems, Inc.**<br>*a Delware corporation* | represented by | **Mark G Worischeck**<br>Sanders & Parks PC<br>3030 N 3rd St<br>Ste 1300<br>Phoenix, AZ 85012-3099<br>602-532-5795<br>Fax: 602-230-5054<br>Email: Mark.Worischeck@SandersParks.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen C Howell**<br>Howell Dorman & Sams PC<br>Commerce Bldg<br>307 W 7th St<br>Ste 1918<br>Fort Worth, TX 76102<br>(817)348-9800<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven Douglas Leach**<br>Jones, Skelton & Hochuli |

    2901 N. Central
Suite 800
Phoenix, AZ 85012-2703
602-235-7189
Fax: 602-200-7873
Email: sleach@jshfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JDK Controls Inc**    represented by    **Jack Daniel Klausner**
*a California corporation*

Warner Angle Hallam Jackson & Formanek PLC
3550 N Central Ave
Ste 1500
Phoenix, AZ 85012-2188
602-264-7101
Fax: 602-234-0419
Email: jklausner@warnerangle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy A Diemand**
Wiggin and Dana LLP
1 City Place
185 Asylum St
Hartford, CT 06103-3402
(860)297-3700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ABC Corporations**
*I-V*

**Defendant**

**XYZ Partnerships**
*I-V*

**Defendant**

**John Does**
*I-V*

**Defendant**

**Jane Does**
*I-V*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 12/07/2004 | 1 | NOTICE OF REMOVAL from Maricopa County Superior Court Case Number: CV2004-014278 (summons/complaint) (ESH) (Entered: 12/08/2004) |
| 12/14/2004 | 2 | NOTICE by dft Goodrich Pump & Eng of Consent to Removal (MAP) (Entered: 12/17/2004) |
| 12/14/2004 | 3 | STIPULATION to extend time for Dft Goodrich Pump to answer the Complaint [1-2] (thru 12/21/04) by dft Goodrich Pump, plas [3-1] (MAP) (Entered: 12/17/2004) |
| 12/20/2004 | 4 | ORDER by Judge Frederick J. Martone granting stipulation to extend time for Dft Goodrich Pump to answer the Complaint [1-2] (thru 12/21/04) by dft Goodrich Pump, plas [3-1] (cc: all counsel) (DMT) (Entered: 12/20/2004) |
| 12/21/2004 | 5 | ANSWER to [1-2] by dft JDK Controls Inc (DMT) (Entered: 12/29/2004) |
| 12/21/2004 | 6 | ANSWER to [1-2] by dft Goodrich Pump & Eng (DMT) (Entered: 12/29/2004) |
| 12/21/2004 | 7 | DEMAND for jury trial by dft Goodrich Pump & Eng (DMT) (Entered: 12/29/2004) |
| 12/21/2004 | 8 | NOTICE by dft Bell Helicopter Text of consent to removal (DMT) (Entered: 12/29/2004) |
| 12/21/2004 | 9 | ANSWER to [1-2] by dft Bell Helicopter Text (DMT) (Entered: 12/29/2004) |
| 12/21/2004 | 10 | DEMAND for jury trial by dft Bell Helicopter Text (DMT) (Entered: 12/29/2004) |
| 12/21/2004 | 11 | ANSWER to [1-2] by dft Rolls-Royce Corp; jury demand (DMT) (Entered: 12/29/2004) |
| 01/05/2005 | 12 | ORDER by Judge Frederick J. Martone designating action a standard track case; prel scheduling conf set for 3:00 4/8/05 (cc: all counsel) (DMT) (Entered: 01/05/2005) |
| 01/05/2005 | 13 | MOTION to remand to state court by pla Papillon Airways, pla Juliet Inc [13-1] (SRB) (Entered: 01/11/2005) |
| 01/10/2005 | 14 | NOTICE(Consent to removal) by dft JDK Controls Inc (SRB) (Entered: 01/14/2005) |
| 01/10/2005 | 15 | AMENDED answer to complaint [5-1] by dft JDK Controls Inc (SRB) (Entered: 01/14/2005) |
| 01/14/2005 | 16 | RESPONSE by dft Bell Helicopter Text, dft Rolls-Royce Corp, dft Goodrich Pump & Eng, dft JDK Controls Inc to motion to remand to state court by pla Papillon Airways, pla Juliet Inc [13-1] (DMT) (Entered: 01/25/2005) |
| 01/14/2005 | 17 | MOTION (joint) to amend Notice of Removal [1-1] by dft Bell Helicopter Text, dft Rolls-Royce Corp, dft Goodrich Pump & Eng, dft JDK Controls Inc [17-1] (lodged amended notice filed left) (DMT) Modified on 04/19/2005 (Entered: 01/25/2005) |
| 01/14/2005 | | LODGED amended notice by dfts filed left 17 (DMT) Modified on 04/19/2005 (Entered: 01/25/2005) |

