|  | Arizona Corporation Commission |  |
|---|---|---|
| 02/07/2008 | State of Arizona Public Access System | 3:19 PM |

## Jump To...

Annual Reports    Scanned Documents    Amendments    Microfilm

| Corporate Inquiry ||
|---|---|
| **File Number:** F-0021888-7 | Check Corporate Status |
| **Corp. Name:** THE BOEING COMPANY ||

### Domestic Address

| 100 N RIVERSIDE PLAZA |
|---|
| MC 5003-4551 |
| CHICAGO, IL 60606 |

### Foreign Address

| 5000 E MCDOWELL RD |
|---|
| MESA, AZ 85215-9707 |

### Statutory Agent Information

| **Agent Name:** CORPORATION SERVICE COMPANY |
|---|
| **Agent Mailing/Physical Address:** |
| 2338 W ROYAL PALM RD STE-J |
| PHOENIX, AZ 85021 |
| **Agent Status:** APPOINTED 03/08/1999 |
| **Agent Last Updated:** 10/18/2007 |

### Additional Corporate Information

| | |
|---|---|
| **Corporation Type:** PROFIT | **Business Type:** AEROSPACE |
| **Incorporation Date:** 04/26/1978 | **Corporate Life Period:** PERPETUAL |
| **Domicile:** DELAWARE | **County:** MARICOPA |
| **Approval Date:** 04/26/1978 | **Original Publish Date:** 05/17/1978 |

## Officer Information

```
W JAMES MCNERNEY
PRESIDENT/CEO
100 N RIVERSIDR PLAZA
CHICAGO,IL   60606
Date of Taking Office: 07/01/2005
Last Updated: 10/18/2007
```

## Annual Reports

**Next Annual Report Due:** 08/26/2008

E-FILE An Annual Report Online  << Click Here

FORMS For Annual Reports To Be Printed And Mailed  << Click Here

| File Year | File Month | Date Received | Reason Returned | Date Returned | Extension |
|---|---|---|---|---|---|
| 2007 | 08 | 09/17/2007 | | | |
| 2006 | 08 | 11/07/2006 | | | |
| 2005 | 08 | 07/11/2005 | | | |
| 2004 | 08 | 08/12/2004 | | | |
| 2003 | 08 | 09/08/2003 | | | |
| 2002 | 08 | 08/02/2002 | | | |
| 2001 | 08 | 06/22/2001 | | | |
| 2000 | 08 | 05/21/2001 | | | |
| 1999 | 08 | 08/16/1999 | | | |
| 1998 | 08 | 08/07/1998 | | | |
| 1997 | 08 | 02/12/1998 | | | |
| 1996 | 12 | 07/22/1997 | | | |
| 1995 | 12 | 05/02/1996 | | | |
| 1994 | 12 | 04/18/1995 | | | |
| 1993 | 12 | 04/19/1994 | | | |
| 1992 | 12 | 04/19/1993 | | | |
| 1991 | 12 | 04/09/1992 | | | |
| 1990 | 12 | 04/15/1991 | | | |
| 1989 | 12 | 04/30/1990 | | | |
| 1988 | 12 | 04/11/1989 | | | |
| 1987 | 12 | 04/12/1988 | | | |

Back To Top

## Scanned Documents

**(Click on gray button to view document)**

| Document Number | Description | Date Received |
|---|---|---|
| -00330933 | 95 ANNUAL REPORT | 05/02/1996 |
| -00107053 | 96 ANNUAL REPORT | 07/22/1997 |
| -00158263 | 97 ANNUAL REPORT | 02/12/1998 |
| -00254266 | 98 ANNUAL REPORT | 08/07/1998 |
| 00020968 | 99 ANNUAL REPORT | 08/16/1999 |
| 00310850 | 00 ANNUAL REPORT | 05/21/2001 |
| 00327969 | 01 ANNUAL REPORT | 06/22/2001 |
| 00543368 | 02 ANNUAL REPORT | 08/02/2002 |
| 00776897 | MULTIPLE CHANGES | 08/25/2003 |
| 00773176 | 03 ANNUAL REPORT | 09/08/2003 |
| 00995615 | 04 ANNUAL REPORT | 08/12/2004 |
| 01266496 | 05 ANNUAL REPORT | 07/11/2005 |
| 01800258 | 06 ANNUAL REPORT | 11/07/2006 |
| 02156403 | 07 ANNUAL REPORT | 09/17/2007 |
| 02215668 | CHANGE(S) | 11/08/2007 |

Back To Top

## Amendments

| Amendment Date | Amendment Type | Publish Date | Publish Exception |
|---|---|---|---|
| 08/20/1990 | AMENDMENT | 10/04/1990 | |
| 07/22/1986 | AMENDMENT | | |

Back To Top

## Name Changes / Mergers

| Description | Corporation Name | Date |
|---|---|---|
| MERGED FROM | BOEING NORTH AMERICAN, INC. | 03/06/2000 |

Ariz. Corp. Comm. -- Corporations Division　　　　　　　　　　　　　Page 4 of 5

Case 4:07-cv-06396-CW    Document 31-5    Filed 02/07/2008    Page 4 of 5

## Microfilm

| Location | Date Received | Description |
|---|---|---|
| 20005039047 | 04/19/1983 | 82 EXTENSION |
| 10035029021 | 06/17/1983 | 82 ANNUAL REPORT |
| 20017042027 | 04/16/1984 | 83 EXTENSION |
| 10100023013 | 06/19/1984 | 83 ANNUAL REPORT |
| 10153020041 | 04/08/1985 | 84 ANNUAL REPORT |
| 10176006039 | 07/31/1985 | RESTATEMENT OF INFORMATION |
| 20032071003 | 08/29/1985 | PUBLICATION OF RESTATEMENT OF INFORMATION |
| 10225012036 | 04/17/1986 | 85 ANNUAL REPORT |
| 10246013034 | 07/22/1986 | FOREIGN AMENDMENT |
| 10246013024 | 08/18/1986 | RESTATED CERTIFICATE OF INCORPORATION |
| 10294030032 | 04/09/1987 | 86 ANNUAL REPORT |
| 10377024017 | 04/12/1988 | 87 ANNUAL REPORT |
| 10450031024 | 04/11/1989 | 88 ANNUAL REPORT |
| 10530025039 | 04/30/1990 | 89 ANNUAL REPORT |
| 10559027047 | 08/20/1990 | RESTATEMENT OF INFORMATION |
| 20104056007 | 10/04/1990 | PUBLICATION OF RESTATEMENT OF INFORMATION |
| 10603025003 | 04/15/1991 | 90 ANNUAL REPORT |
| 10671027037 | 04/09/1992 | 91 ANNUAL REPORT |
| 10768001008 | 04/19/1993 | 92 ANNUAL REPORT |
| 10854031022 | 04/19/1994 | 93 ANNUAL REPORT |
| 10958015002 | 04/18/1995 | 94 ANNUAL REPORT |
| 11026023008 | 05/02/1996 | 95 ANNUAL REPORT |
| 11145010016 | 04/14/1997 | 96 ANNUAL REPORT |
| 11202029012 | 08/15/1997 | 97 ANNUAL REPORT |
| 31513001991 | 08/07/1998 | 98 ANNUAL REPORT |
| 11308025018 | 03/08/1999 | AGENT APPOINTMENT |
| 31726001796 | 08/16/1999 | 99 ANNUAL REPORT |
| 11374001004 | 03/06/2000 | MERGER |
| 20269006021 | 01/31/2001 | AGT/FOREIGN CORP ADD CHGE |
| 31619001931 | 05/21/2001 | 00 ANNUAL REPORT |
| 31623002431 | 06/22/2001 | 01 ANNUAL REPORT |
| 31682002041 | 08/02/2002 | 02 ANNUAL REPORT |
| 31745002869 | 08/25/2003 | MULTIPLE CHANGES |
| 31756001545 | 09/08/2003 | 03 ANNUAL REPORT |

Ariz. Corp. Comm. -- Corporations Division                                    Page 5 of 5

Case 4:07-cv-06396-CW    Document 31-5    Filed 02/07/2008    Page 5 of 5

| 31821001172 | 08/12/2004 | 04 ANNUAL REPORT |

Back To Top

- **Corporate Name Search Instructions**
- **General Web Site Usage Instructions**
- **Return to STARPAS Main Menu**
- **Return to A.C.C. Corporations Division Main Page**
- **Return to Arizona Corporation Commission Home Page**