Ariz. Corp. Comm. -- Corporations Division                                      Page 1 of 5

Case 4:07-cv-06396-CW    Document 31-6    Filed 02/07/2008    Page 1 of 5

Arizona Corporation Commission

02/07/2008                State of Arizona Public Access System                3:18 PM

## Jump To...

| Annual Reports | Scanned Documents | Amendments | Notices of Pending Revocation | Microfilm |

---

| **Corporate Inquiry** | |
|---|---|
| **File Number: F-0002528-2** | Check Corporate Status |
| **Corp. Name: GOODRICH CORPORATION** | |

### Domestic Address

| |
|---|
| 2730 W TYVOLA RD |
| CHARLOTTE,  NC  28717 |

### Foreign Address

| |
|---|
| % CORPORATION SERVICE COMPANY |
| 2338 W ROYAL PALM RD STE J |
| PHOENIX,  AZ  85021 |

### Statutory Agent Information

| |
|---|
| **Agent Name:**  CORPORATION SERVICE COMPANY |
| |
| **Agent Mailing/Physical Address:** |
| 2338 W ROYAL PALM RD STE J |
| PHOENIX,  AZ  85021 |
| |
| **Agent Status:** APPOINTED 02/26/2004 |
| **Agent Last Updated:** 03/03/2004 |

### Additional Corporate Information

| | |
|---|---|
| **Corporation Type:** PROFIT | **Business Type:** MANUFACTURING |
| **Incorporation Date:**  08/13/1934 | **Corporate Life Period:** PERPETUAL |
| **Domicile:**  NEW YORK | **County:** MARICOPA |
| **Approval Date:** 08/18/1934 | **Original Publish Date:**  08/13/1934 |

## Officer Information

| | |
|---|---|
| MARSHALL O LARSEN<br>PRESIDENT/CEO<br>2730 W TYVOLA RD<br>CHARLOTTE,NC  28217<br>**Date of Taking Office:** 02/19/2002<br>**Last Updated:** 03/24/2003 | SALLY L GRIB<br>SECRETARY<br>2730 W TYVOLA RD<br>CHARLOTTE,NC  28217<br>**Date of Taking Office:** 10/19/2004<br>**Last Updated:** 09/22/2006 |

## Annual Reports

**Next Annual Report Due:** 08/13/2008

E-FILE An Annual Report Online  << Click Here

FORMS For Annual Reports To Be Printed And Mailed  << Click Here

| File Year | File Month | Date Received | Reason Returned | Date Returned | Extension |
|---|---|---|---|---|---|
| 2007 | 08 | 09/28/2007 | | | |
| 2006 | 08 | 08/01/2006 | | | |
| 2005 | 08 | 10/17/2005 | | | |
| 2004 | 08 | 06/21/2004 | | | |
| 2003 | 08 | 09/12/2003 | | | |
| 2002 | 08 | 07/22/2002 | | | |
| 2001 | 08 | 07/11/2002 | | | |
| 2000 | 08 | 11/13/2000 | | | |
| 1999 | 08 | 07/07/1999 | | | |
| 1998 | 08 | 12/09/1998 | | | |
| 1997 | 08 | 01/21/1998 | | | |
| 1996 | 12 | 07/17/1997 | | | |
| 1995 | 12 | 08/19/1996 | | | |
| 1994 | 12 | 04/14/1995 | | | |
| 1993 | 12 | 03/24/1994 | | | |
| 1992 | 12 | 04/08/1993 | | | |
| 1991 | 12 | 04/13/1992 | | | |
| 1990 | 12 | 04/16/1991 | | | |
| 1989 | 12 | 04/17/1990 | | | |
| 1988 | 12 | 05/05/1989 | | | |
| 1987 | 12 | 04/08/1988 | | | |

Back To Top

## Scanned Documents

**(Click on gray button to view document)**

| Document Number | Description | Date Received |
|---|---|---|
| -00034671 | 95 ANNUAL REPORT | 08/19/1996 |
| -00106263 | 96 ANNUAL REPORT | 07/17/1997 |
| -00153738 | 97 ANNUAL REPORT | 01/21/1998 |
| -00291003 | 98 ANNUAL REPORT | 12/09/1998 |
| 00063975 | 99 ANNUAL REPORT | 07/07/1999 |
| 00226881 | 00 ANNUAL REPORT | 11/13/2000 |
| 00383242 | 01 ANNUAL REPORT | 10/03/2001 |
| 00494273 | 00 ANNUAL REPORT | 05/14/2002 |
| 00526654 | 01 ANNUAL REPORT | 07/11/2002 |
| 00535578 | 02 ANNUAL REPORT | 07/22/2002 |
| 00771877 | 03 ANNUAL REPORT | 09/12/2003 |
| 00877108 | AGENT APPOINTMENT/CORP ADDR CHG | 02/26/2004 |
| 00961004 | 04 ANNUAL REPORT | 06/21/2004 |
| 01362198 | 05 ANNUAL REPORT | 10/17/2005 |
| 01699159 | 06 ANNUAL REPORT | 08/01/2006 |
| 02175252 | 07 ANNUAL REPORT | 09/28/2007 |

Back To Top

## Amendments

| Amendment Date | Amendment Type | Publish Date | Publish Exception |
|---|---|---|---|
| 06/12/2001 | NAME CHANGE | 07/02/2001 | |
| 04/14/1980 | AMENDMENT | | |

Back To Top

## Notices of Pending Revocation

**(Click on gray button - if present - to view notice)**

| Date | Reason |
|---|---|
| | |

Ariz. Corp. Comm. -- Corporations Division                                        Page 4 of 5

     Case 4:07-cv-06396-CW     Document 31-6     Filed 02/07/2008     Page 4 of 5

| 01/10/2002 | DELINQUENT ANNUAL REPORT |
|---|---|

Back To Top

## Name Changes / Mergers

| Description | Corporation Name | Date |
|---|---|---|
| MERGED FROM | LEXSOCOK,INC. | ? |
| CHANGED FROM | THE B. F. GOODRICH COMPANY | 06/12/2001 |
| MERGED FROM | INTERNATIONAL B. F. GOODRICH CORPORATION | 04/14/1980 |
| MERGED FROM | B. F. GOODRICH REALTY CORPORATION (NR) | 03/13/1979 |
| MERGED FROM | U & W CORP. (NO RECORD) | 01/24/1977 |

## Microfilm

| Location | Date Received | Description |
|---|---|---|
| 20004029049 | 03/15/1983 | 82 EXTENSION |
| 10035026038 | 06/20/1983 | 82 ANNUAL REPORT |
| 20015065050 | 03/19/1984 | 83 EXTENSION |
| 10100004016 | 06/13/1984 | 83 ANNUAL REPORT |
| 20026025021 | 03/14/1985 | 84 EXTENSION |
| 10170017048 | 06/13/1985 | 84 ANNUAL REPORT |
| 20039027037 | 04/08/1986 | 85 EXTENSION |
| 10242014035 | 07/15/1986 | 85 ANNUAL REPORT |
| 20052049035 | 03/23/1987 | 86 EXTENSION |
| 20052041031 | 03/31/1987 | CORPORATION ADDRESS CHANGE |
| 10314006040 | 06/17/1987 | 86 ANNUAL REPORT |
| 20067033035 | 03/17/1988 | 87 EXTENSION |
| 10370018021 | 04/08/1988 | 87 ANNUAL REPORT |
| 10465014014 | 05/05/1989 | 88 ANNUAL REPORT |
| 10536026038 | 04/17/1990 | 89 ANNUAL REPORT |
| 10618004033 | 04/16/1991 | 90 ANNUAL REPORT |
| 10688002028 | 04/13/1992 | 91 ANNUAL REPORT |
| 10757011040 | 04/08/1993 | 92 ANNUAL REPORT |
| 10847003024 | 03/24/1994 | 93 ANNUAL REPORT |
| 10940001048 | 04/14/1995 | 94 ANNUAL REPORT |
| 11047014021 | 08/19/1996 | 95 ANNUAL REPORT |
| 11145003023 | 04/14/1997 | 96 ANNUAL REPORT |

Ariz. Corp. Comm. -- Corporations Division
Page 5 of 5

Case 4:07-cv-06396-CW    Document 31-6    Filed 02/07/2008    Page 5 of 5

| | | |
|---|---|---|
| 11197003046 | 08/12/1997 | 97 ANNUAL REPORT |
| 31527002054 | 12/09/1998 | 98 ANNUAL REPORT |
| 11363054020 | 07/07/1999 | 99 ANNUAL REPORT |
| 31553001540 | 07/07/1999 | 99 ANNUAL REPORT |
| 11404021017 | 06/12/2000 | 00 ANNUAL REPORT/MAIL RETURNED |
| 31598001332 | 11/13/2000 | 00 ANNUAL REPORT |
| 11471017038 | 06/12/2001 | APPLICATION FOR NEW AUTHORITY |
| 20284008005 | 07/02/2001 | PUB OF APPL FOR NEW AUTHORITY |
| 31636002078 | 10/03/2001 | 01 ANNUAL REPORT |
| 20295058041 | 01/10/2002 | NOTICE OF PENDING REVOCATION |
| 31665001949 | 05/14/2002 | 00 ANNUAL REPORT |
| 31677001766 | 07/11/2002 | 01 ANNUAL REPORT |
| 31682000696 | 07/22/2002 | 02 ANNUAL REPORT |
| 31758000527 | 09/12/2003 | 03 ANNUAL REPORT |
| 31786003162 | 02/26/2004 | AGENT APPOINTMENT/CORP ADDR CHG |
| 31814000672 | 06/21/2004 | 04 ANNUAL REPORT |

Back To Top

- **Corporate Name Search Instructions**
- **General Web Site Usage Instructions**
- **Return to STARPAS Main Menu**
- **Return to A.C.C. Corporations Division Main Page**
- **Return to Arizona Corporation Commission Home Page**