| | |
|---|---|
| 1 | THE BRANDI LAW FIRM |
|   | THOMAS J. BRANDI, Bar No. 53208 |
| 2 | 354 Pine Street, Third Floor |
|   | San Francisco, CA 94104 |
| 3 | Telephone: (415) 989-1800 |
|   | Facsimile: (415) 989-1801 |
| 4 | |
|   | Attorneys for Plaintiffs |
| 5 | |
| 6 | GLYNN & FINLEY, LLP |
|   | CLEMENT L. GLYNN, Bar No. 57117 |
| 7 | ADAM FRIEDENBERG, Bar No. 205778 |
|   | One Walnut Creek Center |
| 8 | 100 Pringle Avenue, Suite 500 |
|   | Walnut Creek, CA 94596 |
| 9 | Telephone: (925) 210-2800 |
|   | Facsimile: (925) 945-1975 |
| 10 | |
|   | Attorneys for Defendant General Electric |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al., | **Case No.** 07-6396 JCS |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL OF DEFENDANT GENERAL ELECTRIC** |
| vs. | |
| THE BOEING COMPANY, et al. | Date Filed:   October 5, 2007 |
| Defendants. | Trial Date:   TBD |

Plaintiffs and Defendant General Electric hereby stipulate as follows:

1) Pursuant to Fed. R. Civ. Pro. 41(a), all Plaintiffs hereby voluntarily dismiss the above-captioned action without prejudice as to Defendant General Electric only;

2) Should Plaintiffs discover additional evidence necessitating that General Electric be rejoined, it may rejoin General Electric without leave of court;

3) In such an event, General Electric waives formal service of process, and will be required to appear and respond to the operative pleading within 20 days after receipt of written

1  notice from Plaintiffs sent to General Electric, c/o Glynn & Finley, LLP, 100 Pringle Avenue,
2  Suite 500, Walnut Creek, California, 94596.
3
4      SO STIPULATED.
5      Dated: February 28, 2008

        THE BRANDI LAW FIRM
        THOMAS J. BRANDI
        354 Pine Street, Third Floor
        San Francisco, CA 94104

        By _____
            Attorneys for Plaintiffs

11
12     Dated: February 29, 2008

        GLYNN & FINLEY, LLP
        CLEMENT L. GLYNN
        ADAM FRIEDENBERG
        One Walnut Creek Center
        100 Pringle Avenue, Suite 500
        Walnut Creek, CA 94596

        By _____
            Attorneys for Defendant General Electric

21     IT IS SO ORDERED.
22
23     Dated: February ___, 2008

        _____
        United States District Judge

- 2 -
STIPULATION RE VOLUNTARY DISMISSAL OF DEFENDANT GENERAL ELECTRIC