THE BRANDI LAW FIRM
THOMAS J. BRANDI, Bar No. 53208
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

Attorneys for Plaintiffs

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant General Electric

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

|  |  |
|---|---|
| DEBORAH GETZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY, et al.<br><br>Defendants. | **Case No.** 07-6396 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL OF DEFENDANT GENERAL ELECTRIC**<br><br>Date Filed:      October 5, 2007<br>Trial Date:      TBD |

Plaintiffs and Defendant General Electric hereby stipulate as follows:

1) Pursuant to Fed. R. Civ. Pro. 41(a), all Plaintiffs hereby voluntarily dismiss the above-captioned action without prejudice as to Defendant General Electric only;

2) Should Plaintiffs discover additional evidence necessitating that General Electric be rejoined, it may rejoin General Electric without leave of court;

3) In such an event, General Electric waives formal service of process, and will be required to appear and respond to the operative pleading within 20 days after receipt of written

1    notice from Plaintiffs sent to General Electric, c/o Glynn & Finley, LLP, 100 Pringle Avenue,

2    Suite 500, Walnut Creek, California, 94596.

3

4          SO STIPULATED.

5          Dated: February 28, 2008

6                                                    THE BRANDI LAW FIRM
                                                     THOMAS J. BRANDI
7                                                    354 Pine Street, Third Floor
                                                     San Francisco, CA  94104
8

9                                                    By _____
                                                        Attorneys for Plaintiffs
10

11

12         Dated: February 29, 2008

13                                                   GLYNN & FINLEY, LLP
                                                     CLEMENT L. GLYNN
14                                                   ADAM FRIEDENBERG
                                                     One Walnut Creek Center
15                                                   100 Pringle Avenue, Suite 500
                                                     Walnut Creek, CA 94596
16

17                                                   By _____
                                                        Attorneys for Defendant General Electric
18

19

20

21         IT IS SO ORDERED.

22                    3/10
23         Dated: ~~February~~ ____, 2008

24                                                   _____
                                                     United States District Judge
25

26

27

28

STIPULATION RE VOLUNTARY DISMISSAL OF DEFENDANT GENERAL ELECTRIC