Garth W. Aubert Bar No. 162877
garth.aubert@mendes.com
Mark R. Irvine, Bar No. 137294
mark.irvine@mendes.com
Mendes & Mount, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
(213) 955-7700 / (213) 955-7725 Fax

Attorneys for Defendant
Goodrich Pump and Engine Control Systems, Inc.
(erroneously sued as Goodrich Corporation and
BF Goodrich Aerospace)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY, et al.<br><br>Defendants. | No. CV 07-06396 CW<br><br>**DECLARATION IN SUPPORT OF APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: April 1, 2008<br>Time: 2:00 p.m.<br><br>Courtroom 2<br><br>Judge: Hon. Claudia Wilkin |

I, Garth W. Aubert, declare:

1.  I am an attorney at law duly licensed to practice before all the courts of the State of California, and am admitted in this Court. I am a partner with the law firm of Mendes & Mount, LLP, attorneys of record for defendant Goodrich Pump and Engine Control Systems, Inc. ("Goodrich"). This declaration is submitted in support of Goodrich's Application to Excuse Lead Trial Counsel's Attendance at the Initial Case Management Conference in this action, which is set for April 1, 2008. I have personal knowledge of the facts set forth below and if called as a witness, I could and would competently testify thereto.

Declaration in Support of Goodrich's Application Excusing Lead
Trial Counsel's Attendance at CMC         -1-
335899.1 Application to Excuse CMC Decl

2. I am lead trial counsel for Goodrich in this case. I am not able to attend the Case Management Conference on April 1 because I will be overseas on a long standing business trip. Another attorney from our firm, Mark R. Irvine, who is fully familiar with this action will attend the Conference in my place.

I certify under penalty of perjury, that the foregoing is true and correct.

Executed this 26th day of March 2008 in Los Angeles, California.

_____
Garth W. Aubert

Declaration in Support of Goodrich's Application Excusing Lead
Trial Counsel's Attendance at CMC          -2-
335899.1 Application to Excuse CMC Decl

## PROOF OF SERVICE

STATE OF CALIGNIA         )
                          ) ss.
COUNTY OF LOS ANGELES     )

Getz v. Goodrich Pump and Engine
USDC Case No. CGC-07-06396 CW
Our File No. 394,429

I, Garth W. Aubert, hereby certify that on **March 26, 2008**, I caused to be electronically filed a true and correct copy of the attached **Declaration in Support of Application to Exclude Lead Trial Counsel's Attendance at Case Management Conference** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing an downloading to the following counsel of record for all parties.

| Attorneys for Plaintiff | Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|---|
| Thomas J. Brandi<br>Daniel Dell'Osso<br>Casey A. Kaufman<br>Brian J. Malloy<br>The Brandi Law Firm<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>415-989-1800<br>415-989-1801 (Fx) | James R. Donahue<br>Caulfield Davies & Donahue, LLP<br>1 Natoma Street<br>Folsom, CA 95630-2637<br>916-817-2900<br>916-817-2644 (Fx) | **The Boeing Company**<br>Ronald A. McIntire<br>Chung H. Han<br>Perkins Coie, LLP<br>South Tower<br>1620 26th Street, 6th Floor<br>Santa Monica, CA 90404-4013<br>310-788-9900<br>310-788-3399 (Fx) |
| **Attorneys for Defendant Honeywell International, Inc.**<br>James W. Huston<br>William V. O'Connor<br>Erin M. Bosman<br>Joanna E. Herman<br>Morrison & Foerster LLP<br>12531 High Bluff Dr., Ste. 100<br>San Diego, CA 92130-2040<br>858-720-7932<br>858-720-5125 (Fx) | **Attorneys for Defendant Goodrich Corporation**<br>Frank Chiarchiaro<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829<br>212-261-8000<br>212-261-8750 (Fx) | |

Executed at Los Angeles, California, on this 26th day of March 2008.

*[signature]*
Espie Lucero