1  JAMES W. HUSTON (BAR NO. 115596)
   jhuston@mofo.com
2  ERIN M. BOSMAN (BAR NO. 204987)
   ebosman@mofo.com
3  WILLIAM V. O'CONNOR (BAR NO. 216650)
   woconnor@mofo.com
4  JOANNA E. HERMAN (BAR NO. 227480)
   jeherman@mofo.com
5  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
6  San Diego, California 92130-2040
   Telephone: 858.720 5100
7  Facsimile:  858.720.5188

8  Attorneys for Defendant
   HONEYWELL INTERNATIONAL INC.
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | DEBORAH GETZ, et al.,            | Case No.  CV 07-06396 CW
14 |         Plaintiffs,               | **APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE**
15 |   v.                              |
16 | THE BOEING COMPANY, et al.,       | Date: April 1, 2008
17 |         Defendants.               | Time: 2:00 p.m.
                                        | Courtroom: 2
18                                      | Judge: Hon. Claudia Wilkin

Defendant Honeywell International Inc. ("Honeywell") hereby applies for an Order excusing attendance of its lead trial counsel, James W. Huston, from attending the initial Case Management Conference, pursuant to Civil L.R. 16-10. The application is necessary due to an unavoidable scheduling conflict, as shown by the attached declaration. Mr. Huston will be traveling in London at the time of the Case Management Conference, and therefore will not be able to attend. Another partner from Morrison & Foerster, the firm of record for Honeywell, Erin Bosman, who is fully familiar with the action, will attend the Conference in lieu of Mr. Huston.

Dated: March 26, 2008                    MORRISON & FOERSTER LLP

                                         By:  /s/ Joanna E. Herman
                                              Joanna E. Herman
                                              Attorneys for Defendant
                                              HONEYWELL INTERNATIONAL INC.


                                         ORDER

IT IS SO ORDERED.

Dated:
                                         _____
                                         U.S. District Judge

---

APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CMC
sd-417953

1

1  **CERTIFICATE OF SERVICE**

2      I, Joanna E. Herman, hereby certify that on March 26, 2008, I caused to be electronically

3  filed a true and correct copy of the attached APPLICATION TO EXCUSE LEAD TRIAL

4  COUNSEL'S ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE with the

5  Clerk of the Court using CM/ECF, which will send notification that such filing is available for

6  viewing and downloading to the following counsel of record for Plaintiffs:

7

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>*Attorneys for Defendant The Boeing Company* |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104 | Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br><br>*Attorneys for Plaintiffs* |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA 95630-2637 | Telephone: 916.817.2900<br>Facsimile: 916.817.2644<br><br>*Attorneys for Plaintiffs* |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071 | Telephone: 213.955.7780<br>Facsimile: 213.955.7725<br><br>*Attorneys for Defendant Goodrich Corporation* |

21      Executed at San Diego, California, on this 26th day of March, 2008

CERTIFICATE OF SERVICE
sd-417953

MORRISON & FOERSTER LLP

By:   /s/ Joanna E. Herman
     Joanna E. Herman
     jeherman@mofo.com
     Morrison & Foerster LLP
     12531 High Bluff Drive, Suite 100
     San Diego, California 92130-2040
     Telephone:   858.720 5100
     Facsimile:   858.720.5125
     Attorneys for Defendant

     Attorneys for Defendant
     HONEYWELL INTERNATIONAL INC.

CERTIFICATE OF SERVICE     2
sd-417953