JAMES W. HUSTON (BAR NO. 115596)
jhuston@mofo.com
ERIN M. BOSMAN (BAR NO. 204987)
ebosman@mofo.com
WILLIAM V. O'CONNOR (BAR NO. 216650)
woconnor@mofo.com
JOANNA E. HERMAN (BAR NO. 227480)
jeherman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720 5100
Facsimile:   858.720.5188

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al., | Case No.   CV 07-06396 CW |
| Plaintiffs, | **DECLARATION OF JAMES W. HUSTON IN SUPPORT OF APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | Date: April 1, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Claudia Wilkin |

I, James W. Huston, declare:

1. I am an attorney admitted to practice in the State of California and am a member of good standing in the state bar. I am a partner with the law firm of Morrison & Foerster, LLP, counsel of record for Honeywell International Inc. in the above captioned action. Statements made in this Declaration are based on my personal knowledge, and I could and would so testify if called as a witness in this matter.

/ / /

/ / /

1

2. This declaration is submitted in support of Honeywell's Application to Excuse Lead Trial Counsel's Attendance at the Initial Case Management Conference in this action, which is set for April 1, 2008.

3. I am lead trial counsel for Honeywell in this case.

4. I am not able to attend the Case Management Conference on April 1 because I will be in London on a business trip which has been planned for months.

5. Another partner from my firm, Erin M. Bosman, who is fully familiar with this action, will attend the Conference in my place.

I certify under penalty of perjury, that the foregoing is true and correct.

Executed this 26th day of March, 2008, in San Diego, California.

James W. Huston

**CERTIFICATE OF SERVICE**

I, Joanna E. Herman, hereby certify that on March 26, 2008, I caused to be electronically filed a true and correct copy of the attached DECLARATION OF JAMES W. HUSTON IN SUPPORT OF APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record for Plaintiffs:

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA  90404-4013 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399<br><br>*Attorneys for Defendant The Boeing Company* |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA  94104 | Telephone:  415.989.1800<br>Facsimile:  415.989.1801<br><br>*Attorneys for Plaintiffs* |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA  95630-2637 | Telephone:  916.817.2900<br>Facsimile:  916.817.2644<br><br>*Attorneys for Plaintiffs* |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA  90071 | Telephone:  213.955.7780<br>Facsimile:  213.955.7725<br><br>*Attorneys for Defendant Goodrich Corporation* |

Executed at San Diego, California, on this 26th day of March, 2008

CERTIFICATE OF SERVICE
sd-417947

|   |   |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 |   |
| 3 | By: /s/ Joanna E. Herman |
|   | Joanna E. Herman |
|   | jeherman@mofo.com |
| 4 | Morrison & Foerster LLP |
|   | 12531 High Bluff Drive, Suite 100 |
| 5 | San Diego, California 92130-2040 |
|   | Telephone: 858.720 5100 |
| 6 | Facsimile: 858.720.5125 |
|   | Attorneys for Defendant |
| 7 |   |
|   | Attorneys for Defendant |
| 8 | HONEYWELL INTERNATIONAL INC. |

CERTIFICATE OF SERVICE                2
sd-417947