| | |
|---|---|
| 1 | JAMES W. HUSTON (BAR NO. 115596) |
|   | jhuston@mofo.com |
| 2 | ERIN M. BOSMAN (BAR NO. 204987) |
|   | ebosman@mofo.com |
| 3 | WILLIAM V. O'CONNOR (BAR NO. 216650) |
|   | woconnor@mofo.com |
| 4 | JOANNA E. HERMAN (BAR NO. 227480) |
|   | jeherman@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive, Suite 100 |
| 6 | San Diego, California 92130-2040 |
|   | Telephone: 858.720 5100 |
| 7 | Facsimile:   858.720.5188 |

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al., | Case No.   CV 07-06396 CW |
| Plaintiffs, | **APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE BOEING COMPANY, et al., | Date: April 1, 2008 |
| Defendants. | Time: 2:00 p.m. |
|   | Courtroom: 2 |
|   | Judge: Hon. Claudia Wilkin |

APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CMC
sd-417953

1  Defendant Honeywell International Inc. ("Honeywell") hereby applies for an Order
2  excusing attendance of its lead trial counsel, James W. Huston, from attending the initial Case
3  Management Conference, pursuant to Civil L.R. 16-10. The application is necessary due to an
4  unavoidable scheduling conflict, as shown by the attached declaration. Mr. Huston will be
5  traveling in London at the time of the Case Management Conference, and therefore will not be
6  able to attend. Another partner from Morrison & Foerster, the firm of record for Honeywell, Erin
7  Bosman, who is fully familiar with the action, will attend the Conference in lieu of Mr. Huston.

Dated: March 26, 2008

MORRISON & FOERSTER LLP

By: /s/ Joanna E. Herman
    Joanna E. Herman

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

ORDER

IT IS SO ORDERED.

Dated: _____

_____
U.S. District Judge

---

1

APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CMC
sd-417953

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Joanna E. Herman, hereby certify that on March 26, 2008, I caused to be electronically |
| 3 | filed a true and correct copy of the attached APPLICATION TO EXCUSE LEAD TRIAL |
| 4 | COUNSEL'S ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE with the |
| 5 | Clerk of the Court using CM/ECF, which will send notification that such filing is available for |
| 6 | viewing and downloading to the following counsel of record for Plaintiffs: |

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>*Attorneys for Defendant The Boeing Company* |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104 | Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br><br>*Attorneys for Plaintiffs* |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA 95630-2637 | Telephone: 916.817.2900<br>Facsimile: 916.817.2644<br><br>*Attorneys for Plaintiffs* |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071 | Telephone: 213.955.7780<br>Facsimile: 213.955.7725<br><br>*Attorneys for Defendant Goodrich Corporation* |

Executed at San Diego, California, on this 26th day of March, 2008

| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 | |
| 3 | By: /s/ Joanna E. Herman |
| | Joanna E. Herman |
| | jeherman@mofo.com |
| 4 | Morrison & Foerster LLP |
| | 12531 High Bluff Drive, Suite 100 |
| 5 | San Diego, California 92130-2040 |
| | Telephone: 858.720 5100 |
| 6 | Facsimile: 858.720.5125 |
| | Attorneys for Defendant |
| 7 | |
| | Attorneys for Defendant |
| 8 | HONEYWELL INTERNATIONAL INC. |

CERTIFICATE OF SERVICE            2

sd-417953