**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Getz, et al | NO. CV 07-06396 CW |
| Plaintiff, | **CLERK'S NOTICE RE DEFICIENCY** |
| v. | |
| Th Boeing Company, et al | |
| Defendant. | |

Please be advised that on 3/26/08, the incorrect docket event was used by counsel for Defendant Honeywell International, Inc. re docket entry **#40 Application to Excuse Lead Trial Counsel's Attendance at Initial Case Management Conference**.

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 3/27/08

Kelly Collins
(510) 637-3539
Case Systems Administrator