Garth W. Aubert Bar No. 162877
garth.aubert@mendes.com
Mark R. Irvine, Bar No. 137294
mark.irvine@mendes.com
Mendes & Mount, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
(213) 955-7700 / (213) 955-7725 Fax

Attorneys for Defendant
Goodrich Pump and Engine Control Systems, Inc.
(erroneously sued as Goodrich Corporation and
BF Goodrich Aerospace)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY, et al.<br><br>Defendants. | No. CV 07-06396 CW<br><br>**APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: April 1, 2008<br>Time: 2:00 p.m.<br><br>Courtroom 2<br><br>Judge: Hon. Claudia Wilkin |

Defendant Goodrich Pump and Engine Control Systems, Inc. ("Goodrich") hereby applies for an Order excusing attendance of its lead trial counsel, Garth W. Aubert, from the initial Case Management Conference, pursuant to Civil L.R. 16-10. The application is necessary due to an unavoidable scheduling conflict, as shown by the attached declaration. Another attorney from the firm of record for Goodrich, Mark R. Irvine, who is fully familiar with the action, will attend the Conference.

Goodrich's Application Excusing Lead
Trial Counsel's Attendance at CMC           -1-
335876.1 Application to Excuse CMC

1
2  Dated: March 26, 2008                    MENDES & MOUNT, LLP
3
4                                           By: _____
5                                           Garth W. Aubert
                                            Attorneys for Defendant
6                                           Goodrich Pump and Engine Control
                                            Systems, Inc. (erroneously sued as
7                                           Goodrich Corporation)
8
9
10                              ORDER
11
12      IT IS SO ORDERED.
13  Dated:                            _____
14                                    U.S. District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Goodrich's Application Excusing Lead
Trial Counsel's Attendance at CMC        -2-
335876.1 Application to Excuse CMC

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

Getz v. Goodrich Pump and Engine
USDC Case No. CGC-07-06396 CW
Our File No. 394,429

I, Garth W. Aubert, hereby certify that on **March 26, 2008**, I caused to be electronically filed a true and correct copy of the attached **Application to Exclude Lead Trial Counsel's Attendance at Case Management Conference** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing an downloading to the following counsel of record for all parties.

| Attorneys for Plaintiff | Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|---|
| Thomas J. Brandi<br>Daniel Dell'Osso<br>Casey A. Kaufman<br>Brian J. Malloy<br>The Brandi Law Firm<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>415-989-1800<br>415-989-1801 (Fx) | James R. Donahue<br>Caulfield Davies & Donahue, LLP<br>1 Natoma Street<br>Folsom, CA 95630-2637<br>916-817-2900<br>916-817-2644 (Fx) | **The Boeing Company**<br>Ronald A. McIntire<br>Chung H. Han<br>Perkins Coie, LLP<br>South Tower<br>1620 26th Street, 6th Floor<br>Santa Monica, CA 90404-4013<br>310-788-9900<br>310-788-3399 (Fx) |
| **Attorneys for Defendant Honeywell International, Inc.**<br>James W. Huston<br>William V. O'Connor<br>Erin M. Bosman<br>Joanna E. Herman<br>Morrison & Foerster LLP<br>12531 High Bluff Dr., Ste. 100<br>San Diego, CA 92130-2040<br>858-720-7932<br>858-720-5125 (Fx) | **Attorneys for Defendant Goodrich Corporation**<br>Frank Chiarchiaro<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829<br>212-261-8000<br>212-261-8750 (Fx) | |

Executed at Los Angeles, California, on this 26th day of March 2008.

_Espie Lucero_
Espie Lucero