Garth W. Aubert Bar No. 162877
garth.aubert@mendes.com
Mark R. Irvine, Bar No. 137294
mark.irvine@mendes.com
Mendes & Mount, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
(213) 955-7700 / (213) 955-7725 Fax

Attorneys for Defendant
Goodrich Pump and Engine Control Systems, Inc.
(erroneously sued as Goodrich Corporation and
BF Goodrich Aerospace)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY, et al.<br><br>Defendants. | No. CV 07-06396 CW<br>**ORDER GRANTING APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: April 1, 2008<br>Time: 2:00 p.m.<br><br>Courtroom 2<br><br>Judge: Hon. Claudia Wilkin |

Defendant Goodrich Pump and Engine Control Systems, Inc. ("Goodrich") hereby applies for an Order excusing attendance of its lead trial counsel, Garth W. Aubert, from the initial Case Management Conference, pursuant to Civil L.R. 16-10. The application is necessary due to an unavoidable scheduling conflict, as shown by the attached declaration. Another attorney from the firm of record for Goodrich, Mark R. Irvine, who is fully familiar with the action, will attend the Conference.

Goodrich's Application Excusing Lead
Trial Counsel's Attendance at CMC       -1-
335876.1 Application to Excuse CMC

1

2  Dated: March 26, 2008                    MENDES & MOUNT, LLP

3

4                                            By: _____

5                                              Garth W. Aubert
                                               Attorneys for Defendant
6                                              Goodrich Pump and Engine Control
                                               Systems, Inc. (erroneously sued as
7                                              Goodrich Corporation)

8

9

10                                          ORDER

11

12       IT IS SO ORDERED.                  _____

13  Dated:   4/1/08

14                                          U.S. District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Goodrich's Application Excusing Lead
Trial Counsel's Attendance at CMC       -2-
335876.1 Application to Excuse CMC

## PROOF OF SERVICE

| STATE OF CALIFORNIA | ) | Getz v. Goodrich Pump and Engine |
| --- | --- | --- |
|  | ) ss. | USDC Case No. CGC-07-06396 CW |
| COUNTY OF LOS ANGELES | ) | Our File No. 394,429 |

I, Garth W. Aubert, hereby certify that on **March 26, 2008**, I caused to be electronically filed a true and correct copy of the attached **Application to Exclude Lead Trial Counsel's Attendance at Case Management Conference** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing an downloading to the following counsel of record for all parties.

| **Attorneys for Plaintiff**<br>Thomas J. Brandi<br>Daniel Dell'Osso<br>Casey A. Kaufman<br>Brian J. Malloy<br>The Brandi Law Firm<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>415-989-1800<br>415-989-1801 (Fx) | **Attorneys for Plaintiff**<br>James R. Donahue<br>Caulfield Davies & Donahue, LLP<br>1 Natoma Street<br>Folsom, CA 95630-2637<br>916-817-2900<br>916-817-2644 (Fx) | **Attorneys for Defendant**<br>**The Boeing Company**<br>Ronald A. McIntire<br>Chung H. Han<br>Perkins Coie, LLP<br>South Tower<br>1620 26th Street, 6th Floor<br>Santa Monica, CA 90404-4013<br>310-788-9900<br>310-788-3399 (Fx) |
| --- | --- | --- |
| **Attorneys for Defendant**<br>**Honeywell International, Inc.**<br>James W. Huston<br>William V. O'Connor<br>Erin M. Bosman<br>Joanna E. Herman<br>Morrison & Foerster LLP<br>12531 High Bluff Dr., Ste. 100<br>San Diego, CA 92130-2040<br>858-720-7932<br>858-720-5125 (Fx) | **Attorneys for Defendant Goodrich Corporation**<br>Frank Chiarchiaro<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829<br>212-261-8000<br>212-261-8750 (Fx) | |

Executed at Los Angeles, California, on this 26th day of March 2008.

_____
Espie Lucero