1  JAMES W. HUSTON (BAR NO. 115596)
   jhuston@mofo.com
2  ERIN M. BOSMAN (BAR NO. 204987)
   ebosman@mofo.com
3  WILLIAM V. O'CONNOR (BAR NO. 216650)
   woconnor@mofo.com
4  JOANNA E. HERMAN (BAR NO. 227480)
   jeherman@mofo.com
5  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
6  San Diego, California 92130-2040
   Telephone: 858.720 5100
7  Facsimile:  858.720.5188

8  Attorneys for Defendant
   HONEYWELL INTERNATIONAL INC.
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  DEBORAH GETZ, et al.,                Case No.    CV 07-06396 CW
                                          **ORDER GRANTING**
14          Plaintiffs,                   **APPLICATION TO EXCUSE LEAD**
                                          **TRIAL COUNSEL'S**
15       v.                               **ATTENDANCE AT INITIAL CASE**
                                          **MANAGEMENT CONFERENCE**
16  THE BOEING COMPANY, et al.,
                                          Date: April 1, 2008
17          Defendants.                   Time: 2:00 p.m.
                                          Courtroom: 2
18                                        Judge: Hon. Claudia Wilkin

19

20

21

22

23

24

25

26

27

28

---

APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CMC
sd-417953

1    Defendant Honeywell International Inc. ("Honeywell") hereby applies for an Order

2  excusing attendance of its lead trial counsel, James W. Huston, from attending the initial Case

3  Management Conference, pursuant to Civil L.R. 16-10.  The application is necessary due to an

4  unavoidable scheduling conflict, as shown by the attached declaration.  Mr. Huston will be

5  traveling in London at the time of the Case Management Conference, and therefore will not be

6  able to attend.  Another partner from Morrison & Foerster, the firm of record for Honeywell, Erin

7  Bosman, who is fully familiar with the action, will attend the Conference in lieu of Mr. Huston.

8

Dated: March 26, 2008                    MORRISON & FOERSTER LLP

9

10                                         By: /s/ Joanna E. Herman
                                               Joanna E. Herman

11                                         Attorneys for Defendant
                                           HONEYWELL INTERNATIONAL INC.

12

13                                         ORDER

14

      IT IS SO ORDERED.

15
Dated:      4/1/08

16                                         _____
                                           U.S. District Judge

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION TO EXCUSE LEAD TRIAL COUNSEL'S ATTENDANCE AT INITIAL CMC
sd-417953

**CERTIFICATE OF SERVICE**

I, Joanna E. Herman, hereby certify that on March 26, 2008, I caused to be electronically

filed a true and correct copy of the attached APPLICATION TO EXCUSE LEAD TRIAL

COUNSEL'S ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE with the

Clerk of the Court using CM/ECF, which will send notification that such filing is available for

viewing and downloading to the following counsel of record for Plaintiffs:

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>***Attorneys for Defendant The Boeing Company*** |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104 | Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br><br>***Attorneys for Plaintiffs*** |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA 95630-2637 | Telephone: 916.817.2900<br>Facsimile: 916.817.2644<br><br>***Attorneys for Plaintiffs*** |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071 | Telephone: 213.955.7780<br>Facsimile: 213.955.7725<br><br>***Attorneys for Defendant Goodrich Corporation*** |

Executed at San Diego, California, on this 26th day of March, 2008

CERTIFICATE OF SERVICE

sd-417953

MORRISON & FOERSTER LLP

By:    /s/  Joanna E. Herman
       Joanna E. Herman
       jeherman@mofo.com
       Morrison & Foerster LLP
       12531 High Bluff Drive, Suite 100
       San Diego, California  92130-2040
       Telephone:    858.720.5100
       Facsimile:     858.720.5125
       Attorneys for Defendant

       Attorneys for Defendant
       HONEYWELL INTERNATIONAL INC.