```
 1  THE BRANDI LAW FIRM
    THOMAS J. BRANDI #53208
 2  DANIEL DELL'OSSO #118203
 3  CASEY A. KAUFMAN #232257
    BRIAN J. MALLOY #234882
 4  354 Pine Street, Third Floor
    San Francisco, CA 94104
 5  Telephone: (415) 989-1800
 6  Facsimile: (415) 989-1801

 7  JAMES R. DONAHUE, #105106
    CAULFIELD DAVIES & DONAHUE
 8  80 Iron Point Circle, #105
 9  Folsom, CA 95630
    Telephone: (916) 817-2900
10  Facsimile: (916) 817-2644

11  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL | NO. CV 07 6396 CW<br><br>**PLAINTIFFS' ADR CERTIFICATION BY PLAINTIFFS AND COUNSEL** |

1

| | | |
|---|---|---|
| 1 | HOUGHTON, | ) |
| 2 | Plaintiffs, | ) ) ) |
| 3 | vs. | ) ) |
| 4 | THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, | ) ) ) ) ) ) ) ) |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | ) ) |
| 9 | Defendants. | ) |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute Resolution options.

| | |
|---|---|
| 1  Dated: 27 March 08 | _____ [PARTY] |
| 3  Dated: 4·1·08 | Thomas J. Brandi _____ [COUNSEL] |

---

3

PLAINTIFFS' ADR CERTIFICATION BY PLAINTIFFS AND COUNSEL - NO. CV 07 6396 CW