

Clerk's Use Only

Initial for fee pd.:

Steven S. Bell
Perkins Coie LLP
1201 Third Ave., Suite 4800
Seattle, WA 98101-3099

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Deborah Getz, et al.

Plaintiff(s),

v.

The Boeing Company, et al.

Defendant(s).

CASE NO. C 07-06396 CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Steven S. Bell, an active member in good standing of the bar of the Washington Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendant The Boeing Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Ronald McIntire, Perkins Coie LLP, 1620 26th St., Suite 600 South, Santa Monica, CA, (310) 788-9900.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/11/2008

Steven S. Bell

# PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On April 16, 2008, I served a true copies of the following document(s): **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* – STEVEN S. BELL** on the interested parties in this action by placing said documents enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

*SEE ATTACHED SERVICE LIST*

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on April 16, 2008, at Santa Monica, California.

_____
MICHELLE C. JACKSON

PROOF OF SERVICE
01038-5259/LEGAL14186018.1                    -1-

## SERVICE LIST

| | |
|---|---|
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>Tel. (415) 989-1800 / Fax (415) 989-1801 | Attorneys for Plaintiffs |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA 95630-2637<br>Tel. (916) 817-2900 / Fax (916) 817-2644 | Attorneys for Plaintiffs |
| James W. Huston, Esq.<br>Erin Bosman, Esq.<br>William V. O'Connor, Esq.<br>Joanna E. Herman, Esq.<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Dr., Suite 100<br>San Diego, CA 92130-2040<br>Tel. (858) 720-5100 / Fax (858) 720-5188 | Attorneys for Defendant<br>Honeywell International Inc. |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071<br>Tel. (213) 995-7780 / Fax (213) 995-7725 | Attorneys for Defendant<br>Goodrich Pump and Engine Control Systems |