RECEIVED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
APR 16
RICHARD W. WI...
CLERK, U.S. DISTRIC...
NORTHERN DISTRICT OF C...
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

Deborah Getz, et al.

Plaintiff(s),

v.

The Boeing Company, et al.

Defendant(s).

CASE NO. C 07-06396

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Beth Strosky, an active member in good standing of the bar of the State of Washington whose business address and telephone number (particular court to which applicant is admitted) is

Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, WA 98101-3099, (206) 359-8000,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant The Boeing Company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 18, 2008

_____
United States District Judge