| | |
|---|---|
| 1 | JAMES W. HUSTON (BAR NO. 115596) |
|   | jhuston@mofo.com |
| 2 | ERIN M. BOSMAN (BAR NO. 204987) |
|   | ebosman@mofo.com |
| 3 | WILLIAM V. O'CONNOR (BAR NO. 216650) |
|   | woconnor@mofo.com |
| 4 | JOANNA E. HERMAN (BAR NO. 227480) |
|   | jeherman@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive, Suite 100 |
| 6 | San Diego, California 92130-2040 |
|   | Telephone: 858.720.5100 |
| 7 | Facsimile: 858.720.5188 |
| 8 | Attorneys for Defendant |
|   | HONEYWELL INTERNATIONAL INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D. S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D. S THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v. | Case No.　CV 07-06396 CW<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
sd-422237

|   |   |
|---|---|
| 1 | THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

6

7  PLEASE TAKE NOTICE of the appearance of James W. Huston of the firm of

8  Morrison & Foerster LLP, as additional counsel of record for and on behalf of defendant

9  Honeywell International Inc. ("Honeywell") in the above-captioned matter. Copies of all

10  pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at

11  the following address:

12  James W. Huston
    Morrison & Foerster LLP
13  12531 High Bluff Dr., Suite 100
    San Diego, California 92130
14  Telephone: (858) 720-5100
15  Facsimile: (858) 720-5125

16  Email: jhuston@mofo.com

17  Also please send copies to my assistant at:

18  Email: lstandefer@mofo.com

19

20  Dated: April 28, 2008                MORRISON & FOERSTER LLP

21                                      By:   s/ James W. Huston
                                              James W. Huston
22                                            Email: jhuston@mofo.com

23                                            Attorneys for Defendant
                                              HONEYWELL INTERNATIONAL INC.

24

25

26

27

28

1

NOTICE OF APPEARANCE
sd-422237

# CERTIFICATE OF SERVICE

I, James W. Huston, hereby certify that on April 28, 2008, I caused to be electronically filed a true and correct copy of the attached **NOTICE OF APPEARANCE** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>Richard Chon, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>*Attorneys for Defendant The Boeing Company* |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104 | Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br><br>*Attorneys for Plaintiffs* |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA 95630-2637 | Telephone: 916.817.2900<br>Facsimile: 916.817.2644<br><br>*Attorneys for Plaintiffs* |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071 | Telephone: 213.955.7780<br>Facsimile: 213.955.7725<br><br>*Attorneys for Defendant Goodrich Corporation* |

☒    I also served the following party by overnight mail [Fed. Rule Civ. Proc. rule 5(b)] by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 12531 High Bluff Drive, Suite 100, San Diego, California, 92130-2040 in accordance with Morrison & Foerster LLP's ordinary business practices.

NOTICE OF APPEARANCE        2
sd-422237

1  I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

| | |
|---|---|
| Steve Bell, Esq.<br>Beth M. Strosky, Esq.<br>Katherine L. Hilst, Esq.<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>*Attorneys for Defendant The Boeing Company* |

Executed at San Diego, California, on April 28, 2008.

MORRISON & FOERSTER LLP

By:  /s/ James W. Huston
James W. Huston
jhuston@mofo.com
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone:    858.720 5100
Facsimile:    858.720.5188
Attorneys for Defendant

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

NOTICE OF APPEARANCE                3
sd-422237