**RECEIVED**
APR 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Deborah Getz, et al., | |
| | CASE NO. C 07-06396 CW |
| Plaintiff(s), | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| The Boeing Company, et al., | **BY FAX** |
| Defendant(s). | |

Katherine L. Hilst                      , an active member in good standing of the bar of

the State of Washington                    whose business address and telephone number

(particular court to which applicant is admitted)

is

Perkins Coie LLP, 1201 Third Ave., Suite 4800, Seattle, WA 98101-3099, (206) 359-8000,

,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing fff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 2 8 2008

_____
United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California