1  JAMES W. HUSTON (BAR NO. 115596)
   jhuston@mofo.com
2  ERIN M. BOSMAN (BAR NO. 204987)
   ebosman@mofo.com
3  WILLIAM V. O'CONNOR (BAR NO. 216650)
   woconnor@mofo.com
4  JOANNA E. HERMAN (BAR NO. 227480)
   jeherman@mofo.com
5  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
6  San Diego, California  92130-2040
   Telephone:  858.720.5100
7  Facsimile:  858.720.5188

8  Attorneys for Defendant
   HONEYWELL INTERNATIONAL INC.

9

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  DEBORAH GETZ, et al.,                    Case No.    CV 07-06396 CW

14            Plaintiffs,                    **DECLARATION OF JOANNA E.
                                             HERMAN IN SUPPORT OF
15       v.                                  MOTION TO DISMISS
                                             PLAINTIFFS' COMPLAINT**
16  THE BOEING COMPANY, et al.,
                                             Date:        June 19, 2008
17            Defendants.                    Time:        2:00 p.m.
                                             Courtroom:  2
18                                           Judge:  Hon. Claudia Wilken

19

20

21

22

23

24

25

26

27

28

1    I, Joanna E. Herman, declare as follows:

2    1.    I am an attorney admitted to practice in the State of California and am a member

3    of good standing in the state bar.  I am an associate with the law firm of Morrison & Foerster,

4    LLP, one of the counsel of record for Honeywell International, Inc. in the above captioned action.

5    Statements made in this Declaration are based on my personal knowledge, and I could and would

6    so testify if called as a witness in this matter.

7    2.    Attached hereto as Exhibit 1 is a true and correct copy of a Washington Post article

8    entitled, "Comrade Recalls Flier as Rock Steady", dated March 14, 2007.  The article explains

9    that on February 18, 2007, a Chinook helicopter, operating a mission in support of Operation

10    Enduring Freedom, crashed in southeastern Afghanistan.  Some of the passengers onboard the

11    helicopter were Night Stalkers, a Special Operations aviation regiment that specializes in low-

12    level night flying in combat and rescue missions.

13    3.    Attached hereto as Exhibit 2 is a true and correct copy of an Air Force Times

14    article entitled, "Airman, 7 Others Die in Helo Crash", dated March 5, 2007 written by Sean D.

15    Naylor.  The article states "The 160th, the Rangers, and the airmen on the helicopter all support

16    Joint Special Operations Command, which is in charge of the most sensitive special operations

17    missions.  The helicopter was part of a multiaircraft flight carrying a quick-reaction force in

18    support of a JSOC task force mission, according to the Pentagon source."  The article also

19    explains that because the mission was cancelled, the quick-reaction force was returning to

20    Bagram Air Base.

21    4.    Attached hereto as Exhibit 3 is a true and correct copy of an Aviation Week article

22    entitled, "Aerospace Daily & Defense Report" written by Michael Fabey.  The article explains

23    that a U.S. Air Force Special Operations Command colonel in command of one of the units

24    involved in the crash sent an e-mail that stated "At the time of the crash they were providing

25    CSAR [combat, search and rescue] coverage to several ongoing operations."

26    5.    Attached hereto as Exhibit 4 is a true and correct copy of a Media Advisory issued

27    by the 160th Special Operations Aviation Regiment (Airborne) on February 20, 2007.  The Media

28    Advisory explains that a group of soldiers from the 160th Special Operations Aviation Regiment

1   ("SOAR") unit died when "their aircraft crashed during a mission being flown in support of

2   Operation Enduring Freedom.  Every night, the uniquely skilled and highly trained Night Stalker

3   aviators and crew members perform the most challenging and dangerous missions in support of

4   our Special Operations brothers."

5       6.      Attached hereto as Exhibit 5 is a true and correct copy of an Air Force Times

6   article entitled, "Pentagon identifies 8 killed in helo crash" dated February 21, 2007 written by

7   Sean D. Naylor.  The article explains that the helicopter was part of a "multi-aircraft flight

8   carrying a quick-reaction force in support a JSOC task force mission…"  The 160th, and the

9   Rangers, support Joint Special Operations Command (JSOC) "which is in charge of the most

10  sensitive special operations missions."  The article described the Zabul province to be "a hotbed

11  for militant supporters of the former Taliban regime who have stepped up attacks over the past

12  year."  The article also explained that a "combat search and rescue operation was launched

13  immediately to secure the site and recover the passengers."

14      7.      Attached hereto as Exhibit 6 is a true and correct copy of an Associated Press

15  article entitled, "Wreckage of Crash helicopter destroyed" dated February 20, 2007.  The article

16  explains that coalition forces destroyed the wreckage of the subject accident to "clear the area of

17  large debris and to prevent possible exploitation of the site by terrorist groups."

18      8.      Attached hereto as Exhibit 7 is a true and correct copy of an Associated Press

19  article entitled, "Helicopter crash victims remembered" dated February 22, 2007.  The article

20  explains that the "Night Stalkers" specializes in low-level night flying in combat and rescue

21  missions, mostly in support of Army special forces troops.

22      9.      Attached hereto as Exhibit 8 is a true and correct copy of a Press Release (Release

23  Number 070220-01) dated February 20, 2007 from the United States Army Special Operations

24  Command News Service entitled, "Eight special operations personnel killed in Afghanistan

25  helicopter crash."  The article explains that following the crash a combat search and rescue

26  operation was launched immediately to secure the site and recover the passengers.

27      10.     Attached hereto as Exhibit 9 is a true and correct copy of a Memorandum from the

28  Office of the Board of Supervisors County of Placer dated May 8, 2007 from F.C. "Rocky"

2

Rockholm to the Honorable Board of Supervisors.  The memorandum states that PFC Kristofer Douglas-Scott Thomas died "in the line of duty" on February 17, 2007 when his helicopter crashed while serving in Afghanistan during Operation Enduring Freedom.

11.    Attached hereto as Exhibit 10 is a true and correct copy of the Report of Casualty issued by the Department of the Air Force dated February 20, 2007 and produced to Defendants by Plaintiffs as document "P37".  The Report is for Scott Eric Duffman and states "Member died in a combat zone or from a terroristic or military action…"

12.    Attached hereto as Exhibit 11 is a true and correct copy of a Biographical Sketch of Pfc. Kristofer D. Thomas from the 75th Ranger Regiment.  The Biographical Sketch explains that Kristofer Thomas was a member of the 75th Ranger Regiment and was serving as a member of a Site Security Team when he died.

13.    Attached hereto as Exhibit 12 is a true and correct copy of a Biographical Sketch of Pfc. Ryan C. Garbs from the 75th Ranger Regiment.  The Biographical Sketch explains that Ryan Garbs was a grenadier and riflemen with the 75th Ranger Regiment since he had been assigned to the 3d Battalion in March 2006.

14.    Attached hereto as Exhibit 13 is a true and correct copy of a Biographical Sketch of Specialist Travis R. Vaughn from the U.S. Army Special Operations Command.  The Biographical Sketch explains that Kristofer Thomas was a member of the 160th Special Operations Aviation Regiment (Airborne) and before his death served as a MH-47E Crew Chief.

15.    Attached hereto as Exhibit 14 is a true and correct copy of the U.S. Department of State Fact Sheet titled "Operation Enduring Freedom" dated January 31, 2006.  The Fact Sheet provides data regarding Operation Enduring Freedom and states "Operation Enduring Freedom (OEF) is a multinational coalition military operation initiated in October 2001 to counter terrorism and bring security to Afghanistan in collaboration with Afghan forces.  OEF operations led to the collapse of the Taliban regime and helped bring a measure of security and stability to Afghanistan for the first time in a generation."

DECLARATION OF JOANNA E. HERMAN IN SUPPORT OF MOTION TO DISMISS
sd-416018

1        I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct, and that I executed this declaration on April 29, 2008 at San Diego,

3 California.

4                            *Joanna E. Herman*

5                         JOANNA E. HERMAN

4

1

**CERTIFICATE OF SERVICE**

2

        I, James W. Huston, hereby certify that on April 29, 2008, I caused to be electronically

3

filed a true and correct copy of the attached **DECLARATION OF JOANNA E. HERMAN IN**

4

**SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT** with the Clerk of the

5

Court using CM/ECF, which will send notification that such filing is available for viewing and

6

downloading to the following counsel of record for Plaintiffs:

7

8
9
10

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA  90404-4013 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399<br><br>***Attorneys for Defendant The Boeing Company*** |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA  94104 | Telephone:  415.989.1800<br>Facsimile:  415.989.1801<br><br>***Attorneys for Plaintiffs*** |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA  95630-2637 | Telephone:  916.817.2900<br>Facsimile:  916.817.2644<br><br>***Attorneys for Plaintiffs*** |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA  90071 | Telephone:  213.955.7780<br>Facsimile:  213.955.7725<br><br>***Attorneys for Defendant Goodrich Corporation*** |

11
12
13
14
15
16
17
18
19

20
21
22

I also served the following party by overnight mail [Fed. Rule Civ. Proc. rule 5(b)] by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 12531 High Bluff Drive, Suite 100, San Diego, California, 92130-2040 in accordance with Morrison & Foerster LLP's ordinary business practices.

23
24
25
26

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

27

28

CERTIFICATE OF SERVICE                    1

sd-402041

| | |
|---|---|
| Steve Bell, Esq.<br>Beth M. Strosky, Esq.<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 | Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br><br>***Attorneys for Defendant The Boeing Company*** |
| Richard Chon, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor<br>South Tower<br>Santa Monica, CA  90404-4013 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399<br><br>***Attorneys for Defendant The Boeing Company*** |
| Casey A. Kaufman, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, 3rd Floor<br>San Francisco, CA  94104 | Telephone:  415.989.1800<br>Facsimile:  415.989.1801<br><br>***Attorneys for Plaintiffs*** |

Executed at San Diego, California, on this 29th day of April, 2008.

MORRISON & FOERSTER LLP

By:    /s/  James W. Huston
    James W. Huston
    jhuston@mofo.com
    Morrison & Foerster LLP
    12531 High Bluff Drive, Suite 100
    San Diego, California  92130-2040
    Telephone:     858.720 5100
    Facsimile:     858.720.5188
    Attorneys for Defendant

    Attorneys for Defendant
    HONEYWELL INTERNATIONAL INC.

# EXHIBIT 1

1 of 100 DOCUMENTS

Copyright 2007 The Washington Post
All Rights Reserved



The Washington Post

March 14, 2007 Wednesday
Suburban Edition

**SECTION:** METRO; Pg. B02

**DISTRIBUTION:** Virginia

**LENGTH:** 595 words

**HEADLINE:** Comrade Recalls Flier as 'Rock Steady';
Pilot Who Flew With Famed Night Stalkers Unit Is Killed in Afghanistan Crash

**BYLINE:** Leef Smith; Washington Post Staff Writer

**BODY:**

If Hershel McCants Jr. had a passion, it was flying with his fellow Night Stalkers, a Special Operations aviation regiment based at Fort Campbell, Ky., that specializes in low-level night flying in combat and rescue missions.

McCants, 33, an Oregon native, was on a transport mission, co-piloting a twin-rotor Chinook helicopter Feb. 18, when the aircraft went down in southeastern Afghanistan. Five Night Stalkers, including McCants, and three other special operations personnel were killed in the crash, which military officials have blamed on the aircraft's "sudden, unexplained" loss of power.

Fourteen others were wounded in the crash, which left wreckage scattered across an open plain in Zabul province, just 50 yards from the main Kabul-Kandahar highway. Although the crash was not believed to have been caused by hostile action, it was the single deadliest incident this year for the 47,000 troops who make up the U.S.-led coalition and NATO forces in Afghanistan, according to news reports.

Yesterday, McCants's friends and family gathered at Arlington National Cemetery to honor the flier, watching silently as a horse-drawn caisson delivered the chief warrant officer's flag-draped coffin to the grave site.

McCants was flying a mission in support of Operation Enduring Freedom when the accident occurred. In tribute, four Blackhawk helicopters -- flying low and in formation -- buzzed across the cemetery as weeping mourners looked skyward.

Minutes later, members of the U.S. Army Band played "America the Beautiful" as a team of soldiers crisply folded

Comrade Recalls Flier as 'Rock Steady'; Pilot Who Flew With Famed Night Stalkers Unit Is Killed in Afghanistan Crash The Washington Post March 14, 2007 Wednesday

the American flag lying atop McCants's coffin and presented it and two other banners to McCants's wife, mother and father.

McCants was assigned to the 2nd Battalion, 160th Special Operations Aviation Regiment (Airborne). The unit worked largely in support of Army Special Operations forces.

According to the Arizona Republic, McCants made a life in the Army, joining up before he had finished high school in Phoenix. Although McCants never excelled in his studies, he achieved excellence in the military, where he served as an engineer, medic, pilot and a Green Beret, family members said.

Known to those closest to him as "J.R." or "Dan," McCants tried to quiet family members' fears by saying that regardless of the risks inherent in his missions, he was doing important work.

"If I don't make it back, know that I was doing what I love," his aunt Sandy Finneran quoted him as saying in an interview with Oregon's Mail Tribune. "It's my job."

Scott Nowicki, who served with McCants in an Army medical unit at Fort Lewis, Wash., sent an e-mail to the Mail Tribune last month praising McCants's skill and professionalism as a pilot during training missions and rescue operations.

Nowicki described a mission to rescue two hikers who were stranded on a steep mountainside in the dark. The crew lowered one member of the team more than 200 feet down a cable to collect the hikers and fly them to a parking lot, the newspaper reported.

"Dan was rock steady and the aircraft hovered as if it were sitting on solid ground," Nowicki wrote, hailing McCants as "a true Special Operations quality pilot."

Shortly after his death, McCants's wife, Shannon, released a statement describing her husband as a loving father to two children -- Trevor, 11, and Kylie, 11 months -- and a dedicated soldier.

"Dan was a professional in everything he undertook and was proud of his unit and the soldiers with whom he served," read the statement. "Dan would want to be remembered as a soldier who loved his country and served America's finest."

**GRAPHIC:** IMAGE; By Kevin Clark -- The Washington Post; Trevor McCants, 11, with mother Shannon McCants and other family and friends, watches as his father's coffin is carried past at Arlington National Cemetery. IMAGE; Chief Warrant Officer 3 Hershel D. McCants Jr.

**LOAD-DATE:** March 14, 2007

# EXHIBIT 2

2 of 100 DOCUMENTS

Copyright 2007 Army Times Publishing Co.
All Rights Reserved
Air Force Times

March 5, 2007
Correction Appended

**SECTION:** NEWSLINES; Pg. 20

**LENGTH:** 893 words

**HEADLINE:** Airman, 7 others die in helo crash

**BYLINE:** Sean D. Naylor

**BODY:**

An Air Force pararescueman was among the eight U.S. troops who died Feb. 18 when an Army helicopter with 22 people on board crashed in Afghanistan.

Tech. Sgt. Scott E. Duffman, 32, of the 24th Special Tactics Squadron at Pope Air Force Base, N.C., was killed when the MH-47E Chinook went down in Zabul province, the Air Force said. Three other airmen were injured.

Among those hurt was Senior Airman Mark "Daniel" Houghton, 22, a pararescueman from the 38th Rescue Squadron, Moody Air Force Base, Ga. Houghton's parents said their son underwent three hours of surgery Feb. 19 at Landstuhl Regional Medical Center, Germany, where he was treated for several broken bones, blood in his lungs and other injuries.

The two other airmen were assigned to special operations units as combat controllers, according to a Pentagon source. They were not identified.

A memorial service for Duffman is set for March 1 at Pope.

"He was a warrior and loved what he did and why he did it," Duffman's mother, Rose Duffman, said.

Her son had been in Afghanistan for just five days.

"It's kind of hard to believe, because you'd just talked to him the day before," she said.

The technical sergeant's survivors include his wife and 5-month-old daughter.

The MH-47E was from the Army's 160th Special Operations Aviation Regiment's 2nd Battalion, according to a source in the special operations community.

The fourteen survivors all suffered injuries, and while some "did walk away," several others were seriously injured, the source in the special operations community said.

Apart from the airmen, one of the wounded was a crewman from the stricken aircraft, and the rest were Rangers, according to the Pentagon source.

Airman, 7 others die in helo crash Air Force Times March 5, 2007 Correction Appended

As word of the crash spread, U.S., Australian, Canadian, British and Dutch rescue teams launched a combat search-and- rescue operation, an Air Force statement said.

Medical evacuation

Within hours after the crash, an Air Force C-17 Globemaster, with two critical care air evacuation teams and a trauma surgeon onboard, flew 11 of the injured survivors from Kandahar Air Base, Afghanistan, to Ramstein Air Base, Germany, landing there at about 2 a.m. Feb. 19. Seven of the patients were in critical condition with head injuries, chest wounds and spinal factures, evacuation team members said. The four others were less severely injured.

"It was like being in an emergency room, just as hectic, doing lots of things," recalled flight nurse Capt. Ben Meadows, of the Delaware Air National Guard's 142nd Aeromedical Evacuation Squadron.

The 160th, the Rangers and the airmen on the helicopter all support Joint Special Operations Command, which is in charge of the most sensitive special operations missions. The helicopter was part of a multiaircraft flight carrying a quick-reaction force in support of a JSOC task force mission, according to the Pentagon source.

However, that mission had been canceled, and the quick-reaction force was returning to Bagram Air Base from Kandahar when the crash occurred, the source said.

The MH-47E was flying at about 300 feet when it experienced a sudden loss of power, the source in the special operations community said. Initial speculation about the cause of the power loss has centered on the possibility of engine icing, he said. But whatever caused the loss of power, "at 300 feet you don't have a lot of space to recover," the source added.

The helicopter appears to have come down aft end first, then bounced on its nose, causing the transmission assembly to come down on the cockpit, crushing the personnel at the front of the helicopter, according to the source.

The Chinook crashed about 50 yards from the main Kabul-to-Kandahar highway, according to reports.

In a news release posted Feb. 20 on the Army Special Operations Command Web site, Col. Kevin Mangum, commander of the 160th, said the aircraft "was crewed by an exceptionally qualified team of professionals and was flying in a formation of other aircraft in performance of this mission. It is unclear at this time as to exactly what caused the aircraft to crash onto a high plain in southeastern Afghanistan.

"While it is important that we investigate and determine what caused this tragic event -- which we will -- our immediate and lasting concern is for the families and friends of the extraordinary men who served their country with distinction," Mangum said.

The helicopter is at least the fifth MH-47 that has crashed or been shot down worldwide since the Sept. 11 attacks. The 160th is the only unit that flies the MH-47.

A U.S. military statement said details of the crash or the helicopter's mission would not be released until "completion of recovery operations."

Thousands of U.S. forces are deployed in southeastern Afghanistan, including in Zabul, where they have a base under NATO command. The province has long been a hotbed for militant supporters of the former Taliban regime who have stepped up attacks over the past year.

In May 2006, another U.S. CH-47 Chinook crashed attempting a nighttime landing on a small mountaintop in eastern Kunar province, killing 10 soldiers.

In 2005, a helicopter crashed in Kunar, after apparently being hit by a rocket-propelled grenade, killing 16

Airman, 7 others die in helo crash Air Force Times March 5, 2007 Correction Appended

American troops.

Another crash of a civilian helicopter last year in southeastern Khost province killed up to 16 people, including the wife and two daughters of a U.S. civilian worker.

**CORRECTION:**

2 COLOR PHOTOS.

**LOAD-DATE:** March 14, 2007

# EXHIBIT 3





By Michael Fabey/Aerospace Daily & Defense Report

 The cause of the Feb. 18 Chinook accident in Afghanistan that killed eight soldiers appears to have been a combination of engine failure and icing, according to an e-mail from a U.S. Air Force Special Operations Command (AFSOC) colonel in command of one of the units involved.

"The cause of aircraft accident appears to be catastrophic engine failure aggravated by icing conditions, but has not been officially determined," the colonel wrote in an e-mail to the AFSOC community shortly after the crash.

Another AFSOC officer said radio calls made from the helicopter shortly before it crashed indicated the engine and possible icing problems. One possibility, a source familiar with AFSOC helicopter operations in Afghanistan said, is that the engine may have ingested large chunks of ice that were shed by the main rotor blades.

The MH-47 was carrying 22 people when it crashed at about 4 p.m., the e-mail said. The aircraft went down in Zabol province, just 50 yards from the main Kabul-Kandahar highway. It was reportedly the deadliest single incident this year.

"At the time of the crash they were providing CSAR [combat, search and rescue] coverage to several ongoing operations," the e-mail said.

The Air Force recently chose a variant of the Chinook for its CSAR-X replacement fleet, awarding Boeing a contract worth between $10 billion and $15 billion for more than 140 helicopters.

The U.S. Government Accountability Office (GAO) recently sustained a protest by the losing CSAR-X bidding teams led by Lockheed Martin and Sikorsky, saying the Air Force erred in the way it factored - or failed to factor - in lifecycle costs for the airframes.

Gen. Michael Moseley, Air Force chief of staff, and Michael Wynne, service secretary, said they will look for a "narrow" way to address the GAO concerns to deploy a new CSAR fleet as soon as possible.

But in defending the Chinook variant, the Air Force brass has lauded the helicopter's capability to specifically handle conditions like those in Afghanistan.

Air Force officials urge caution in considering the AFSOC colonel's comments about the cause of the accident, saying he would not be the best person to comment about an Army aircraft involved in an accident that's still under investigation.

"Any parallels drawn between this accident and the helicopter's ability for a CSAR mission would be speculative," said Air Force Capt. Olizia Nelson.

Boeing spokesman Thomas Marinucci said, "This is an ongoing investigation being conducted by the Army Safety Center and it would be inappropriate for Boeing to comment at this time. We are available

to provide technical support to the investigation team if requested, but at this time we have not been asked for support by the Army."

Nonetheless, Boeing stands behind the Chinook's safety record. "As of December 2006 Chinooks have flown more than 88,000 hours in Iraq and Afghanistan with an overall safety record that is among the best of all military rotorcraft worldwide," Marinucci said.

An Aerospace Daily computer analysis of Army helicopter accident data provided by the Army shows that that Chinooks were involved in nearly half of the Class A aviation accidents or mishaps - the most serious ones - in Afghanistan between the beginning of 2002 and the end of 2004 (see p. 6). The Chinooks accounted for all but one of the five Class B mishaps during that time period and nearly half of the Class C, or least serious, accidents or mishaps. More current data was not available.

The military uses helicopters to carry troops and material, and for other operations like CSAR, because the roads and terrain in Afghanistan make overland transportation difficult. But the high mountainous environment and dust wreak havoc on the aircraft engines.

**Find this article at:**
http://www.aviationweek.com/aw/generic/story_generic.jsp?channel=aerospacedaily&id=news/CHIN03077.xml&headline=Icing%
20May%20Have%20Been%20Factor%20In%20Chinook%20Accident

The McGraw-Hill Companies

Copyright © 2005 Aviation Week, a division of The McGraw-Hill Companies.

All rights reserved. Terms of Use | Privacy Policy

# EXHIBIT 4



**160th  Special Operations Aviation Regiment (Airborne)**
**Media Advisory**
**(270) 798-6298**

_____

MEDIA ADVISORY
FOR MORE INFORMATION CONTACT
Kimberly Laudano at (270) 798-6298

**Statement from 160th SOAR (A) Commander, Colonel Kevin Mangum**

FORT CAMPBELL, Ky. – Feb. 20, 2007 – On the evening of February 17, 2007, the 160th
Special Operations Aviation Regiment, with adjacent special operations units, suffered the loss
of an exemplary group of Soldiers who died when the their aircraft crashed during a mission
being flown in support of Operation Enduring Freedom.

Every night, the uniquely skilled and highly trained Night Stalker aviators and crew
members perform the most challenging and dangerous missions in support of our Special
Operations brothers.  It is with a very heavy heart that we recognize the loss of five of our
Night Stalkers and three of our special operations forces brethren.  Our thoughts are also with
the seriously wounded Special Operations Forces, including our surviving crewmember,
injured in the crash.

The aircraft was crewed by an exceptionally qualified team of professionals and was
flying in a formation of other aircraft in performance of this mission.  It is unclear at this time as
to exactly what caused the aircraft to crash onto a high plain in southeastern Afghanistan.
While it is important that we investigate and determine what caused this tragic event - which
we will - our immediate and lasting concern is for the families and friends of the extraordinary
men who served their country with distinction, made the ultimate sacrifice, and who lived by
the motto: "Night Stalkers Don't Quit."

-USASOC-

1

# EXHIBIT 5

Pentagon identifies 8 killed in helo crash - Navy News, opinions, editorials, news from Iraq, photos, rep...    Page 1 of 3

Case 4:07-cv-06396-CW    Document 68-2    Filed 04/29/2008    Page 21 of 44



Print | Email    Reddit | Digg

# Pentagon identifies 8 killed in helo crash

By Sean D. Naylor - Staff writer
Posted : Wednesday Feb 21, 2007 20:43:06 EST

Sunday's Chinook helicopter crash in Afghanistan killed eight special operations personnel, seven from the Army and one from the Air Force.

The helicopter was an MH-47E from the Army's 160th Special Operations Aviation Regiment's 2nd Battalion, according to a source in the special operations community.

A Defense Department release said the following servicemen were killed in the crash:

* Pfc. Ryan C. Garbs, 20, of Edwardsville, Ill.; B Company, 3rd Battalion, 75th Ranger Regiment, Fort Benning, Ga.

* Spc. Brandon D. Gordon, 21, of Naples, Fla.; B Company, 2nd Battalion, 160th Special Operations Aviation Regiment (Airborne), Fort Campbell, Ky.

* Chief Warrant Officer 3 Hershel D. McCants, Jr., 34, of Arizona; B Company, 2nd Battalion, 160th SOAR (A).

* CW3 John A. Quinlan, 26, of New Jersey; B Company, 2nd Battalion, 160th SOAR(A).

* Pfc. Kristofer D. Thomas, 18, of Roseville, Calif.; B Company, 3rd Battalion., 75th Ranger Regiment.

* Spc. Travis R. Vaughn, 26, of Reinbeck, Iowa; B Company, 2nd Battalion, 160th SOAR (A).

* Sgt. Adam A. Wilkinson, 23, of Miskayuna, N.Y.; B Company, 2nd Battalion, 160th SOAR (A).

* Air Force Tech Sgt. Scott Duffman, of La Cueva, N.M.; 24th Special Tactics Squadron, Pope Air Force Base, N.C.

The helicopter was carrying 22 personnel. The fourteen survivors all suffered injuries, and while some "did walk away," several others are very seriously injured, the source in the special operations community said. One of the wounded was a crewman from the stricken aircraft, three were Air Force special operations combat controllers and the rest were Rangers, according to a Pentagon source.

A combat search and rescue operation was launched immediately to secure the site and recover the passengers, the release said, adding that wounded personnel were transported to coalition medical facilities for treatment.

The 160th, the Rangers and the 24th STS all support Joint Special Operations Command (JSOC), which is in charge of the most sensitive special operations missions. The helicopter was part of a multi-aircraft flight carrying a quick-reaction force in support of a JSOC task force mission, according to the Pentagon source. However, that mission had been canceled, and the quick-reaction force was returning to Bagram Air Base from Kandahar when the crash occurred, the source said.

The MH-47E was flying at about 300 feet when it experienced a sudden loss of power, the source in the special operations community said. Initial speculation about the cause of the power loss has centered on the possibility of engine icing, he said. But whatever caused the loss of power, "at 300 feet you don't have a lot of space to recover," the source added.

The helicopter appears to have come down aft end first, then bounced on its nose, causing the transmission assembly to come down on the cockpit, crushing the personnel at the front of the helicopter, according to the source.

The Chinook crashed in Zabul province about 50 yards from the main Kabul-to-

Kandahar highway, according to press reports.

In a news release posted on the Army Special Operations Command Web site Tuesday night, Col. Kevin Mangum, commander of the 160th, said the aircraft "was crewed by an exceptionally qualified team of professionals and was flying in a formation of other aircraft in performance of this mission. It is unclear at this time as to exactly what caused the aircraft to crash onto a high plain in southeastern Afghanistan.

"While it is important that we investigate and determine what caused this tragic event — which we will — our immediate and lasting concern is for the families and friends of the extraordinary men who served their country with distinction," Mangum said.

The helicopter is at least the fifth MH-47 that has crashed or been shot down worldwide since the Sept. 11, 2001, attacks. The 160th is the only unit that flies the MH-47. The unit was scheduled to hold a memorial ceremony for those killed on Wednesday.

A U.S. military statement said details of the crash or the helicopter's mission would not be released until "completion of recovery operations."

Thousands of U.S. forces are deployed in southeastern Afghanistan, including in Zabul, where they have a base under NATO command. The province has long been a hotbed for militant supporters of the former Taliban regime who have stepped up attacks over the past year.

In May 2006, another U.S. CH-47 Chinook crashed attempting a nighttime landing on a small mountaintop in eastern Kunar province, killing 10 soldiers.

Case 4:07-cv-06396-CW   Document 68-2   Filed 04/29/2008   Page 23 of 44

In 2005, a helicopter crashed in Kunar, after apparently being hit by a rocket-propelled grenade, killing 16 American troops.

Another crash of a civilian helicopter last year in southeastern Khost province killed up to 16 people, including the wife and two daughters of a U.S. civilian worker.

The Associated Press contributed to this report

# EXHIBIT 6



Print | Email                    Reddit | Digg

# Wreckage of crashed helicopter destroyed

The Associated Press
Posted : Tuesday Feb 20, 2007 7:30:16 EST

KABUL, Afghanistan — U.S.-led coalition troops have destroyed the wreckage of a
helicopter that crashed over the weekend, killing eight U.S. troops and wounding
14, the U.S. military said Tuesday.

The U.S. army twin-rotor Chinook helicopter crashed Sunday in the southern
Zabul province after reporting an unexplained loss of power and engine failure.

The helicopter went down just 50 yards from the main Kabul-Kandahar highway.
The U.S. military said it was damaged beyond repair and could not be moved from
the crash site.

"Coalition forces destroyed the wreckage late Monday evening to clear the area of
large debris and to prevent possible exploitation of the site by terrorist groups," it
said in a statement.

Investigators are still trying to determine the exact cause of the crash, it said.
Immediately after the crash, military officials ruled out enemy fire as a cause.

The crash was the deadliest single incident this year for the 47,000 U.S.-led
coalition and NATO forces in Afghanistan.

Related reading:


8 killed, 14 hurt in Afghanistan helo crash

Print | Email                    Reddit | Digg

# EXHIBIT 7

 Print |  Email                    Reddit | Digg

# Helicopter crash victims remembered

The Associated Press
Posted : Thursday Feb 22, 2007 6:55:42 EST

FORT CAMPBELL, Ky. — Five Fort Campbell soldiers who were killed when a helicopter crashed in southeastern Afghanistan were remembered Wednesday during a private memorial service.

The five were among eight killed when the helicopter went down Sunday. Fourteen people onboard survived the crash, according to the Defense Department.

The crash remained under investigation, though military officials have said the twin-rotor helicopter was not shot down.

The Fort Campbell soldiers were assigned to the 2nd Battalion, 160th Special Operations Aviation Regiment (Airborne). The unit, nicknamed the "Night Stalkers," specializes in low-level night flying in combat and rescue missions, mostly in support of Army special forces troops.

Robert J. Quinlan of Bradley Beach, N.J., the father of the pilot, Chief Warrant Officer John A. Quinlan, 36, said his son radioed shortly before the crash that he had lost power. He had planned to return home to Tennessee next week to spend his 37th birthday with his wife and three daughters, his father said.

The other four were identified as Chief Warrant Officer Hershel D. McCants Jr., 33, of Arizona; Sgt. Adam A. Wilkinson, 23, of Fort Carson, Colo.; Spc. Travis R. Vaughn, 26, of Reinbeck, Iowa; and Spc. Brandon D. Gordon, 21, of Naples, Fla.

Also killed were Pfcs. Ryan C. Garbs, 20, of Edwardsville, Ill., and Kristofer D.S. Thomas, 18, of Roseville, Calif., the Defense Department said. They were assigned to the 3rd Battalion, 75th Ranger Regiment, Fort Benning, Ga.

Earlier, the Defense Department said one airman was killed in the crash: Tech. Sgt. Scott E. Duffman, 32, of Albuquerque, N.M. He was assigned to the 24th Special Tactics Squadron, Pope Air Force Base, N.C.

The military said the CH-47 Chinook was carrying 22 U.S. service members when it crashed in the Shahjoi district of Zabul province.

 Print |  Email                    Reddit | Digg

# EXHIBIT 8

**USASOC** NEWS SERVICE
THE UNITED STATES ARMY SPECIAL OPERATIONS COMMAND NEWS SERVICE

RELEASE NUMBER: 070220-01
DATE POSTED: FEBRUARY 20, 2007

## Eight special operations personnel killed in Afghanistan helicopter crash

From official military releases and staff reports
FORT BRAGG, N.C. (USASOC News Service, Feb. 20, 2007) – Seven Army Special Operations Soldiers were killed in a Feb. 18 crash of a MH-47 Chinook helicopter in Afghanistan.

According to a Department of Defense release, killed in the crash were:
-Pfc. Ryan C. Garbs, 20, of Edwardsville, Ill.; B Company, 3rd Battalion, 75th Ranger Regiment, Fort Benning, Ga.
-Spec. Brandon D. Gordon, 21, of Naples, Fla.; B Company, 2nd Battalion, 160th Special Operations Aviation Regiment (Airborne), Fort Campbell, Ky.
-CW3 Hershel D. McCants, Jr., 33, of Arizona; B Co., 2nd Bn, 160th SOAR(A).
-CW3 John A. Quinlan, 36, of New Jersey; B Co., 2nd Bn, 160th SOAR(A).
-Pfc. Kristofer D. Thomas, 18, of Roseville, Calif.; B Co., 3rd Bn., 75th Ranger Regiment.
-Spec. Travis R. Vaughn, 26, of Reinbeck, Iowa; B Co., 2nd Bn, 160th SOAR(A).
-Sgt. Adam A. Wilkinson, 23, of Miskayuna, N.Y.; B Co., 2nd Bn, 160th SOAR(A).

A member of the U.S. Air Force Special Operations Command was also killed in the crash. TSgt. Scott Duffman, of La Cueva, N.M., was assigned to the 24th Special Tactics Squadron, Pope Air Force Base, N.C. (Go to http://www2.afsoc.af.mil for additional details.)

In a statement, 160th Commander Col. Kevin W. Mangum said, "The aircraft was crewed by an exceptionally qualified team of professionals and was flying in a formation of other aircraft in performance of this mission. It is unclear at this time as to exactly what caused the aircraft to crash onto a high plain in southeastern Afghanistan.

"While it is important that we investigate and determine what caused this tragic event - which we will - our immediate and lasting concern is for the families and friends of the extraordinary men who served their country with distinction," Mangum said. (Link to full statement)

Fourteen others were wounded in the crash when the helicopter reportedly had a sudden, unexplained loss of power and control before crashing in southeastern Afghanistan.

A combat search and rescue operation was launched immediately to secure the site and recover the passengers. Wounded personnel were transported to Coalition medical facilities for treatment.

The helicopter was carrying 22 people, including aircrew, at the time of the crash.

"The loss of these service members is felt by all of us here in Afghanistan, and we offer our deepest sympathy to the families of those who were killed," said Lt. Col. David Accetta, Coalition spokesman at a press briefing immediately following the incident.

The 160th SOAR has tentatively scheduled a unit memorial for Feb. 21 at 1 p.m. (CST) in the Passenger Processing Center at Fort Campbell, Ky.  It is closed to the media. Plans for the 75th Ranger Regiment memorial have not been set.

The cause of the crash is under investigation.

Case 4:07-cv-06396-CW          Document 68-2          Filed 04/29/2008          Page 30 of 44

—usasoc—



Pfc. Ryan C. Garbs, 20, of Edwardsville, Ill. Garbs was assigned to B Company, 3rd Battalion, 75th Ranger Regiment, Fort Benning, Ga.
He graduated from the United States Army Airborne School in February 2006.  Following graduation from the Ranger Indoctrination Program, he was assigned to 1st Platoon, B Company, 3d Battalion, 75th Ranger Regiment in March 2006.
Garbs is survived by his parents, Doug and Jill Garbs of Edwardsville, Ill.
Pfc. Ryan C. Garbs' full biography



Spec. Brandon D. Gordon, 21, of Naples, Fla.  He was assigned to B Company, 2nd Battalion, 160th Special Operations Aviation Regiment (Airborne), Fort Campbell, Ky.
Gordon joined the Army in October 2003 and has been with the 160th since May 2005.
He is survived by his father, Gene Gordon, mother, Terri Gordon, and brothers, Bryan, Bradley and Cole, from Naples, Fla.
Spec. Brandon D. Gordon's full biography





CW3 Hershel D. McCants, Jr., 33, of Arizona. He was assigned to B Company, 2nd Battalion, 160th Special Operations Aviation Regiment (Airborne), Fort Campbell, Ky.
McCants enlisted in the Army in October 1991. He earned his pilot wings in 2001 and joined the 160th in 2005.
He is survived by his wife, Shannon, son, Trevor (11), and daughter, Kylie (11 months).  McCants' mother, Goldie Murphy, and father, Hershel D. McCants, Sr., also survive him.
CW3 Hershel D. McCants' full biography
Click here for the McCants' family statement.



CW3 John A. Quinlan, 36, of New Jersey. He was assigned to B Company, 2nd Battalion, 160th Special Operations Aviation Regiment (Airborne), Fort Campbell, Ky.
He originally enlisted in the U.S. Marine Corps in October 1988. He was accepted into the Army Warrant Officer entry program in 1997. He joined the 160th in 2003.
He is survived by his wife, Julie, and three daughters – Keely (10), Madeline

(8) and Erin (3). His parents, Robert and Kate Quinlan, and sister, Susan, also survive him.
CW3 John A. Quinlan's full biography
Click here for the Quinlan's family statement.






Pfc. Kristofer D. Thomas, 18, of Roseville, Calif. He was assigned to B Company, 3rd Battalion, 75th Ranger Regiment, Fort Benning, Ga. Thomas joined the Army Feb. 9, 2006. By September 2006, he had completed One Station Unit Training, airborne school and Ranger Indoctrination Program at Fort Benning.
Lincoln, Calif. and Debby Getz of Roseville, Calif.
Pfc. Kristofer D. Thomas' full biography



Spec. Travis R. Vaughn, 26, of Reinbeck, Iowa. He was assigned to B Company, 2nd Battalion, 160th Special Operations Aviation Regiment (Airborne), Fort Campbell, Ky.
Vaughn joined the Army in October 2003 and joined the 160th in July 2005.
He is survived by his wife, Heather, and son, Taylin (5).
Spec. Travis R. Vaughn's full biography
Click here for Vaughn's family statement.





Sgt. Adam A. Wilkinson, 23, of Miskayuna, N.Y.; B Company, 2nd Battalion, 160th Special Operations Aviation Regiment (Airborne), Fort Campbell, Ky.
Wilkinson joined the Army in March 2002. He arrived at the 160th in May 2005
He is survived by his wife, Tyffanie, and son, Carson (1).
Sgt. Adam A. Wilkinson's full biography
Click here for the Wilkinson's family statement



Case 4:07-cv-06396-CW     Document 68-2     Filed 04/29/2008     Page 32 of 44

# EXHIBIT 9

# MEMORANDUM
OFFICE OF THE
# BOARD OF SUPERVISORS
COUNTY OF PLACER

TO:        Honorable Board of Supervisors

FROM:      F. C. "Rocky" Rockholm, Supervisor District 1

DATE:      May 8, 2007

SUBJECT:   COMMENDATION – Approve and present a Commendation to Deborah
           Getz honoring her son PFC Kristofer Douglas-Scott Thomas and his
           family for his personal sacrifice as a Ranger while fighting in Afghanistan
           during Operation Enduring Freedom.

---

**ACTION REQUESTED**

Approve and present a Commendation to Deborah Getz honoring her son PFC Kristofer
Douglas-Scott Thomas and his family for his personal sacrifice as a Ranger while
fighting in Afghanistan during Operation Enduring Freedom.

**BACKGROUND**

The board is being asked to approve and present a Commendation to Mrs. Deborah
Getz in honor of her son, PFC Kristofer Douglas-Scott Thomas who died in the line of
duty on February 17, 2007 when his helicopter crashed while serving in Afghanistan
during Operation Enduring Freedom.

PFC Kristofer Douglas-Scott Thomas was born at Roseville Hospital on October 6, 1988
and lived in Placer County prior to being stationed in Afghanistan. Upon completion of
his training camp, he successfully became the youngest recruit ever to become a
Ranger. This was a great accomplishment and respected amongst his fellow Rangers.
This was his first tour of duty.

**FISCAL IMPACT**

None

*133*

# EXHIBIT 10

| REPORT OF CASUALTY | DEPARTMENT OF THE AIR FORCE WASHINGTON D.C. 20330-5000 | | REPORT CONTROL SYMBOL DD-P&R(AR)1664 |
|---|---|---|---|

| 1. REPORT TYPE Initial | | | 2. DATE PREPARED 20 Feb 2007 |
|---|---|---|---|

**3. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix) DUFFMAN, Scott Eric | | b. SOCIAL SECURITY NUMBER 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 | c. RANK TSGT | d. PAY GRADE E-6 | e. OCCUPATION CODE/RATING 1T251 |
|---|---|---|---|---|---|
| f. COMPONENT Regular | g. BRANCH USAF | h. ORGANIZATION 24th Special Tactics Squadron, Pope AFB, NC | | | |

**4. CASUALTY INFORMATION**

| a. TYPE Nonhostile | b. STATUS Deceased | c. CATEGORY Accident | d. DATE OF CASUALTY 18 Feb 2007 | e. PLACE OF CASUALTY Near Kabul, Afghanistan |
|---|---|---|---|---|

f. CIRCUMSTANCES

Accident: Injuries Received as the Result of an Army CH-47 Helicopter Crash, Passenger

| g. DUTY STATUS Active Duty/On Duty | h. BODY RECOVERED Yes |
|---|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH 14 Aug 1974 | b. PLACE OF BIRTH Philippines | c. COUNTRY OF CITIZENSHIP United States |
|---|---|---|
| d. RACE White | | |
| e. ETHNICITY None | | f. SEX Male |

g. RELIGIOUS PREFERENCE
No Religious Preference

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY Albuquerque, NM | b. DATE OF ENTRY 26 Aug 1992 | c. HOME OF RECORD AT TIME OF ENTRY Albuquerque, NM |
|---|---|---|

**7. INTERESTED PERSONS/REMARKS** *(Name, Address, and Relationship) (Continue on separate sheet, if necessary)*

Conflict: WAR ON TERRORISM / OPERATION ENDURING FREEDOM, AFGHANISTAN

Mrs. Mary W. Duffman, 10 Galston Court, Pinehurst, NC  28374            Wife (3)
Sophia E. Duffman (DOB:  3 Oct 06), Same                                Daughter
SMSgt Jerald E. Duffman (USAF-RET), 432 Timberline Court, O'Fallon, IL  62269   Father
MSgt Rose I. Duffman (USAF-RET), 13275 Crail Court, Bristow, VA  20136    Mother

SGLI: Mary Webb Duffman Spouse  Lump Sum  $400,000
Survivor Benefit Plan - Determination Pending     Line of Duty - Determination Pending
Member died in a combat zone or from a terroristic or military action:  IAW Title 26, Subtitle A, Chapter 1, Subchapter J, Part II, Section 692.
(BENEFITS AND ENTITLEMENTS)
FY 07 Fund Cite:  Officer  577 3500 327 P510 03 525725    Enlisted  577 3500 327 P530 03 525725
(FOR MOVEMENT OF DEPENDENTS & HOUSEHOLD GOODS)
FY 07 Fund Cite:  Officer  577 3500 327 5781.0* 525725 TAC F77E   Enlisted  577 3500 327 5881.0* 525725 TAC F78E

FOOTNOTES:   1. Adult next of kin.
2. Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
3. Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY 43 MSS/DPMPSC Pope AFB NC 28308 | b. DATE RECEIVED 18 Feb 2007 |
|---|---|

| 9. DISTRIBUTION NOT USED | 10. SIGNATURE ELEMENT ALAN W. FREEMAN, MSgt, USAF Superintendent, Casualty Services Branch NOTE: This form may be used to effect the cashing of grial, the payment of commercial insurance |
|---|---|

DD Form 1300, MAR 2004                    PREVIOUS EDITION MAY BE USED.

# EXHIBIT 11



# *BIOGRAPHICAL SKETCH*
# *75th RANGER REGIMENT*

*PUBLIC AFFAIRS OFFICE, FORT BENNING, GA, (706) 545-4260*

# PFC. KRISTOFER D. S. THOMAS
## Died Feb. 18, 2007
## Operation Enduring Freedom

*Recognizing that I volunteered as a Ranger, fully knowing the hazards of my chosen profession, I will always endeavor to uphold the prestige, honor, and high "esprit de corps" of my Ranger Regiment... -* **FIRST STANZA OF THE RANGER CREED**



Pfc. Kristofer D.S. Thomas died Feb. 18, 2007 in southeastern Afghanistan when a MH-47E helicopter crashed while conducting operations in support of Operation Enduring Freedom. He was assigned to Company B, 3rd Battalion, 75th Ranger Regiment at Fort Benning, Ga.

He was born Oct. 6, 1988 and his home of record is listed as Roseville, Calif.

After graduating from high school in Roseville, Calif., Thomas volunteered for military service and entered the Army Feb. 9, 2006. By September 2006, he had completed One Station Unit Training, airborne school and Ranger Indoctrination Program at Fort Benning.

Assigned to 2nd Platoon, Company B, 3rd Bn., in September 2006, Thomas served as a rifleman. He was serving as a member of a Site Security Team when he was killed.

His awards and decorations include the Army Service Ribbon, National Defense Service Medal, Global War on Terrorism Service Medal, Afghanistan Campaign Medal, and Parachutist Badge. He was posthumously awarded the Good Conduct Medal.

Thomas is survived by his parents, Rodney Thomas of Lincoln, Calif., and Debby Getz of Roseville, Calif.

As a Ranger, Thomas distinguished himself as a member of the Army's premier light infantry unit, traveled to all corners of the world in support of the Global War on Terrorism and fought valiantly to "uphold the prestige, honor and high 'esprit de corps'" of the Ranger Regiment.

### *- RANGERS LEAD THE WAY! -*

# EXHIBIT 12



# *BIOGRAPHICAL SKETCH*
# *75th RANGER REGIMENT*

*PUBLIC AFFAIRS OFFICE, FORT BENNING, GA, (706) 545-4260*

## Spc. Ryan C. Garbs
### Died Feb. 18, 2007
### Operation Enduring Freedom

*Recognizing that I volunteered as a Ranger, fully knowing the hazards of my chosen profession, I will always endeavor to uphold the prestige, honor, and high "esprit de corps" of my Ranger Regiment... -* **FIRST STANZA OF THE RANGER CREED**

Spc. Ryan C. Garbs died Feb. 18, 2007 in southeastern Afghanistan, when a MH-47E helicopter crashed while conducting operations in support of Operation Enduring Freedom. He was assigned to Company B, 3rd Battalion, 75th Ranger Regiment at Fort Benning, Ga.

Garbs was born on Oct. 18, 1986, and his home of record is listed as Edwardsville, Ill.

After graduating from Edwardsville High School in 2005, Garbs volunteered for service in the U.S. Army. He completed basic training and advanced individual training in the military occupational specialty of Infantryman at Fort Benning, Ga. He continued his military training and graduated from the United States Army Airborne School in February 2006. Following graduation from the Ranger Indoctrination Program, he was assigned to 1st Platoon, B Company, 3d Battalion, 75th Ranger Regiment in March 2006.

Garbs was a two-time veteran of the Global War on Terrorism, deploying in support of Operation Enduring Freedom in Afghanistan and Operation Iraqi Freedom. While assigned to 3rd Bn., he served as a grenadier and riflemen.

His awards and decorations include the Army Service Ribbon, National Defense Service Medal, Global War on Terrorism Service Medal, Afghanistan Campaign Medal, Iraq Campaign Medal, Combat Infantryman Badge and the Parachutist Badge. He was posthumously promoted to the rank of Specialist and awarded the Bronze Star Medal, Meritorious Service Medal and Good Conduct Medal.

Garbs is survived by his parents, Doug and Jill Garbs of Edwardsville, Ill. and his sister Melanie Neely of Fairfield, Calif.

As a Ranger, Garbs distinguished himself as a member of the Army's premier light infantry unit, traveled to all corners of the world in support of the Global War on Terrorism and fought valiantly to "uphold the prestige, honor and high 'esprit de corps'" of the Ranger Regiment.

### *- RANGERS LEAD THE WAY! -*

# EXHIBIT 13



# *Biographical Sketch*

## U.S. ARMY SPECIAL OPERATIONS COMMAND

*PUBLIC AFFAIRS OFFICE FORT BRAGG, NC 28310, 910-432-6005*

# Specialist Travis R. Vaughn
### Died Feb. 18, 2007
### Operation Enduring Freedom



Specialist Travis R. Vaughn died Feb. 18, 2007, in southeastern Afghanistan when his MH-47E Chinook Helicopter crashed while conducting operations in support of Operation Enduring Freedom.

He was born Sept. 1, 1980, in Waterloo, Iowa.

Vaughn, a 1999 graduate of Cedar Falls High School, volunteered for Army service in October 2003 as a Chinook Helicopter repairer. After completing initial training at Fort Jackson, S.C., and advanced individual training at Fort Eustis, Va., Vaughn was assigned to 2nd Battalion, 52nd Aviation Regiment, Camp Humphries, Korea. He arrived at the 160th Special Operations Aviation Regiment (Airborne) in July 2005 and completed the regiment's "Green Platoon" course, an initial selection and training requirement prior to assignment. He was assigned to the regiment's 2nd Battalion as a MH-47E Maintenance Team Member and most recently with B Company as a MH-47E Crew Chief. Vaughn had previously deployed twice in support of Operation Enduring Freedom in Afghanistan.

Vaughn's schools include the Chinook Helicopter Repairer Course, Survival, Evasion, Resistance and Escape Course, Combatives Level 1, and the Special Operations Training Course.

His awards and decorations include the Army Commendation Medal, Army Good Conduct Medal, National Defense Service Medal, Afghanistan Campaign Medal, Global War on Terrorism Service Medal, Korea Defense Service Medal, Army Service Ribbon, and Aviation Crewmember Badge. He was posthumously awarded the Meritorious Service Medal.

Vaughn is survived by his wife, Heather, and son, Taylin (5).

**-NSDQ-**

As of 21 Feb 2007

# EXHIBIT 14

Case 4:07-cv-06396-CW    Document 68-3    Filed 04/30/2008    Page 44 of 44

# U.S. DEPARTMENT *of* STATE

Fact Sheet
**Office of the Spokesman**
Washington, DC
January 31, 2006

## Operation Enduring Freedom

Operation Enduring Freedom (OEF) is a multinational coalition military operation initiated in October 2001 to counter terrorism and bring security to Afghanistan in collaboration with Afghan forces. OEF operations led to the collapse of the Taliban regime and helped bring a measure of security and stability to Afghanistan for the first time in a generation.

- Operation Enduring Freedom involves troops from over 20 nations, including about 19,000 U.S. forces and about 3,100 non-U.S. troops.
- U.S. and Coalition forces continue to engage Taliban remnants and other extremists and coordinate with the Pakistani military to bolster security along the Afghan-Pakistan border.
- U.S. and Coalition Forces operate 14 of 23 provincial reconstruction teams (PRTs) in Afghanistan. The PRTs support the Afghan government through reconstruction and good governance initiatives, including projects that help Afghans rebuild damaged roads, community buildings, and wells.
- During the 2004 presidential election and the 2005 National Assembly and Provincial Council elections, U.S. and Coalition forces partnered with Afghan security forces and other international troops to provide security.

**006/111**

Released on January 31, 2006

 BACK TO TOP

Published by the U.S. Department of State Website at http://www.state.gov maintained by the Bureau of Public Affairs.