1   JAMES W. HUSTON (BAR NO. 115596)
    jhuston@mofo.com
2   ERIN M. BOSMAN (BAR NO. 204987)
    ebosman@mofo.com
3   WILLIAM V. O'CONNOR (BAR NO. 216650)
    woconnor@mofo.com
4   JOANNA E. HERMAN (BAR NO. 227480)
    jeherman@mofo.com
5   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
6   San Diego, California  92130-2040
    Telephone: 858.720.5100
7
    Attorneys for Defendant
8   HONEYWELL INTERNATIONAL, INC.

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12

13  DEBORAH GETZ, individually and as a surviving      Case No.    CV 07-6396 CW
    heir of decedent KRISTOFER D. S. THOMAS;
    RODNEY THOMAS, individually and as a              **DECLARATION OF MARLIN
14  surviving heir of decedent, KRISTOFER D. S         KRUSE IN SUPPORT OF
    THOMAS; MARY DUFFMAN, individually and             HONEYWELL INTERNATIONAL
15  as a surviving heir of decedent, SCOTT E.          INC'S MOTION TO DISMISS
    DUFFMAN; SOPHIA DUFFMAN, a minor,                  PLAINTIFFS' COMPLAINT**
16  individually and as a surviving heir of decedent
    SCOTT E. DUFFMAN, by and through her
17  Guardian ad Litem, MARY DUFFMAN;
    CHRISTINE VAUGHN, individually and as a
18  surviving heir of decedent, TRAVIS R.
    VAUGHN; BRAD VAUGHN, individually and as
19  a surviving heir of decedent, TRAVIS R.
    VAUGHN; JILL GARBS, individually and as a
20  surviving heir of decedent RYAN GARBS;
    DOUG GARBS, individually and as a surviving
21  heir of decedent, RYAN GARBS; JORDAN
    LANHAM; JERRY GOLDSMITH; RYANNE
22  NOSS, individually and as spouse of SCOT
    NOSS; TIMOTHY BRAUCH; CHRIS TRISKO,
23  MARK DANIEL HOUGHTON,

24                    Plaintiffs,

25         v.

26

27

28

THE BOEING COMPANY, a corporation;
HONEYWELL INTERNATIONAL, INC., a
corporation; GOODRICH CORPORATION, a
corporation; BF GOODRICH AEROSPACE;
CHANDLER EVANS CONTROL SYSTEMS;
GENERAL ELECTRIC and DOES 1 through 200,
inclusive,

                    Defendants.

I, Marlin Kruse, declare as follows:

    1.    I am a Principal Engineer at Honeywell International Inc. ("Honeywell") in the Product Integrity department. My work responsibilities include accident investigation, litigation support, and corrective action oversight. I have worked at Honeywell for over ten years. Statements made in this declaration are based on my personal knowledge, and I could and would so testify if called as a witness in this matter.

    2.    I am the focal point person for the investigation activities at Honeywell involving a Chinook MH-47E helicopter bearing tail number 92-00472 ("subject helicopter"), which crashed in Afghanistan on or about February 17-18, 2007.

    3.    Honeywell manufactured the two T55-GA-714A engines, the engines installed on the subject helicopter, in its engine manufacturing facility in Phoenix, Arizona.

    4.    The subject helicopter was operated by the U.S. Army 160th SOAR - Special Operations Aviation Regiment (the "160th").

    5.    The 160th is a special operations force that provides aviation support for Special Operations Forces. Due to the nature of the 160th's missions, neither the Army nor the 160th would provide information to me on the exact nature of the missions undertaken by the 160th.

    6.    Honeywell has provided technical support to the 160th for their investigation of the subject helicopter crash. I understand that there have been investigation related activities at the following U.S. Army installations: Fort Campbell, Kentucky (home of the 160th), Fort Rucker, Alabama (location of the U.S. Army Combat Readiness Center, the U.S. Army's principal aviation accident investigating authority), Redstone, Alabama (AMCOM), and the Corpus Christi Army Depot, Texas.

1

DECLARATION OF MARLIN KRUSE
sd-404652

1   7.    After the subject helicopter crashed, the 160th was able to recover the engines

2   installed on the aircraft.  The engines and other component parts were transported to Fort

3   Campbell, Kentucky.  Once they were sent to Fort Campbell, Kentucky, the engines and the

4   engine components were under the control of the 160th.

5   8.    Engine control system components were also transported back to the United

6   States.  I was told by investigators from the 160th that the aircraft was demolished by explosives

7   into manageable pieces for storage purposes.

8   9.    As the focal point for Honeywell's support of the 160th's investigation of the

9   mishap, I was invited to participate in the teardown of the engines at Fort Campbell, Kentucky on

10  August 7-8, 2007.  Honeywell offered to conduct the teardown at their facilities in Phoenix,

11  Arizona, but the offer was declined by the 160th.

12  10.    I traveled to Fort Campbell, Kentucky for the teardown investigation of the

13  engines of the subject helicopter.

14  11.    The teardown investigation was conducted under the direction of the 160th.

15  12.    During the teardown of the engines, one of the 160th investigators informed me

16  that a grenade had been thrown down the tail pipe and into the turbine section of the number two

17  engine in Afghanistan.

18  13.    Upon my review of the engine, I was able to see the damage from the grenade

19  impact to the number two engine.

20  14.    The following are photographs I took of the number two engine that illustrate the

21  grenade damage to the number two engine.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

DECLARATION OF MARLIN KRUSE
sd-404652

1

2

3

4

5

6

7

8

9

10

11

12



Figure 11.  #2 Engine Power Turbine Section, Serial Number 06PGA00888.

13

14

15

16

17

18

19

20

21

22

23



Figure 12.  #2 Engine Power Turbine Section.

24

25    / / /

26    / / /

27    / / /

28

3

DECLARATION OF MARLIN KRUSE
sd-404652

1

2

3

4

5

6

7

8

9

10

11



Figure 24.  Second-Stage Gas Generator Turbine Rotor.

12

13

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

4

DECLARATION OF MARLIN KRUSE
sd-404652

1    15.    While the physical teardown of the engine took place in Fort Campbell, Kentucky,

2  most of the Honeywell engineers who are supporting me in analyzing the data gathered from the

3  investigation of the incident, including the teardown of the engines, are located in Phoenix,

4  Arizona.

5    I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct, and that I executed this declaration on December 17, 2007 at

7  Phoenix, Arizona.

8

9

10    Marlin Kruse

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARLIN KRUSE
sd-404652

**CERTIFICATE OF SERVICE**

I, James W. Huston, hereby certify that on April 29, 2008, I caused to be electronically filed a true and correct copy of the attached **DECLARATION OF MARLIN KRUSE IN SUPPORT OF HONEYWELL INTERNATIONAL INC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record for Plaintiffs:

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA  90404-4013 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399<br><br>*Attorneys for Defendant The Boeing Company* |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA  94104 | Telephone:  415.989.1800<br>Facsimile:  415.989.1801<br><br>*Attorneys for Plaintiffs* |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA  95630-2637 | Telephone:  916.817.2900<br>Facsimile:  916.817.2644<br><br>*Attorneys for Plaintiffs* |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA  90071 | Telephone:  213.955.7780<br>Facsimile:  213.955.7725<br><br>*Attorneys for Defendant Goodrich Corporation* |

I also served the following party by overnight mail [Fed. Rule Civ. Proc. rule 5(b)] by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 12531 High Bluff Drive, Suite 100, San Diego, California, 92130-2040 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

| Steve Bell, Esq.<br>Beth M. Strosky, Esq.<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 | Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br><br>***Attorneys for Defendant The Boeing Company*** |
|---|---|
| Richard Chon, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor<br>South Tower<br>Santa Monica, CA  90404-4013 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399<br><br>***Attorneys for Defendant The Boeing Company*** |
| Casey A. Kaufman, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, 3rd Floor<br>San Francisco, CA  94104 | Telephone:  415.989.1800<br>Facsimile:  415.989.1801<br><br>***Attorneys for Plaintiffs*** |

Executed at San Diego, California, on this 29th day of April, 2008.

MORRISON & FOERSTER LLP

By:    /s/  James W. Huston
James W. Huston
jhuston@mofo.com
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone:     858.720 5100
Facsimile:     858.720.5188
Attorneys for Defendant

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

CERTIFICATE OF SERVICE                    2
sd-402041