JAMES W. HUSTON (BAR NO. 115596)
jhuston@mofo.com
ERIN M. BOSMAN (BAR NO. 204987)
ebosman@mofo.com
WILLIAM V. O'CONNOR (BAR NO. 216650)
woconnor@mofo.com
JOANNA E. HERMAN (BAR NO. 227480)
jeherman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720 5100
Facsimile: 858.720.5188

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | Case No.   CV 07-06396 CW <br><br> **[PROPOSED] ORDER GRANTING HONEYWELL'S MOTION TO STAY DISCOVERY** <br><br> Date:   June 19, 2008 <br> Time:   2:00 p.m. <br> Courtroom: 2 <br> Judge:   Hon. Claudia Wilken |

Having duly considered the Defendant Honeywell International, Inc.'s ("Honeywell"), Motion to Stay Discovery, IT IS HEREBY ORDERED that:

Honeywell's Motion to Stay Discovery is GRANTED.

All discovery is hereby stayed pending the resolution of Honeywell's Rule 12(b)(1) motion to dismiss.

IT IS SO ORDERED

Dated: _____      _____
         The Honorable Claudia Wilken
         United States District Judge

1

# CERTIFICATE OF SERVICE

I, James W. Huston, hereby certify that on April 29, 2008, I caused to be electronically filed a true and correct copy of the attached **[PROPOSED] ORDER GRANTING HONEYWELL'S MOTION TO STAY DISCOVERY** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record for Plaintiffs:

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>***Attorneys for Defendant The Boeing Company*** |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104 | Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br><br>***Attorneys for Plaintiffs*** |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA 95630-2637 | Telephone: 916.817.2900<br>Facsimile: 916.817.2644<br><br>***Attorneys for Plaintiffs*** |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071 | Telephone: 213.955.7780<br>Facsimile: 213.955.7725<br><br>***Attorneys for Defendant Goodrich Corporation*** |

I also served the following party by overnight mail [Fed. Rule Civ. Proc. rule 5(b)] by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 12531 High Bluff Drive, Suite 100, San Diego, California, 92130-2040 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

CERTIFICATE OF SERVICE

sd-417648

1

| | |
|---|---|
| Steve Bell, Esq.<br>Beth M. Strosky, Esq.<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 | Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br>***Attorneys for Defendant The Boeing Company*** |
| Richard Chon, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor<br>South Tower<br>Santa Monica, CA  90404-4013 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399<br>***Attorneys for Defendant The Boeing Company*** |
| Casey A. Kaufman, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, 3rd Floor<br>San Francisco, CA  94104 | Telephone:  415.989.1800<br>Facsimile:  415.989.1801<br>***Attorneys for Plaintiffs*** |

Executed at San Diego, California, on this 29th day of April, 2008.

MORRISON & FOERSTER LLP

By:   /s/  James W. Huston
        James W. Huston
        jhuston@mofo.com
        Morrison & Foerster LLP
        12531 High Bluff Drive, Suite 100
        San Diego, California  92130-2040
        Telephone:     858.720 5100
        Facsimile:       858.720.5188
        Attorneys for Defendant

        Attorneys for Defendant
        HONEYWELL INTERNATIONAL INC.

CERTIFICATE OF SERVICE

2

sd-417648