| | |
|---|---|
| 1 | Ronald A. McIntire (State Bar No. 127407) |
| | Email: RMcIntire@perkinscoie.com |
| 2 | Chung H. Han (State Bar No. 191757) |
| | Email: CHan@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1620 26th Street, Sixth Floor, South Tower |
| 4 | Santa Monica, CA  90404-4013 |
| | Tel:  310.788.9900 / Fax:  310.788.339 |
| 5 | |
| | Attorneys for Defendant |
| 6 | The Boeing Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH GETZ, individually and as a surviving heir of decedent KRISTOFER D.S. THOMAS; RODNEY THOMAS, individually and as a surviving heir of decedent, KRISTOFER D.S. THOMAS; MARY DUFFMAN, individually and as a surviving heir of decedent, SCOTT E. DUFFMAN; SOPHIA DUFFMAN, a minor, individually and as a surviving heir of decedent SCOTT E. DUFFMAN, by and through her Guardian ad Litem, MARY DUFFMAN; CHRISTINE VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; BRAD VAUGHN, individually and as a surviving heir of decedent, TRAVIS R. VAUGHN; JILL GARBS, individually and as a surviving heir of decedent RYAN GARBS; DOUG GARBS, individually and as a surviving heir of decedent, RYAN GARBS; JORDAN LANHAM; JERRY GOLDSMITH; RYANNE NOSS, individually and as spouse of SCOT NOSS; TIMOTHY BRAUCH; CHRIS TRISKO, MARK DANIEL HOUGHTON, <br><br>Plaintiffs, <br><br>v. <br><br>THE BOEING COMPANY, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; GOODRICH CORPORATION, a corporation; BF GOODRICH AEROSPACE; CHANDLER EVANS CONTROL SYSTEMS; GENERAL ELECTRIC and DOES 1 through 200, inclusive, <br><br>Defendants. | Case No. CV 07-6396 CW <br><br>**NOTICE OF APPEARANCE** |

01038-5259/LEGAL14227569.1                                -1-

NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, FOR THE HONORABLE CLAUDIA WILKEN:

PLEASE TAKE NOTICE of the appearance of Steven S. Bell, Beth M. Strosky, and Katherine L. Hilst, all admitted *pro hac vice*, of the firm of Perkins Coie LLP as additional counsel of record for and on behalf of defendant The Boeing Company in the above-captioned matter. Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following addresses:

> Steven S. Bell
> Beth M. Strosky
> Katherine L. Hilst
> PERKINS COIE LLP
> 1201 Third Avenue, Suite 4800
> Seattle, Washington 98101-3099
> Telephone: (206) 359-8000
> Facscimile: (206) 359-9000
>
> Email: SBell@perkinscoie.com
>     BStrosky@perkinscoie.com
>     KHilst@perkinscoie.com

Also, please send copies to their assistant at:

> Email: MLewis@perkinscoie.com

Date: April 30, 2008                    PERKINS COIE LLP


                                        By:    /s/
                                            Chung H. Han
                                            Attorneys for Defendant
                                            The Boeing Company

NOTICE OF APPEARANCE