Ronald A. McIntire (State Bar No. 127407)
Email: RMcIntire@perkinscoie.com
Chung H. Han (State Bar No. 191757)
Email: CHan@perkinscoie.com
PERKINS COIE LLP
1620 26th Street, Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Tel:  310.788.9900 / Fax:  310.788.3399

Steven S. Bell (*pro hac vice*)
Email: SBell@perkinscoie.com
Beth M. Strosky (*pro hac vice*)
Email: BStrosky@perkinscoie.com
Katherine L. Hilst (*pro hac vice*)
Email: KHilst@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Tel.: 206.359.8000 / Fax: 206.359.9000

Attorneys for Defendant
The Boeing Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE BOEING COMPANY, et al.,<br><br>　　　　　　　　Defendant. | Case No. CV 07-6396 CW<br><br>**JOINDER OF DEFENDANT THE BOEING COMPANY TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: June 19, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Claudia Wilken |

01038-5259/LEGAL14234441.1                                        -1-

BOEING'S JOINDER TO HONEYWELL'S MOTION TO DISMISS

1  TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant The Boeing Company hereby joins in defendant Honeywell International Inc.'s motion to dismiss Plaintiffs' Complaint, and incorporates herein such motion and supporting papers by reference.

DATED: May 1, 2008                              **PERKINS COIE LLP**

By: /s/  Chung H. Han
    Chung H. Han
    Attorneys for Defendant
    The Boeing Company