Ronald A. McIntire (State Bar No. 127407)
Email: RMcIntire@perkinscoie.com
Chung H. Han (State Bar No. 191757)
Email: CHan@perkinscoie.com
PERKINS COIE LLP
1620 26th Street, Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Tel:  310.788.9900 / Fax:  310.788.3399

Steven S. Bell (*pro hac vice*)
Email: SBell@perkinscoie.com
Beth M. Strosky (*pro hac vice*)
Email: BStrosky@perkinscoie.com
Katherine L. Hilst (*pro hac vice*)
Email: KHilst@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Tel.: 206.359.8000 / Fax: 206.359.9000

Attorneys for Defendant
The Boeing Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>THE BOEING COMPANY, et al.,<br><br>                    Defendant. | Case No. CV 07-6396 CW<br><br>**JOINDER OF DEFENDANT THE BOEING COMPANY TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO STAY DISCOVERY**<br><br>Date:  June 19, 2008<br>Time:  2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Claudia Wilken |

01038-5259/LEGAL14234473.1                           -1-

BOEING'S JOINDER TO HONEYWELL'S MOTION TO STAY DISCOVERY

1  TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that defendant The Boeing Company ("Boeing") hereby joins
4  in defendant Honeywell International Inc.'s ("Honeywell") motion to stay discovery pending
5  resolution of Honeywell's Fed. R. Civ. P. 12(b)(1) motion to dismiss, in which Boeing joined,
6  and incorporates herein such motion and supporting papers by reference.

DATED: May 1, 2008                **PERKINS COIE** LLP

By: /s/ Chung H. Han
    Chung H. Han
    Attorneys for Defendant
    The Boeing Company

01038-5259/LEGAL14234473.1     -2-

BOEING'S JOINDER TO HONEYWELL'S MOTION TO STAY DISCOVERY