Garth W. Aubert Bar No. 162877
Garth.Aubert@mendes.com
Mark R. Irvine, Bar No. 137294
Mark.Irvine@mendes.com
Mendes & Mount, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
(213) 955-7700
(213) 955-7725 Fax

Attorneys for Defendant
Goodrich Pump & Engine Control Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al<br><br>              Plaintiffs,<br><br>       v.<br><br>THE BOEING COMPANY, et al.<br><br>              Defendants. | Case No.   CV 07-06396 CW<br><br>**JOINDER BY DEFENDANT GOODRICH PUMP & ENGINE CONTROL SYSTEMS, INC. IN DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing Date:   June 19, 2008<br>Time:                2:00 p.m.<br>Courtroom:      2<br>Judge:              Hon. Claudia Wilken |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Goodrich Pump & Engine Control Systems, Inc. hereby joins in defendant Honeywell International Inc.'s Motion to Dismiss Plaintiffs' Complaint and incorporates such Motion and supporting papers by reference.

Dated: May 2, 2008                                        MENDES & MOUNT, LLP


                                                          By:  /s/ Mark R. Irvine
                                                                Mark R. Irvine

                                                          Attorneys for Defendant
                                                          GOODRICH PUMP & ENGINE
                                                          CONTROL SYSTEMS, INC.

# CERTIFICATE OF SERVICE

I, MARK R. IRVINE, hereby certify that on May 2, 2008, I caused to be electronically filed a true and correct copy of the attached Joinder by Defendant Goodrich Pump & Engine Control Systems, Inc. in Defendant Honeywell International Inc.'s Motion to Dismiss Plaintiffs' Complaint with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record for all parties:

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>***Attorneys for Defendant The Boeing Company*** |
| Steven S. Bell, Esq.<br>Beth M. Strosky, Esq.<br>Katherine L. Hilst, Esq.<br>PERKINS COIE LLP<br>1201 Third Ave., Suite 4800<br>Seattle WA 98101-3099 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>***Attorneys for Defendant The Boeing Company*** |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Casey A. Kaufman, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>44 Montgomery Street, Suite 1050<br>San Francisco, CA 94104 | Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br><br>***Attorneys for Plaintiffs*** |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>80 Iron Point Circle, Suite 105<br>Folsom, CA 95630 | Telephone: 916.817.2900<br>Facsimile: 916.817.2644<br><br>***Attorneys for Plaintiffs*** |
| James W. Huston, Esq.<br>Erin M. Bosman, Esq.<br>William V. O'Connor, Esq<br>Joanna E. Herman, Esq.<br>Morrison & Foerster LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego CA 92130-2040 | Telephone: 858.720.5100<br>Facsimile: 858.720.5188<br><br>***Attorneys for Defendant Honeywell International, Inc.*** |

CERTIFICATE OF SERVICE

1  Executed at Los Angeles, California, on this 2nd day of May, 2008.

MENDES & MOUNT, LLP

By:  /s/  Mark R. Irvine
     Mark R. Irvine

Attorneys for Defendant
GOODRICH PUMP & ENGINE CONTROL SYSTEMS, INC.

CERTIFICATE OF SERVICE                    2