1   JAMES W. HUSTON (BAR NO. 115596)
    jhuston@mofo.com
2   ERIN M. BOSMAN (BAR NO. 204987)
    ebosman@mofo.com
3   WILLIAM V. O'CONNOR (BAR NO. 216650)
    woconnor@mofo.com
4   JOANNA E. HERMAN (BAR NO. 227480)
    jeherman@mofo.com
5   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
6   San Diego, California  92130-2040
    Telephone:  858.720 5100
7   Facsimile:   858.720.5188

8   Attorneys for Defendant
    HONEYWELL INTERNATIONAL INC.
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  DEBORAH GETZ, et al.,                Case No.    CV 07-06396 CW

14              Plaintiffs,              **DECLARATION OF JOANNA E.
                                         HERMAN IN SUPPORT OF
15        v.                             DEFENDANT HONEYWELL
                                         INTERNATIONAL, INC.'S
16  THE BOEING COMPANY, et al.,          MOTION FOR PROTECTIVE
                                         ORDER**
17              Defendants.
                                         Date:      June 19, 2008
18                                       Time:      2:00 p.m.
                                         Courtroom: 2
19                                       Judge:  Hon. Claudia Wilken

20

21

22

23

24

25

26

27

28

DECL OF JOANNA E. HERMAN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
sd-422568

1       I, Joanna E. Herman, declare as follows:

2       1.     I am an attorney admitted to practice in the State of California and am a member

3 of good standing in the state bar.  I am an associate with the law firm of Morrison & Foerster,

4 LLP, one of the counsel of record for Honeywell International, Inc. ("Honeywell") in the above

5 captioned action.  Statements made in this Declaration are based on my personal knowledge, and

6 I could and would so testify if called as a witness in this matter.

7       2.     On April 28, 2008, I left a voicemail message for Mr. Thomas Brandi, counsel of

8 record for Plaintiffs, requesting to meet and confer regarding the discovery requests Plaintiffs

9 propounded on Honeywell.

10      3.     On April 28, 2008, I also left a voicemail message for Mr. Brian Malloy, a

11 colleague of Mr. Brandi's, also in an attempt to meet and confer with Plaintiffs' counsel.

12      4.     On April 29, 2008, Mr. Brandi and I were able to meet and confer telephonically.

13 I explained to Mr. Brandi that Honeywell would be filing a Motion to Dismiss and Motion to Stay

14 Discovery shortly.  I also informed Mr. Brandi that Honeywell was requesting a stay of the time

15 in which Honeywell was to respond to the discovery requests propounded on Honeywell

16 (Requests for Admission ("RFAs")) on April 22, 2008.  I requested a stay of the discovery until

17 after the motion to dismiss and motion to stay were resolved.  I told Mr. Brandi that should the

18 parties be unable to agree to a stay of the outstanding discovery requests, Honeywell would also

19 need to file a Motion for a Protective Order regarding the RFAs.  Mr. Brandi indicated that he

20 would inform Honeywell whether he would agree to stay the outstanding discovery requests after

21 he had a chance to review Honeywell's Motion to Dismiss and Motion to Stay Discovery.

22      5.     On April 29, 2008, Honeywell filed a Motion to Dismiss and a Motion to Stay

23 Discovery.

24      6.     On April 30, 2008, I contacted Mr. Brandi by e-mail to determine Plaintiffs'

25 position with respect to whether Plaintiffs' intended to grant a stay of discovery or whether

26 Honeywell would need to file a Motion for a Protective Order.  I received no response to that e-

27 mail.

28

1

DECL OF JOANNA E. HERMAN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
sd-422568

1    7.    On May 5, 2008, I again contacted Mr. Brandi by e-mail to determine Plaintiffs'

2  position with respect to whether Plaintiffs intended to grant a stay of discovery or whether

3  Honeywell would need to file a Motion for a Protective Order.  I informed Mr. Brandi that should

4  we receive no response from him, Honeywell would file a Motion for a Protective Order.  I again

5  received no response to that e-mail.

6    I declare under penalty of perjury under the laws of the United States of America that the

7  foregoing is true and correct, and that I executed this declaration on May 6, 2008 at San Diego,

8  California.

9    _Joanna E. Herman_

10    JOANNA E. HERMAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL OF JOANNA E. HERMAN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
sd-422568

**CERTIFICATE OF SERVICE**

I, James W. Huston, hereby certify that on May 6, 2008, I caused to be electronically filed a true and correct copy of the attached **DECLARATION OF JOANNA E. HERMAN IN SUPPORT OF DEFENDANT HONEYWELL INTERNATIONAL, INC.'S MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record for Plaintiffs:

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>***Attorneys for Defendant The Boeing Company*** |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104 | Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br><br>***Attorneys for Plaintiffs*** |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA 95630-2637 | Telephone: 916.817.2900<br>Facsimile: 916.817.2644<br><br>***Attorneys for Plaintiffs*** |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071 | Telephone: 213.955.7780<br>Facsimile: 213.955.7725<br><br>***Attorneys for Defendant Goodrich Corporation*** |
| Steve Bell, Esq.<br>Beth M. Strosky, Esq.<br>Katherine L. Hilst, Esq.<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>***Attorneys for Defendant The Boeing Company*** |

I also served the following party by overnight mail [Fed. Rule Civ. Proc. rule 5(b)] by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 12531 High Bluff Drive, Suite 100, San Diego, California, 92130-2040 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison &

CERTIFICATE OF SERVICE                    1

Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

| | |
|---|---|
| Richard Chon, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor<br>South Tower<br>Santa Monica, CA 90404-4013 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>***Attorneys for Defendant The Boeing Company*** |
| Casey A. Kaufman, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, 3rd Floor<br>San Francisco, CA 94104 | Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br><br>***Attorneys for Plaintiffs*** |

Executed at San Diego, California, on May 6, 2008.


MORRISON & FOERSTER LLP


By:   /s/  James W. Huston
          James W. Huston
          jhuston@mofo.com
          Morrison & Foerster LLP
          12531 High Bluff Drive, Suite 100
          San Diego, California 92130-2040
          Telephone:     858.720 5100
          Facsimile:      858.720.5188
          Attorneys for Defendant

          Attorneys for Defendant
          HONEYWELL INTERNATIONAL INC.