UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | Case No.   CV 07-06396 CW <br><br> **[PROPOSED] ORDER GRANTING HONEYWELL'S MOTION FOR PROTECTIVE ORDER** <br><br> Date:       June 19, 2008 <br> Time:      2:00 p.m. <br> Courtroom: 2 <br> Judge:     Hon. Claudia Wilken |

Having duly considered the Defendant Honeywell International, Inc.'s ("Honeywell"), Motion For Protective Order, IT IS HEREBY ORDERED that:

Honeywell's Motion is GRANTED.

Honeywell need not respond to any outstanding discovery requests propounded by Plaintiffs prior to the resolution of Honeywell's Motion to Stay Discovery and Motion to Dismiss.

IT IS SO ORDERED.

Dated: _____          _____
                                                                                    The Honorable Claudia Wilken
                                                                                    United States District Judge

# CERTIFICATE OF SERVICE

I, James W. Huston, hereby certify that on May 6, 2008, I caused to be electronically filed a true and correct copy of the attached **[PROPOSED] ORDER GRANTING HONEYWELL'S MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record for Plaintiffs:

| | |
|---|---|
| Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>*Attorneys for Defendant The Boeing Company* |
| Thomas J. Brandi, Esq.<br>Daniel Del'Osso, Esq.<br>Brian J. Malloy, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104 | Telephone: 415.989.1800<br>Facsimile: 415.989.1801<br><br>*Attorneys for Plaintiffs* |
| James R. Donahue, Esq.<br>CAULFIELD DAVIES & DONAHUE<br>1 Natoma Street<br>Folsom, CA 95630-2637 | Telephone: 916.817.2900<br>Facsimile: 916.817.2644<br><br>*Attorneys for Plaintiffs* |
| Garth Aubert, Esq.<br>Mark Irvine, Esq.<br>MENDES & MOUNT, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071 | Telephone: 213.955.7780<br>Facsimile: 213.955.7725<br><br>*Attorneys for Defendant Goodrich Corporation* |
| Steve Bell, Esq.<br>Beth M. Strosky, Esq.<br>Katherine L. Hilst, Esq.<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>*Attorneys for Defendant The Boeing Company* |

I also served the following party by overnight mail [Fed. Rule Civ. Proc. rule 5(b)] by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 12531 High Bluff Drive, Suite 100, San Diego, California, 92130-2040 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver

1  authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

2

| | |
|---|---|
| 3  Richard Chon, Esq.<br>PERKINS COIE LLP<br>4  1620 26th Street, Sixth Floor<br>South Tower<br>5  Santa Monica, CA  90404-4013 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399<br><br>***Attorneys for Defendant The Boeing Company*** |
| 6  Casey A. Kaufman, Esq.<br>THE BRANDI LAW FIRM<br>7  354 Pine Street, 3rd Floor<br>San Francisco, CA  94104 | Telephone:  415.989.1800<br>Facsimile:  415.989.1801<br><br>***Attorneys for Plaintiffs*** |

8

9         Executed at San Diego, California, on May 6, 2008.

10

11                    MORRISON & FOERSTER LLP

12

13              By:    /s/  James W. Huston
                       James W. Huston
14                     jhuston@mofo.com
                       Morrison & Foerster LLP
15                     12531 High Bluff Drive, Suite 100
                       San Diego, California  92130-2040
16                     Telephone:    858.720 5100
                       Facsimile:    858.720.5188
17                     Attorneys for Defendant

18                     Attorneys for Defendant
                       HONEYWELL INTERNATIONAL INC.

19

20

21

22

23

24

25

26

27

28

                                                2
CERTIFICATE OF SERVICE

sd-423706