United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH GETZ, et al.,

    Plaintiffs,

  v.

BOEING COMPANY, et al.,

    Defendants.
_____/

No. C 07-06396 CW

<u>ORDER OF
REFERENCE TO
MAGISTRATE JUDGE</u>

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Defendant Honeywell International, Inc.'s Motion for Protective Order and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing previously set for June 19, 2008, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 5/7/08

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings; Assigned M/J w/mo.