THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
80 Iron Point Circle, #105
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, et al.<br><br>Defendants. | NO. CV 07 6396 CW<br><br>**DECLARATION OF THOMAS J. BRANDI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: June 19, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Honorable Claudia Wilken |

    I, Thomas J. Brandi, declare under penalty of perjury of the laws of the United States of America that the following is true and correct:

---

1

DECLARATION OF THOMAS J. BRANDI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - NO. CV 07 6396 CW

1.  I am an attorney at law duly licensed to practice before all of the courts of the State of California and am admitted to the United States District Court for the Northern District of California. I am with The Brandi Law Firm, attorneys of record for plaintiffs herein. I make this declaration of my own personal knowledge and, if called as a witness, I could competently testify thereto.

2.  Attached as Exhibit A is a true and correct copy of the Army Regulation 15-6, Report of Proceedings by Investigating Officer/Board of Officers, concerning the crash that is the subject of this lawsuit.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of May, 2008 at San Francisco, California.

      /s/ Thomas J. Brandi
      THOMAS J. BRANDI

DECLARATION OF THOMAS J. BRANDI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - NO. CV 07 6396 CW