

THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
80 Iron Point Circle, #105
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al. | NO. CV 07 6396 CW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| THE BOEING COMPANY, et al. | |
| Defendants. | |

I, BRIAN J. MALLOY, hereby certify that on May 29, 2008, I caused to be

electronically filed a true and correct copy of the attached:

**PLAINTIFFS' OPPOSITION TO DEFENDANT HONEYWELL
INTERNATIONAL INC.'S MOTION TO DISMISS PLAINTIFFS'
COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT**

**DECLARATION OF THOMAS J. BRANDI IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

1

**PLAINTIFFS' OPPOSITION TO DEFENDANT HONEYWELL
INTERNATIONAL INC.'S MOTION TO STAY DISCOVERY;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

with the Clerk of the Court using CM/ECF, which will send notification that such filing is

available for viewing and downloading to the following counsel of record:

Counsel for Plaintiffs
James R. Donahue
Caulfield, Davies and Donahue
PO Box 277010
Sacramento, CA 95827
Telephone:  (916)817-2900
Facsimile:  (916)817-2644-fax

Counsel for Defendant Goodrich
Garth W. Aubert
Mark Irvine
Mendes and Mount
445 South Figueroa Street, 38th floor
Los Angeles, CA 90071
Telephone:  213-955-7700
Facsimile:  213-955-7725

Counsel for Defendant Goodrich
Frank Chiarchiaro
Mendes and Mount
750 Seventh Avenue
New York, NY 10019-6829
Telephone:  212-261-8000
Facsimile:  212-261-8750

Counsel for Defendant The Boeing Company
Ronald A. McIntire
Chung Han
Perkins Coie
1620 26th Street, Sixth Floor
South Tower
Santa Monica, CA 90404
Telephone:  310-788-9900
Facsimile: 310-788-3399

Counsel for Defendant Honeywell International, Inc.
James W. Huston
Erin M. Bosman

2

1   William V. O'Connor
    Joanna E. Herman
2   William V. O'Connor
3   Morrison and Foerster
    12531 High Bluff Drive #100
4   San Diego, CA 92130-2040
    Telephone:  858-720-5100
5   Facsimile 858-720-5188

6

7          Executed at San Francisco, California, on this 29th day of May, 2008.

8                                          /s/ Brian J. Malloy
                                           BRIAN J. MALLOY
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3