```
 1  THE BRANDI LAW FIRM
    THOMAS J. BRANDI #53208
 2  DANIEL DELL'OSSO #118203
    BRIAN J. MALLOY #234882
 3  354 Pine Street, Third Floor
    San Francisco, CA 94104
 4  Telephone: (415) 989-1800
    Facsimile: (415) 989-1801
 5
 6
    JAMES R. DONAHUE, #105106
 7  CAULFIELD DAVIES & DONAHUE
    80 Iron Point Circle, #105
 8  Folsom, CA 95630
    Telephone: (916) 817-2900
 9  Facsimile: (916) 817-2644
10
    Attorneys for Plaintiffs
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al. | NO. CV 07 6396 CW |
| Plaintiffs, | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| vs. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

Petitioner Carson Wilkinson states as follows:

1. I am a minor of the age of 2 years.

2. I am about to commence an action in this Court against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for causes of action based on the death of my father, Adam Wilkinson.

3. I have no general guardian and no previous petition for appointment of a

guardian ad litem has been filed in this matter.

4. Tyffanie Wilkinson, whose address is 7565 Barn Owl Drive, Fountain, Colorado, 80817, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Said Tyffanie Wilkinson is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the Court for an order appointing Tyffanie Wilkinson as guardian ad litem of petitioner for the purpose of bringing action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc.

Dated: 5-27-08

THOMAS J. BRANDI
Attorney for Petitioner Carson Wilkinson

### CONSENT OF NOMINEE

I, Tyffanie Wilkinson, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: 5/23/08

Tyffanie Wilkinson

### ORDER

The petition for an order appointing Tyffanie Wilkinson as guardian ad litem for petitioner is GRANTED.

Dated:_____

_____
The Honorable Claudia Wilken
United States District Judge

2
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - NO. CV 07 6396 CW