```
 1   THE BRANDI LAW FIRM
     THOMAS J. BRANDI #53208
 2   DANIEL DELL'OSSO #118203
 3   BRIAN J. MALLOY #234882
     354 Pine Street, Third Floor
 4   San Francisco, CA 94104
     Telephone: (415) 989-1800
 5   Facsimile: (415) 989-1801
 6
     JAMES R. DONAHUE, #105106
 7   CAULFIELD DAVIES & DONAHUE
     80 Iron Point Circle, #105
 8   Folsom, CA 95630
     Telephone: (916) 817-2900
 9   Facsimile: (916) 817-2644
10
     Attorneys for Plaintiffs
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| DEBORAH GETZ, et al. | ) NO. CV 07 6396 CW |
|---|---|
| Plaintiffs, | ) **PETITION AND ORDER FOR** |
| | ) **APPOINTMENT OF GUARDIAN** |
| vs. | ) **AD LITEM** |
| THE BOEING COMPANY, et al., | ) |
| Defendants. | ) |

Petitioner Carson Wilkinson states as follows:

1. I am a minor of the age of 2 years.

2. I am about to commence an action in this Court against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for causes of action based on the death of my father, Adam Wilkinson.

3. I have no general guardian and no previous petition for appointment of a

---
1
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - NO. CV 07 6396 CW

guardian ad litem has been filed in this matter.

4. Tyffanie Wilkinson, whose address is 7565 Barn Owl Drive, Fountain, Colorado, 80817, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Said Tyffanie Wilkinson is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the Court for an order appointing Tyffanie Wilkinson as guardian ad litem of petitioner for the purpose of bringing action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc.

Dated: 5-27-08

THOMAS J. BRANDI
Attorney for Petitioner Carson Wilkinson

### CONSENT OF NOMINEE

I, Tyffanie Wilkinson, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: 5/23/08

Tyffanie Wilkinson

### ORDER

The petition for an order appointing Tyffanie Wilkinson as guardian ad litem for petitioner is GRANTED.

Dated:_____

_____
The Honorable Claudia Wilken
United States District Judge