1  THE BRANDI LAW FIRM
   THOMAS J. BRANDI #53208
2  DANIEL DELL'OSSO #118203
3  BRIAN J. MALLOY #234882
   354 Pine Street, Third Floor
4  San Francisco, CA 94104
   Telephone: (415) 989-1800
5  Facsimile: (415) 989-1801
6
   JAMES R. DONAHUE, #105106
7  CAULFIELD DAVIES & DONAHUE
   80 Iron Point Circle, #105
8  Folsom, CA 95630
   Telephone: (916) 817-2900
9  Facsimile: (916) 817-2644
10
   Attorneys for Plaintiffs
11
                UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13
                       OAKLAND DIVISION
14

15  DEBORAH GETZ, et al.              ) NO. CV 07 6396 CW
16                                    )
           Plaintiffs,                ) **PETITION AND ORDER FOR**
17                                    ) **APPOINTMENT OF GUARDIAN**
       vs.                            ) **AD LITEM**
18                                    )
19  THE BOEING COMPANY, et al.,       )
                                      )
20         Defendants.                )
21
22     Petitioner Sophia Duffman states as follows:
23     1. I am a minor of the age of 1 year.
24     2. I am about to commence an action in this Court against The Boeing Company,
25  Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for
26
27  causes of action based on the death of my father, Scott Duffman.
28     3. I have no general guardian and no previous petition for appointment of a

                                     1
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - NO. CV 07 6396 CW

guardian ad litem has been filed in this matter.

4. Mary Duffman whose address is 808 Skymont Drive, Holly Springs, North Carolina, 27540, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Said Mary Duffman is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the Court for an order appointing Mary Duffman as guardian ad litem of petitioner for the purpose of bringing action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc.

Dated: 5-27-08

THOMAS J. BRANDI
Attorney for Petitioner Sophia Duffman

### CONSENT OF NOMINEE

I, Mary Duffman, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: 5/20/08

Mary Duffman

### ORDER

The petition for an order appointing Mary Duffman as guardian ad litem for petitioner is GRANTED.

Dated: _____

_____
The Honorable Claudia Wilken
United States District Judge