THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
80 Iron Point Circle, #105
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al. | NO. CV 07 6396 CW |
| Plaintiffs, | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| vs. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

Petitioner Madeline Quinlan states as follows:

1. I am a minor of the age of 9 years.

2. I am about to commence an action in this Court against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for causes of action based on the death of my father, John A. Quinlan.

3. I have no general guardian and no previous petition for appointment of a

---
1
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - NO. CV 07 6396 CW

guardian ad litem has been filed in this matter.

4. Julie Quinlan, whose address is 371 Renfro Court, Clarksville, Tennessee, 37043, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Said Julie Quinlan is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the Court for an order appointing Julie Quinlan as guardian ad litem of petitioner for the purpose of bringing action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc.

Dated: 5-27-08

THOMAS J. BRANDI
Attorney for Petitioner Madeline Quinlan

### CONSENT OF NOMINEE

I, Julie Quinlan, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: May 19, 2008

Julie Quinlan

### ORDER

The petition for an order appointing Julie Quinlan as guardian ad litem for petitioner is GRANTED.

Dated:_____

_____
The Honorable Claudia Wilken
United States District Judge

2
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - NO. CV 07 6396 CW