```
1   THE BRANDI LAW FIRM
    THOMAS J. BRANDI #53208
2   DANIEL DELL'OSSO #118203
3   BRIAN J. MALLOY #234882
    354 Pine Street, Third Floor
4   San Francisco, CA 94104
    Telephone: (415) 989-1800
5   Facsimile: (415) 989-1801
6
    JAMES R. DONAHUE, #105106
7   CAULFIELD DAVIES & DONAHUE
    80 Iron Point Circle, #105
8   Folsom, CA 95630
    Telephone: (916) 817-2900
9   Facsimile: (916) 817-2644
10
    Attorneys for Plaintiffs
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| DEBORAH GETZ, et al. | ) NO. CV 07 6396 CW |
|---|---|
| Plaintiffs, | ) **PETITION AND ORDER FOR** |
| | ) **APPOINTMENT OF GUARDIAN** |
| vs. | ) **AD LITEM** |
| THE BOEING COMPANY, et al., | ) |
| Defendants. | ) |

Petitioner Keely Quinlan states as follows:

1. I am a minor of the age of 12 years.

2. I am about to commence an action in this Court against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for causes of action based on the death of my father, John A. Quinlan.

3. I have no general guardian and no previous petition for appointment of a

1

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - NO. CV 07 6396 CW

guardian ad litem has been filed in this matter.

4. Julie Quinlan, whose address is 371 Renfro Court, Clarksville, Tennessee, 37043, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Said Julie Quinlan is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the Court for an order appointing Julie Quinlan as guardian ad litem of petitioner for the purpose of bringing action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc.

Dated: 5-27-08

THOMAS J. BRANDI
Attorney for Petitioner Keely Quinlan

### CONSENT OF NOMINEE

I, Julie Quinlan, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: May 19, 2008

Julie Quinlan

### ORDER

The petition for an order appointing Julie Quinlan as guardian ad litem for petitioner is GRANTED.

Dated:_____

_____
The Honorable Claudia Wilken
United States District Judge

2
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - NO. CV 07 6396 CW