```
THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
80 Iron Point Circle, #105
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644
```

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al. | NO. CV 07 6396 CW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR FILING AMENDED COMPLAINT** |
| vs. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

It is hereby stipulated by and between Plaintiffs and Defendants The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. through their respective attorneys of record, that Plaintiffs may file an Amended Complaint, a copy of which is attached hereto.

It is further stipulated by and between Plaintiffs and Defendants The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control

1

1  Systems, Inc. through their respective attorneys of record, that Honeywell International
2  Inc.'s pending motion to dismiss the complaint (and the joinders thereto) shall apply to the
3  amended complaint and shall not affect the timing of that motion in any way.

4  Dated: 6·2, 2008          THE BRANDI LAW FIRM

5                            By: /s/ Thomas J. Brandi
6                                 THOMAS J. BRANDI
7                                 Attorney for Plaintiffs

8  Dated: 6/2, 2008          MORRISON & FOERSTER LLP

9                            By: /s/ James W. Huston
10                                James W. Huston

11                                Attorneys for Defendant
                                  HONEYWELL INTERNATIONAL,
12                                INC.

13 Dated: _____, 2008       PERKINS COIE LLP

14                            By: _____
15                                Ronald A. McIntire
                                  Chung H. Han
16
                                  Attorneys for Defendant
17                                THE BOEING COMPANY

18

19 Dated: _____, 2008       MENDES & MOUNT, LLP

20                            By: _____
                                  Garth W. Aubert
21                                Mark R. Irvine

22                                Attorneys for Defendant
                                  GOODRICH PUMP AND ENGINE
23                                CONTROL SYSTEMS, INC.

24
25
26
27
28

                                     2
STIPULATION AND [PROPOSED] ORDER FOR FILING AMENDED COMPLAINT - NO. CV 07 6396 CW

1  Systems, Inc. through their respective attorneys of record, that Honeywell International
2  Inc.'s pending motion to dismiss the complaint (and the joinders thereto) shall apply to the
3  amended complaint and shall not affect the timing of that motion in any way.

Dated: 6.2    , 2008          THE BRANDI LAW FIRM

                              By: /s/ Thomas J. Brandi
                                  THOMAS J. BRANDI
                                  Attorney for Plaintiffs

Dated:        , 2008          MORRISON & FOERSTER LLP

                              By: _____
                                  James W. Huston

                                  Attorneys for Defendant
                                  HONEYWELL INTERNATIONAL,
                                  INC.

Dated: June 2, 2008           PERKINS COIE LLP

                              By: /s/
                                  Ronald A. McIntire
                                  Chung H. Han

                                  Attorneys for Defendant
                                  THE BOEING COMPANY

Dated:        , 2008          MENDES & MOUNT, LLP

                              By: _____
                                  Garth W. Aubert
                                  Mark R. Irvine

                                  Attorneys for Defendant
                                  GOODRICH PUMP AND ENGINE
                                  CONTROL SYSTEMS, INC.

1  Systems, Inc. through their respective attorneys of record, that Honeywell International
2  Inc.'s pending motion to dismiss the complaint (and the joinders thereto) shall apply to the
3  amended complaint and shall not affect the timing of that motion in any way.

4
5  Dated: 6-2-08, 2008            THE BRANDI LAW FIRM

6                                 By: _____
7                                     THOMAS J. BRANDI
                                       Attorney for Plaintiffs

8  Dated: _____, 2008           MORRISON & FOERSTER LLP
9
                                   By: _____
10                                     James W. Huston

11                                 Attorneys for Defendant
                                   HONEYWELL INTERNATIONAL,
12                                 INC.

13 Dated: _____, 2008           PERKINS COIE LLP
14
                                   By: _____
15                                     Ronald A. McIntire
                                       Chung H. Han
16
                                   Attorneys for Defendant
17                                 THE BOEING COMPANY

18
19 Dated: June 2, 2008            MENDES & MOUNT, LLP

20                                 By: _____
                                       Garth W. Aubert
21                                     Mark R. Irvine

22                                 Attorneys for Defendant
                                   GOODRICH PUMP AND ENGINE
23                                 CONTROL SYSTEMS, INC.

24
25
26
27
28

## ORDER

IT IS HEREBY ORDERED that Plaintiffs may file the proposed amended complaint and Honeywell International Inc.'s motion to dismiss Plaintiffs' complaint (and the joinders thereto) currently on file will apply to the amended complaint and will remain on calendar as currently scheduled.

Dated: _____

_____
The Honorable Claudia Wilken
United States District Judge