IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ,<br><br>    Plaintiff,<br><br>  v.<br><br>BOEING COMPANY, et al.,<br><br>    Defendants._____/ | No. C 07-06396 CW<br><br>CLERK'S NOTICE<br>TAKING MOTION UNDER<br>SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Defendant Honeywell International's Motion for Protective Order filed May 6, 2008, under submission on the papers. Opposition to the motion will be due June 12, 2008, and any reply will be due June 19, 2008.

Dated: 6/5/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk