1  THE BRANDI LAW FIRM
2  THOMAS J. BRANDI #53208
   DANIEL DELL'OSSO #118203
3  BRIAN J. MALLOY #234882
   354 Pine Street, Third Floor
4  San Francisco, CA 94104
   Telephone: (415) 989-1800
5  Facsimile: (415) 989-1801

6
   JAMES R. DONAHUE, #105106
7  CAULFIELD DAVIES & DONAHUE
   80 Iron Point Circle, #105
8  Folsom, CA 95630
   Telephone: (916) 817-2900
9  Facsimile: (916) 817-2644

10
   Attorneys for Plaintiffs
11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                   OAKLAND DIVISION

15
   DEBORAH GETZ, et al.              )  NO. CV 07 6396 CW
16                                   )
              Plaintiffs,            )  **STIPULATION AND ORDER FOR**
17                                   )  **FILING AMENDED COMPLAINT**
18       vs.                         )
                                     )
19  THE BOEING COMPANY, et al.,      )
                                     )
20            Defendants.            )
21

22       It is hereby stipulated by and between Plaintiffs and Defendants The Boeing

23  Company, Honeywell International, Inc., and Goodrich Pump and Engine Control

24  Systems, Inc. through their respective attorneys of record, that Plaintiffs may file an

25  Amended Complaint, a copy of which is attached hereto.

26       It is further stipulated by and between Plaintiffs and Defendants The Boeing

27
28  Company, Honeywell International, Inc., and Goodrich Pump and Engine Control

                                    1

Systems, Inc. through their respective attorneys of record, that Honeywell International

Inc.'s pending motion to dismiss the complaint (and the joinders thereto) shall apply to the

amended complaint and shall not affect the timing of that motion in any way.

Dated: _____, 2008            THE BRANDI LAW FIRM

                                  By: _____
                                          THOMAS J. BRANDI
                                          Attorney for Plaintiffs

Dated: _____, 2008            MORRISON & FOERSTER LLP

                                  By: _____
                                          James W. Huston

                                          Attorneys for Defendant
                                          HONEYWELL INTERNATIONAL,
                                          INC.

Dated: _____, 2008            PERKINS COIE LLP

                                  By: _____
                                          Ronald A. McIntire
                                          Chung H. Han

                                          Attorneys for Defendant
                                          THE BOEING COMPANY

Dated: _____, 2008            MENDES & MOUNT, LLP

                                  By: _____
                                          Garth W. Aubert
                                          Mark R. Irvine

                                          Attorneys for Defendant
                                          GOODRICH PUMP AND ENGINE
                                          CONTROL SYSTEMS, INC.

1

### ORDER

2

    IT IS HEREBY ORDERED that Plaintiffs may file the proposed amended

3

complaint and Honeywell International Inc.'s motion to dismiss Plaintiffs' complaint (and

4

the joinders thereto) currently on file will apply to the amended complaint and will remain

5

6

on calendar as currently scheduled.

7

    6/10/08

8

Dated: _____

9

                       _____
                       The Honorable Claudia Wilken
                       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR FILING AMENDED COMPLAINT - NO. CV 07 6396 CW