THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
1 Natoma Street
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al. | ) NO. CV 07 6396 CW |
| Plaintiffs, | ) **AMENDED PETITION AND** |
| | ) **ORDER FOR APPOINTMENT OF** |
| vs. | ) **GUARDIAN AD LITEM** |
| THE BOEING COMPANY, et al., | ) |
| Defendants. | ) |

Petitioner Carson Wilkinson states as follows:

1. I am a minor of the age of 2 years.

2. I am about to commence an action in this Court against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for causes of action based on the death of my father, Adam Wilkinson.

3. I have no general guardian and no previous petition for appointment of a

1

guardian ad litem has been granted in this matter.

4.   Tyffanie Wilkinson, whose address  is 7565 Barn Owl Drive, Fountain, Colorado, 80817, is a competent and responsible person, and fully competent to act as my guardian ad litem.  Tyffanie Wilkinson is my parent and I am aware of no conflict that exists regarding her appointment.

5.   Said Tyffanie Wilkinson is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the Court for an order appointing Tyffanie Wilkinson as guardian ad litem of petitioner for the purpose of bringing action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc.

Dated: June 16, 2008                     /s/ Thomas J. Brandi
                                         THOMAS J. BRANDI
                                         Attorney for Petitioner Carson Wilkinson

**CONSENT OF NOMINEE**

I, Tyffanie Wilkinson, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: May 23, 2008                      /s/ Tyffanie Wilkinson
                                         Tyffanie Wilkinson

**ORDER**

The petition for an order appointing Tyffanie Wilkinson as guardian ad litem for petitioner is GRANTED.

Dated:_____          _____
                                         The Honorable Claudia Wilken
                                         United States District Judge

2

AMENDED PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - NO. CV 07 6396 CW