THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
1 Natoma Street
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al. | NO. CV 07 6396 CW |
| Plaintiffs, | **AMENDED PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| vs. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

Petitioner Kylie McCants states as follows:

1. I am a minor of the age of 2 years.

2. I am about to commence an action in this Court against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for causes of action based on the death of my father, Hershel McCants.

3. I have no general guardian and no previous petition for appointment of a

1

AMENDED PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - NO. CV 07 6396 CW

guardian ad litem has been granted in this matter.

4. Shannon McCants whose address is 446 Winding Bluff Way, Clarksville, Tennessee, 37040, is a competent and responsible person, and fully competent to act as my guardian ad litem. Shannon McCants is my parent and I am aware of no conflict that exists regarding her appointment.

5. Said Shannon McCants is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the Court for an order appointing Shannon McCants as guardian ad litem of petitioner for the purpose of bringing action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc.

Dated: June 16, 2008                    /s/ Thomas J. Brandi
                                        THOMAS J. BRANDI
                                        Attorney for Petitioner Kylie McCants

**CONSENT OF NOMINEE**

I, Shannon McCants, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: May 23, 2008                     /s/ Shannon McCants
                                        Shannon McCants

**ORDER**

The petition for an order appointing Shannon McCants as guardian ad litem for petitioner is GRANTED.

Dated:_____                   _____
                                        The Honorable Claudia Wilken
                                        United States District Judge