UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GETZ, ET AL,

    Plaintiff,

v.

BOEING COMPANY, ET AL,

    Defendant.

NO. C 07-06396 CW

**MINUTE ORDER**
Date: 6/19/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Brian Malloy; Thomas Brandi

**Appearances for Defendant:**
Mark Irvine; James Huston; Beth Strosky

**Motions:**

| | | |
|---|---|---|
| Defendant Honeywell Int'l and joinders | Mo. to dismiss plaintiffs' complaint | Under submission |
| Defendant Honeywell Int'l and joinders | Mo. to stay discovery | Granted pending order |
| Defendant Honeywell Int'l and joinders | Mo. for protective order | Granted pending order |

Further briefing due:
Order to be prepared by:  Court

Notes:  Motions taken under submission.  Stay of discovery and for protective order granted until order comes out.  Plaintiff to submit additional declarations re guardian <u>al</u> <u>litem</u>.

Copies to:  Chambers