```
THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
1 Natoma Street
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al. | NO. CV 07 6396 CW |
| Plaintiffs, | DECLARATION OF MARY DUFFMAN IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM OF SOPHIA DUFFMAN |
| vs. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

I, Mary Duffman, declare under penalty of perjury as follows:

1. I am a plaintiff in this action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for causes of action based on the death of my husband, Scott Duffman.

2. My address is 808 Skymont Drive, Holly Springs, North Carolina, 27540. I am

1

DECLARATION OF MARY DUFFMAN IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM OF SOPHIA DUFFMAN - NO. CV 07 6396 CW

1. the natural mother of Sophia Duffman, a minor of the age of 1 year. Sophia Duffman is the daughter of Scott Duffman. I was married to Scott Duffman at the time of his death.

3. Sophia Duffman has no general guardian and no previous petition for appointment of a guardian ad litem has been granted in this matter.

4. I am a competent and responsible person, and fully competent to act as guardian ad litem for my daughter, Sophia Duffman. I am aware of no conflict that exists regarding my appointment.

5. I am willing to act as guardian ad litem for Sophia Duffman.

6. Wherefore, petitioner moves the Court for an order appointing Mary Duffman As guardian ad litem of Sophia Duffman for the purpose of bringing action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this __15__ day of July, 2008, at Cary, North Carolina

Mary Duffman