1  THE BRANDI LAW FIRM
   THOMAS J. BRANDI #53208
2  DANIEL DELL'OSSO #118203
3  BRIAN J. MALLOY #234882
   354 Pine Street, Third Floor
4  San Francisco, CA 94104
   Telephone: (415) 989-1800
5  Facsimile: (415) 989-1801

6
   JAMES R. DONAHUE, #105106
7  CAULFIELD DAVIES & DONAHUE
   1 Natoma Street
8  Folsom, CA 95630
   Telephone: (916) 817-2900
9  Facsimile: (916) 817-2644

10
   Attorneys for Plaintiffs
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

15 DEBORAH GETZ, et al.            )  NO. CV 07 6396 CW
                                   )
16           Plaintiffs,           )  **DECLARATION OF SHANNON**
                                   )  **MCCANTS IN SUPPORT OF**
17                                 )  **PETITION FOR APPOINTMENT**
                                   )  **OF GUARDIAN AD LITEM OF**
18     vs.                         )  **KYLIE MCCANTS AND TREVOR**
                                   )  **MCCANTS**
19 THE BOEING COMPANY, et al.,     )
                                   )
20           Defendants.           )

21     I, Shannon McCants, declare under penalty of perjury as follows:

22     1.  I am a plaintiff in this action against The Boeing Company, Honeywell

23 International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for causes of

24 action based on the death of my husband, Hershel McCants.

25     2.  My address is 446 Winding Bluff Way, Clarksville, Tennessee, 37040.  I am

26 the natural mother of Kylie McCants, a minor of the age of 2 years.  Kylie McCants is the

27

28                                    1

DECLARATION OF SHANNON MCCANTS IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN
AD LITEM OF KYLIE MCCANTS AND TREVOR MCCANTS - NO. CV 07 6396 CW

daughter of Hershel McCants. Hershel McCants and I were married on June 29, 2002, and remained married to Hershel McCants until the time of his death.

3. Kylie McCants has no general guardian and no previous petition for appointment of a guardian ad litem has been granted in this matter.

4. I am a competent and responsible person, and fully competent to act as guardian ad litem for my daughter, Kylie McCants. I am aware of no conflict that exists regarding my appointment concerning Kylie McCants.

5. I am willing to act as guardian ad litem for Kylie McCants.

6. Trevor McCants, a minor is the son of 12 years, is the son of Hershel McCants.

7. Trevor McCants has no general guardian and no previous petition for appointment of a guardian ad litem has been granted in this matter.

8. I am a competent and responsible person, and fully competent to act as guardian ad litem for Trevor McCants. I had lived with Trevor McCants since he was six years of age until he was twelve years of age, and I had provided love and support to him during this time.

9. Trevor McCants' natural mother is still alive and Trevor McCants now lives with her. My husband Hershel McCants was divorced from Trevor McCants' natural mother at the time of his death.

10. I am willing to act as guardian ad litem for Trevor McCants. I have the same interests in this action as Trevor McCants.

11. Wherefore, petitioner moves the Court for an order appointing Shannon McCants as guardian ad litem of Kylie McCants and Trevor McCants for the purpose of bringing action against The Boeing Company, Honeywell International, Inc., and Goodrich

2

1  Pump and Engine Control Systems, Inc.

2      I declare under penalty of perjury of the laws of the United States of America that

3  the foregoing is true and correct.

4  Executed this _21st_ day of July, 2008, at Vail, Arizona.

5

6                                              Shannon McCants
                                               Shannon McCants
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3
DECLARATION OF SHANNON MCCANTS IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN
AD LITEM OF KYLIE MCCANTS AND TREVOR MCCANTS - NO. CV 07 6396 CW