THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
1 Natoma Street
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al. | NO. CV 07 6396 CW |
| Plaintiffs, | **[PROPOSED] ORDER APPOINTING SHANNON MCCANTS AS GUARDIAN AD LITEM OF TREVOR MCCANTS** |
| vs. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

The petition for an order appointing Shannon McCants as guardian ad litem of

Trevor McCants is GRANTED.

Dated:_____                     _____
                                          The Honorable Claudia Wilken
                                          United States District Judge

1

[PROPOSED] ORDER APPOINTING SHANNON MCCANTS AS GUARDIAN AD LITEM OF TREVOR MCCANTS - NO. CV 07 6396 CW