1  THE BRANDI LAW FIRM
   THOMAS J. BRANDI #53208
2  DANIEL DELL'OSSO #118203
3  BRIAN J. MALLOY #234882
   354 Pine Street, Third Floor
4  San Francisco, CA 94104
   Telephone: (415) 989-1800
5  Facsimile: (415) 989-1801
6
   JAMES R. DONAHUE, #105106
7  CAULFIELD DAVIES & DONAHUE
   1 Natoma Street
8  Folsom, CA 95630
   Telephone: (916) 817-2900
9  Facsimile: (916) 817-2644
10
   Attorneys for Plaintiffs
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                           OAKLAND DIVISION
14
15 DEBORAH GETZ, et al.              ) NO. CV 07 6396 CW
16                                   )
          Plaintiffs,                ) **[PROPOSED] ORDER**
17                                   ) **APPOINTING SHANNON**
      vs.                            ) **MCCANTS AS GUARDIAN AD**
18                                   ) **LITEM OF KYLIE MCCANTS**
19 THE BOEING COMPANY, et al.,       )
                                     )
20        Defendants.                )
21
22     The petition for an order appointing Shannon McCants as guardian ad litem of
23 Kylie McCants is GRANTED.
24 Dated:_____
25                                          _____
                                            The Honorable Claudia Wilken
26                                          United States District Judge
27
28                                     1
   [PROPOSED] ORDER APPOINTING SHANNON MCCANTS AS GUARDIAN AD LITEM OF KYLIE
   MCCANTS - NO. CV 07 6396 CW