THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
1 Natoma Street
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| DEBORAH GETZ, et al. | ) NO. CV 07 6396 CW |
|---|---|
| Plaintiffs, | ) **DECLARATION OF JULIE** |
| | ) **QUINLAN IN SUPPORT OF** |
| vs. | ) **PETITION FOR APPOINTMENT** |
| | ) **OF GUARDIAN AD LITEM OF** |
| THE BOEING COMPANY, et al., | ) **KEELY QUINLAN, MADELINE** |
| | ) **QUINLAN, AND ERIN QUINLAN** |
| Defendants. | ) |

I, Julie Quinlan, declare under penalty of perjury as follows:

1. I am a plaintiff in this action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for causes of action based on the death of my husband, John A. Quinlan.

2. My address is 371 Renfro Court, Clarksville, Tennessee, 37043. I am the natural mother of Keely Quinlan, a minor of the age of 12 years, the natural mother of

---
1
DECLARATION OF JULIE QUINLAN IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD
LITEM OF KEELY QUINLAN, MADELINE QUINLAN, AND ERIN QUINLAN - NO. CV 07 6396 CW

1  Madeline Quinlan, a minor of the age of 9 years, and the natural mother of Erin Quinlan, a
2  minor of the age of 5 years. Keely Quinlan, Madeline Quinlan, and Erin Quinlan are the
3  daughters of John A. Quinlan. I was married to John A. Quinlan at the time of his death.
4
5    3. Keely Quinlan, Madeline Quinlan, and Erin Quinlan have no general guardians
6  and no previous petitions for appointment of a guardian ad litem have been granted for any
7  of them in this matter.
8
9    4. I am a competent and responsible person, and fully competent to act as
10 guardian ad litem for my daughters, Keely Quinlan, Madeline Quinlan, and Erin Quinlan.
11 I am aware of no conflict that exists regarding my appointment for any of my daughters.
12   5. I am willing to act as guardian ad litem for Keely Quinlan, Madeline Quinlan,
13 and Erin Quinlan.
14
15   6. Wherefore, petitioner moves the Court for an order appointing Julie Quinlan
16 as guardian ad litem of Keely Quinlan, Madeline Quinlan, and Erin Quinlan for the
17 purpose of bringing action against The Boeing Company, Honeywell International, Inc.,
18 and Goodrich Pump and Engine Control Systems, Inc.
19
20    I declare under penalty of perjury of the laws of the United States of America that
21 the foregoing is true and correct.
22 Executed this 11th day of July, 2008, at 12:38 pm EST.
23
24                                     /s/ Julie Quinlan
25                                     Julie Quinlan
26
27
28
                                       2
DECLARATION OF JULIE QUINLAN IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD
LITEM OF KEELY QUINLAN, MADELINE QUINLAN, AND ERIN QUINLAN - NO. CV 07 6396 CW

12260