1  THE BRANDI LAW FIRM
   THOMAS J. BRANDI #53208
2  DANIEL DELL'OSSO #118203
3  BRIAN J. MALLOY #234882
   354 Pine Street, Third Floor
4  San Francisco, CA 94104
   Telephone: (415) 989-1800
5  Facsimile: (415) 989-1801

6
   JAMES R. DONAHUE, #105106
7  CAULFIELD DAVIES & DONAHUE
   1 Natoma Street
8  Folsom, CA 95630
   Telephone: (916) 817-2900
9  Facsimile: (916) 817-2644

10
   Attorneys for Plaintiffs
11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                     OAKLAND DIVISION

15  DEBORAH GETZ, et al.              )   NO. CV 07 6396 CW
16                                    )
              Plaintiffs,             )   **[PROPOSED] ORDER**
17                                    )   **APPOINTING JULIE QUINLAN AS**
                                      )   **GUARDIAN AD LITEM OF**
18     vs.                            )   **MADELINE QUINLAN**
                                      )
19  THE BOEING COMPANY, et al.,       )
                                      )
20            Defendants.             )
21

22      The petition for an order appointing Julie Quinlan as guardian ad litem of

23  Madeline Quinlan is GRANTED.

24  Dated:_____

25                                    _____
                                      The Honorable Claudia Wilken
26                                    United States District Judge

27

28  _____
                               1
    [PROPOSED] ORDER APPOINTING JULIE QUINLAN AS GUARDIAN AD LITEM OF MADELINE
    QUINLAN - NO. CV 07 6396 CW