THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
1 Natoma Street
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al. | NO. CV 07 6396 CW |
| Plaintiffs, | **DECLARATION OF TYFFANIE WILKINSON IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM OF CARSON WILKINSON** |
| vs. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

I, Tyffanie Wilkinson, declare under penalty of perjury as follows:

1. I am a plaintiff in this action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc. for causes of action based on the death of my husband, Adam Wilkinson.

2. My address is 7565 Barn Owl Drive, Fountain, Colorado, 80817. I am the natural mother of Carson Wilkinson, a minor of the age of 3 years. Carson Wilkinson

1

DECLARATION OF TYFFANIE WILKINSON IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM OF CARSON WILKINSON - NO. CV 07 6396 CW

1. is the son of Adam Wilkinson. I was married to Adam Wilkinson at the time of his death.

2. 3. Carson Wilkinson has no general guardian and no previous petitions for appointment of a guardian ad litem has been granted in this matter.

3. 4. I am a competent and responsible person, and fully competent to act as guardian ad litem for my son, Carson Wilkinson. I am aware of no conflict that exists regarding my appointment.

4. 5. I am willing to act as guardian ad litem for my son, Carson Wilkinson.

5. 6. Wherefore, petitioner moves the Court for an order appointing Tyffanie Wilkinson as guardian ad litem of Carson Wilkinson for the purpose of bringing action against The Boeing Company, Honeywell International, Inc., and Goodrich Pump and Engine Control Systems, Inc.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 10 day of July, 2008, at 2:00 P.M.

*Tyffanie Wilkinson* (signature)
Tyffanie Wilkinson

---

2
DECLARATION OF TYFFANIE WILKINSON IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM OF CARSON WILKINSON - NO. CV 07 6396 CW