1  THE BRANDI LAW FIRM
   THOMAS J. BRANDI #53208
2  DANIEL DELL'OSSO #118203
   BRIAN J. MALLOY #234882
3  354 Pine Street, Third Floor
4  San Francisco, CA 94104
   Telephone: (415) 989-1800
5  Facsimile: (415) 989-1801

6
   JAMES R. DONAHUE, #105106
7  CAULFIELD DAVIES & DONAHUE
   1 Natoma Street
8  Folsom, CA 95630
   Telephone: (916) 817-2900
9  Facsimile: (916) 817-2644

10
   Attorneys for Plaintiffs
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                         OAKLAND DIVISION

15
   DEBORAH GETZ, et al.                )  NO. CV 07 6396 CW
16                                      )
              Plaintiffs,              )  **ORDER APPOINTING TYFFANIE
17                                      )  WILKINSON AS GUARDIAN AD
         vs.                           )  LITEM OF CARSON WILKINSON**
18                                      )
19  THE BOEING COMPANY, et al.,        )
                                        )
20            Defendants.              )

21
        The petition for an order appointing Tyffanie Wilkinson as guardian ad litem of
22

23  Carson Wilkinson is GRANTED.

24        8/5/08
   Dated:_____           _____
25                                    The Honorable Claudia Wilken
                                      United States District Judge
26

27

28
                                    1
   [PROPOSED] ORDER APPOINTING TYFFANIE WILKINSON AS GUARDIAN AD LITEM OF
   CARSON WILKINSON - NO. CV 07 6396 CW