Alan H. Collier, Bar No. 150449
Mark R. Irvine, Bar No. 137294
Darrell M. Padgette, Bar No. 199382
**MENDES & MOUNT, LLP**
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel: (213) 955-7700 / Fax: (213) 955-7725
alan.collier@mendes.com
mark.irvine@mendes.com
darrell.padgette@mendes.com

Attorneys for Defendant
Goodrich Pump & Engine Control Systems, Inc.
(erroneously sued as Goodrich Corporation and BF Goodrich Aerospace)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH GETZ, et al.<br>Plaintiffs,<br>vs.<br>THE BOEING COMPANY, et al.<br>Defendants. | No. CV 07-06396 CW<br>Hon. Claudia Wilken<br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE of the appearance of Darrell M. Padgette of the firm Mendes & Mount, LLP, as additional counsel of record for and on behalf of defendant Goodrich Pump & Engine Control Systems, Inc. in the above-captioned matter. Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following address:

///

///

///

///

///

///

Alan H. Collier
Mark R. Irvine
Darrell M. Padgette
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel: 213-955-7700 / Fax: 213-955-7725
E-mail: alan.collier@mendes.com
mark.irvine@mendes.com
darrell.padgette@mendes.com

Dated: September 10, 2008

MENDES & MOUNT, LLP

By: ______________________
Alan H. Collier
Mark R. Irvine
Darrell M. Padgette
Attorneys for Defendant
Goodrich Pump & Engine
Control Systems, Inc.

## PROOF OF SERVICE

| | | |
|---|---|---|
| **STATE OF CALIFORNIA** | ) | **Getz v. Goodrich Pump and Engine** |
| | ) ss. | **USDC Case No.: CGC-07-06396 CW** |
| **COUNTY OF LOS ANGELES** | ) | **Our File No. : 394,429** |

I, Espie Lucero, hereby certify that on **September 10, 2008**, I placed a true copy of the **NOTICE OF APPEARANCE** in a sealed envelope, with postage fully paid, addressed as per the attached service list, for collection and mailing at Mendes & Mount in Los Angeles, California following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

| **Attorneys for Plaintiff** | **Attorneys for Defendant The Boeing Company** | |
|---|---|---|
| Casey A. Kaufman<br>The Brandi Law Firm<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>415-989-1800 / 415-989-1801 (Fx) | Richard Chon<br>Perkins Coie, LLP<br>South Tower<br>1620 26th Street, 6th Floor<br>Santa Monica, CA 90404-4013<br>310-788-9900 / 310-788-3399 (Fx) | |

Executed at Los Angeles, California, on this 10 day of September 2008.

Lidia Gamez