1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

JAMES R. DONAHUE, #105106
CAULFIELD DAVIES & DONAHUE
1Natoma Street
Folsom, CA 95630
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH GETZ, et al. | NO. CV 07 6396 CW |
| Plaintiffs, | **STIPULATION AND ORDER FOR FILING AMENDED COMPLAINT** |
| vs. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

It is hereby stipulated by and between Plaintiffs and Defendants The Boeing

Company, Honeywell International, Inc., and Goodrich Pump and Engine Control

Systems, Inc. through their respective attorneys of record, that Plaintiffs may file an

Amended Complaint, a copy of which is attached hereto.

1

Dated: _____, 2008          THE BRANDI LAW FIRM

By: _____
         THOMAS J. BRANDI
         Attorney for Plaintiffs

Dated: _____, 2008          MORRISON & FOERSTER LLP

By: _____
         James W. Huston

         Attorneys for Defendant
         HONEYWELL INTERNATIONAL,
         INC.

Dated: _____, 2008          PERKINS COIE LLP

By: _____
         Ronald A. McIntire
         Chung H. Han

         Attorneys for Defendant
         THE BOEING COMPANY

Dated: _____, 2008          MENDES & MOUNT, LLP

By: _____
         Garth W. Aubert
         Mark R. Irvine

         Attorneys for Defendant
         GOODRICH PUMP AND ENGINE
         CONTROL SYSTEMS, INC.

## **ORDER**

   IT IS HEREBY ORDERED that Plaintiffs may file the proposed amended

complaint.

         10/1/08

Dated: _____          _____
                                      The Honorable Claudia Wilken
                                      United States District Judge

2

STIPULATION AND [PROPOSED] ORDER FOR FILING AMENDED COMPLAINT - NO. CV 07 6396 CW