[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al., | Case No. C-07-06396 CW |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING CASE MANAGEMENT** |
| v. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

1    WHEREAS, on April 7, 2008, the Court entered a Minute Order and Case Management Order that established a schedule for this case;

2    WHEREAS, a case a management conference was held on April 1, 2008 wherein the Court indicated that the current schedule may need to be adjusted given the complex nature of this case, including the discovery needs of the parties which includes discovery from the United States government;

3    WHEREAS the Court ruled on two potentially dispositive motions relating to the Court's jurisdiction under the Political Question Doctrine, and whether the combatant activities exception of the Federal Tort Claims Act applies to the this case;

4    WHEREAS the parties participated in an ADR session on March 27, 2009 before a private mediator within the original deadline of April 1, 2009; the case did not settle;

5    WHEREAS the parties agree, subject to the Court's approval, to extend certain deadlines set forth in the April 7, 2008 Minute Order and Case Management Order in order to complete all necessary fact and expert discovery, and prepare the case for trial; and

6    WHEREAS the parties believe that the modified dates set forth below should be extended to promote efficiency in this case.

IT IS HEREBY STIPULATED by and between the parties in this action, through their counsel of record and pursuant to Civil Local Rule 7-12, that:

1. The deadline for completion of fact discovery shall be November 3, 2009;

2. The deadline for disclosing the identities and reports of expert witnesses shall be as follows:

   a. Plaintiffs: December 3, 2009;

   b. Defendants: January 14, 2010;

3. The deadline for completion of expert discovery shall be February 18, 2010;

4. All case dispositive motions shall be heard at 2:00 p.m. on or before October 1, 2009 (this date is contingent on cooperation in discovery by the United States government, and it

1  is understood that if there are difficulties in obtaining this discovery, a continuance of the motion
2  cutoff date may be requested);
3      5.    The final pretrial conference shall be held at 2:00 p.m. on September 7, 2010;
4      6.    An 18-day jury trial will begin at 8:30 a.m. on September 27, 2010; and
5      7.    All other deadlines referenced in the Court's April 7, 2008 order shall remain
6  unchanged.

Dated: April 8, 2009

THOMAS J. BRANDI
bjm@brandilaw.com
DANIEL DEL'OSSO
BRIAN J. MALLOY
THE BRANDI LAW FIRM
354 Pine Street, Third Floor
San Francisco, CA  94104
Telephone:  415-989-1800
Facsimile:  415-989-1801

By:  /s/ Thomas J. Brandi
      Thomas J. Brandi

      Attorneys for Plaintiffs
      DEBORAH GETZ, ET AL.

Dated: April 8, 2009

JAMES W. HUSTON
jhuston@mofo.com
ERIN M. BOSMAN
WILLIAM V. O'CONNOR
JOANNA E. HERMAN
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125

By:  /s/ William V. O'Connor
      William V. O'Connor

      Attorneys for Defendant
      HONEYWELL INTERNATIONAL INC.

STIPULATION AND ORDER REGARDING CASE MANAGEMENT
CASE NO. C 07-06396 CW

3

sd-467856

| | | |
|---|---|---|
| 1 | Dated: April 8, 2009 | STEVEN S. BELL (WSBA NO. 5043) |
| 2 | | sbell@perkinscoie.com |
| | | BETH M. STROSKY (WSBA NO. 31036) |
| 3 | | bstrosky@perkinscoie.com |
| | | Admitted *pro hac vice* |
| 4 | | PERKINS COIE LLP |
| | | 1201 Third Avenue, Suite 4800 |
| 5 | | Seattle, WA  98101-3099 |
| | | Telephone:  206-359-8000 |
| 6 | | Facsimile:  206-359-9000 |

By:  /s/ Steven S. Bell
Steven S. Bell

Attorneys for Defendant
THE BOEING COMPANY

Dated: April 8, 2009

ALAN H. COLLIER
MARK IRVINE
mark.irvine@mendes.com
DARRELL M. PADGETTE
MENDES & MOUNT, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA  90071
Telephone:  213-955-7780
Facsimile:  213-955-7725

By:  /s/ Mark Irvine
Mark Irvine

Attorneys for Defendant
GOODRICH PUMP & ENGINE
CONTROL SYSTEMS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4/16
Dated:  _____, 2009

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

1   I, William V. O'Connor, am the ECF User whose ID and password are being used to file
2   this Stipulation and [Proposed] Order Regarding Case Management.  In compliance with General
3   Order 45, X.B., I hereby attest that concurrence in the filing of the within document has been
4   obtained from each of the signatories herein.

6   Dated:  April 8, 2009

MORRISON & FOERSTER LLP

By:  ___/s/ William V. O'Connor___
William V. O'Connor
Attorneys for Defendant
Honeywell International Inc.

STIPULATION AND ORDER REGARDING CASE MANAGEMENT          5
CASE NO. C 07-06396 CW

sd-467856