Alan H. Collier, Bar No. 150449
Mark R. Irvine, Bar No. 137294
Darrell M. Padgette, Bar No. 199382
**FITZPATRICK & HUNT,
TUCKER, COLLIER, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
(213) 873-2100
(213) 873-2125 Fax
Alan.Collier@fitzhunt.com
Mark.Irvine@fitzhunt.com
Darrell.Padgette@fitzhunt.com
Attorneys for Defendant
Goodrich Pump & Engine Control Systems, Inc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH GETZ, et al. | Case No.   CV 07-06396 CW |
| Plaintiffs, | |
| vs. | **MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| THE BOEING COMPANY, et al. | |
| Defendants. | (Civ. L.R. 7-11 and 11-5) |

# MOTION

Pursuant to Civil L.R. 7-11 and 11-5, Defendant, Goodrich Pump & Engine Control Systems, Inc. (GPECS), moves the Court for an order permitting the withdrawal of Mendes & Mount, LLP, and the appearance of Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, on its behalf in this action. Alan H. Collier, Mark R. Irvine, and Darrell M. Padgette, formerly of Mendes & Mount, LLP, and now with the substituting firm Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, will remain counsel of record for GPECS. GPECS respectfully submits that said substitution of counsel is in the interests of justice.

GPECS; Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP; and Mendes & Mount, LLP, consent to such withdrawal and substitution of counsel.

Accordingly, GPECS respectfully requests that the Court enter an order reflecting this change, and that all future communications regarding this case be directed to the following

Alan H. Collier, Bar No. 150449
Alan.Collier@fitzhunt.com

Mark R. Irvine, Bar No. 137294
Mark.Irvine@fitzhunt.com

Darrell M. Padgette, Bar No. 199382
Darrell.Padgette@fitzhunt.com

Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP
633 W. 5th St., 60th Floor
Los Angeles, CA 90071
(213) 873-2100 / (213) 873-2125 Fax

This motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, GPECS respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for GPECS.

Dated: May 25, 2010          FITZPATRICK & HUNT,
                             TUCKER, COLLIER, PAGANO, AUBERT, LLP


                             By: ___/s/_____
                                 Alan H. Collier

| | | |
|---|---|---|
| 1 | Dated: May 25, 2010 | Mendes & Mount, LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Robert Flannery |
| 5 | | |
| 6 | Dated: May 25, 2010 | Goodrich Pump & Engine Control Systems, Inc. |
| 7 | | |
| 8 | | By: /s/ |
| | | Kevin P. Murphy |

**[PROPOSED] ORDER**

It is so ordered.

Dated: 5/27/2010

_____
United States District Judge