| | | |
|---|---|---|
| 01/19/2005 | 18 | MOTION for admission pro hac vice as to Stephen C Howell, atty for dft Goodrich Pump & Eng [18-1] (DMT) (Entered: 01/27/2005) |
| 01/20/2005 | | Pro Hac Vice $100 Fee Paid as to Stephen C Howell (BAS) Modified on 03/31/2005 (Entered: 01/20/2005) |
| 01/24/2005 | 20 | REPLY by plas to response to motion to remand to state court by pla Papillon Airways, pla Juliet Inc [13-1] (MAP) (Entered: 02/01/2005) |
| 01/28/2005 | 19 | ORDER by Judge Frederick J. Martone granting motion for admission pro hac vice as to Stephen C Howell, atty for dft Goodrich Pump & Eng [18-1] (cc: all counsel) (DMT) (Entered: 01/28/2005) |
| 01/31/2005 | 21 | RESPONSE by pla Papillon Airways, pla Juliet Inc to motion to amend Notice of Removal [1-1] by dft Bell Helicopter Text, dft Rolls-Royce Corp, dft Goodrich Pump & Eng, dft JDK Controls Inc [17-1] (lodged amended notice at docket clerk's desk) (FMP) (Entered: 02/04/2005) |
| 02/09/2005 | | REMARK as to Goodrich Pump & Eng re atty John G Sams Howell Dorman & Sams PC Commerce Bldg Ste 1918 307 W 7th St Fort Worth TX 76102 removed from database for noncompliance w/admission deadline of 1/29/05 pty represented by other admitted counsel (BAS) (Entered: 02/09/2005) |
| 02/10/2005 | | Pro Hac Vice $100 Fee Paid as to Timothy A Diemand (BAS) Modified on 03/31/2005 (Entered: 02/10/2005) |
| 02/10/2005 | 22 | REPLY by dft Rolls-Royce Corp to response to motion to amend Notice of Removal [1-1] by dft Bell Helicopter Text, dft Rolls-Royce Corp, dft Goodrich Pump & Eng, dft JDK Controls Inc [17-1] (lodged amended notice at docket clerk's desk) (SRB) (Entered: 02/16/2005) |
| 02/10/2005 | 23 | MOTION for admission pro hac vice as to Timothy A Diemand, atty for dft JDK Controls Inc [23-1] (SRB) (Entered: 02/16/2005) |
| 02/25/2005 | 24 | ORDER by Judge Frederick J. Martone granting motion for admission pro hac vice as to Timothy A Diemand, atty for dft JDK Controls Inc [23-1] (cc: all counsel) (MAP) (Entered: 02/25/2005) |
| 03/24/2005 | 26 | JOINT MOTION to reschedule scheduling conference and all deadlines set forth in order of 1/3/05 by dft JDK Controls Inc, pla Papillon Airways, pla Juliet Inc, dft Rolls-Royce Corp, dft Bell Helicopter Text, dft Goodrich Pump & Eng [26-1] (LAD) (Entered: 03/31/2005) |
| 03/31/2005 | 25 | MINUTE ORDER: On the court's own motion, IT IS ORDERED resetting the Rule 16 scheduling conference to June 3, 2005 at 3:00 p.m. The deadline for filing the joint case management plan is extended to May 27, 2005. (cc: all counsel) [25-2] (KCB) (Entered: 03/31/2005) |
| 05/02/2005 | 27 | ORDER by Judge Frederick J. Martone granting motion to remand to state court by pla Papillon Airways, pla Juliet Inc [13-1] denying motion to amend Notice of Removal [1-1] by dft Bell Helicopter Text, dft Rolls-Royce Corp, dft Goodrich Pump & Eng, dft JDK Controls Inc [17-1] ; prel scheduling conf vacated , remanding case to Superior court of Arizona (cc: all counsel) (SRB) (Entered: 05/02/2005) |


| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/05/2008 16:57:30 | | | |
| **PACER Login:** | mf0280 | **Client Code:** | 58137-0000107-10904 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-02794-FJM |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |